| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Elizabeth Brancart 122092<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060 | (650) 879-0141 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>Rancho | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Edith Macias, et al.

DEFENDANT:

Thomas J. Tomanek, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C073437 JSW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Class Action Complaint for Injunctive, Declaratory and Monetary Relief, Demand for Trial by Jury, Certification of Interested Persons; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders (JSW); See Attachment

2. Party Served:     Thomas J. Tomanek

3. Person Served:    party in item 2

4. Date & Time of Delivery:    July 16, 2007    4:06 pm

5. Address, City and State:    26601 Durham Way
                               Hayward, CA 94542

6. Manner of Service:    Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 44.00

Registered California process server.
County: ALAMEDA
Registration No.:746
Expiration: July 14, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on August 6, 2007 at Oakland, California.

Signature: _Roderick Thompson_

Roderick Thompson

Attachment:

Standing Order for All Judges of the Northern District of California; Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement; ADR Dispute Resolution Procedures in the Northern District of California; Consent to Proceed Before a United States Magistrate Judge