Sara B. Allman, Esq., CSB #107932
Steven A. Nielsen, Esq., CSB #133864
■ ALLMAN & NIELSEN ■
A Professional Corporation
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700
Facsimile:   (415) 461-2726

Attorneys for Defendant
THOMAS J. TOMANEK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS,<br><br>        Plaintiffs,<br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>        Defendants. | Case No.: C07 3437 JSW<br><br>**STIPULATION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT [Civil L. R. 6-1(a)]** |

-1-

1  IT IS HEREBY STIPULATED by and between the parties, through their
2  respective counsel, that the time within which defendants may answer or otherwise
3  respond to the Complaint shall be, and hereby is, extended to and including September
4  14, 2007. This enlargement of time will not alter the date of the initial case
5  management conference on October 19, 2007.

6

7  Dated: 8-23-07                    BRANCART & BRANCART

8

9                                    By: _____
10                                   Elizabeth Brancart, Esq.
                                     Attorneys for Plaintiffs EDITH MACIAS,
11                                   individually and on behalf of similarly
                                     situated individuals; HOTON DURAN;
12                                   TIFFANY HUYNH; AURA MENDIETA;
                                     WILLIAM LABOY; MIGUEL ACOSTA;
13                                   CRUZ ACOSTA; CUAUHTEMOC TORAL;
                                     and TERESA VILLEGAS
14

15 Dated: August 23, 2007             ALLMAN & NIELSEN, P. C.
16

17
                                     By: _____
18                                   Sara B. Allman, Esq.
                                     Attorneys for Defendant
19                                   THOMAS J. TOMANEK

20 Dated: _____            FARBSTEIN & BLACKMAN, APC
21

22                                   By: _____
23                                   John S. Blackman, Esq.
                                     Attorneys for Defendant
24                                   MARK GARIBALDI, individually and
                                     doing business as THE GARIBALDI
25                                   COMPANY

-2-

ALLMAN & NIELSEN, PC
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

STIPULATION TO ENLARGE TIME WITHIN WHICH TO
RESPOND TO COMPLAINT [Civil L. R. 6-1(a)]

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time within which defendants may answer or otherwise respond to the Complaint shall be, and hereby is, extended to and including September 14, 2007. This enlargement of time will not alter the date of the initial case management conference on October 19, 2007.

Dated: _____     BRANCART & BRANCART

By: _____
Elizabeth Brancart, Esq.
Attorneys for Plaintiffs EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS

Dated: August 23, 2007     ALLMAN & NIELSEN, P. C.

By: _____
Sara B. Allman, Esq.
Attorneys for Defendant
THOMAS J. TOMANEK

Dated: _____     FARBSTEIN & BLACKMAN, APC

By: _____
John S. Blackman, Esq.
Attorneys for Defendant
MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY

-2-

STIPULATION TO ENLARGE TIME WITHIN WHICH TO
RESPOND TO COMPLAINT [Civil L. R. 6-1(a)]

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

1    IT IS HEREBY STIPULATED by and between the parties, through their
2 respective counsel, that the time within which defendants may answer or otherwise
3 respond to the Complaint shall be, and hereby is, extended to and including September
4 14, 2007. This enlargement of time will not alter the date of the initial case
5 management conference on October 19, 2007.

7 Dated: _____                         BRANCART & BRANCART

9                                               By: _____
10                                              Elizabeth Brancart, Esq.
                                                Attorneys for Plaintiffs EDITH MACIAS,
11                                              individually and on behalf of similarly
                                                situated individuals; HOTON DURAN;
12                                              TIFFANY HUYNH; AURA MENDIETA;
                                                WILLIAM LABOY; MIGUEL ACOSTA;
13                                              CRUZ ACOSTA; CUAUHTEMOC TORAL;
                                                and TERESA VILLEGAS

15 Dated: August 23, 2007                      ALLMAN & NIELSEN, P. C.

17                                              By: _____
18                                              Sara B. Allman, Esq.
                                                Attorneys for Defendant
19                                              THOMAS J. TOMANEK

20 Dated: 8/23/07                               FARBSTEIN & BLACKMAN, APC

22                                              By: _____
23                                              John S. Blackman, Esq.
                                                Attorneys for Defendant
24                                              MARK GARIBALDI, individually and
                                                doing business as THE GARIBALDI
25                                              COMPANY

-2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

STIPULATION TO ENLARGE TIME WITHIN WHICH TO
RESPOND TO COMPLAINT [Civil L. R. 6-1(a)]