Sara B. Allman, Esq., CSB #107932
Steven A. Nielsen, Esq., CSB #133864
■ ALLMAN & NIELSEN ■
A Professional Corporation
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700
Facsimile: (415) 461-2726

Attorneys for Defendant
THOMAS J. TOMANEK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS,<br><br>Plaintiffs,<br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>Defendants. | Case No.: C07 3437 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT THOMAS J. TOMANEK'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]<br><br>DATE: February 15, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 2, 17th Floor<br>JUDGE: Hon. Jeffrey S. White |

-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

[PROPOSED] ORDER GRANTING DEFENDANT THOMAS
J. TOMANEK'S MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]

1  The motion of defendant Thomas J. Tomanek to dismiss for lack of subject matter jurisdiction came on regularly for hearing on February 15, 2008, The Honorable Jeffrey S. White presiding. Sara B. Allman, Esq. appeared for defendant Thomas J. Tomanek. John Blackman, Esq. appeared for defendant Mark Garibaldi individually and dba The Garibaldi Company. Christopher Brancart, Esq. appeared for plaintiffs.

WHEREFORE, the court having read and considered the papers submitted and heard arguments of counsel, and good cause appearing;

IT IS HEREBY ORDERED THAT:

1. The motion of defendant Thomas J. Tomanek to dismiss for lack of subject matter jurisdiction is granted; and

2. The action is hereby dismissed.

SO ORDERED.

Dated: _____

_____
The Honorable Jeffrey S. White
U.S. District Judge

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

[PROPOSED] ORDER GRANTING DEFENDANT THOMAS
J. TOMANEK'S MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]

1

2
## PROOF OF SERVICE

3

4   I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

5

6   On this date I served the foregoing documents described as:

7   **[PROPOSED] ORDER GRANTING DEFENDANT THOMAS J. TOMANEK'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]**

8

9   on the interested parties in the action by placing [] the original [X] a true copy thereof, enclosed in a sealed envelope addressed as follows:

10  Christopher Brancart                    Attorney for Plaintiffs EDITH MACIAS,
    Elizabeth Brancart                     individually and on behalf of similarly
11  BRANCART & BRANCART                    situated individuals; HOTON DURAN;
    PO Box 686                             TIFFANY HUYNH; AURA MENDIETA:
12  Pescadero, CA  94060                   WILLIAM LABOY; MIGUEL ACOSTA;
                                           CRUZ ACOSTA; CUAUHTEMOC TORAL;
13                                         and TERESA VILLEGAS

14
    John S. Blackman                       Attorneys for Defendant
15  Farbstein & Blackman                   MARK GARIBALDI, individually and
    411 Borel Ave #425                     doing business as THE GARIBALDI
16  San Mateo, CA 94402-3518               COMPANY

17

18  [X]   BY MAIL: I deposited such envelope with postage thereon fully prepaid in the United States Postal Service mailbox at Larkspur, California.

19  [ ]   BY PERSONAL SERVICE: I delivered such envelope by hand to the addressee.

20  [ ]   BY FACSIMILE: I sent such document via facsimile to the facsimile machine of the addressee.

21
22  [ ]   BY EXPRESS MAIL: I deposited such envelope in a mailbox regularly maintained by the United States Postal Service for receipt of Express Mail postage paid to be delivered by Express Mail for overnight courier service to the addressee.

23
24  [ ]   BY OVERNIGHT DELIVERY: I deposited the envelope, in an envelope designated by the express service carrier, with delivery fees provided for, in a box regularly maintained by the express service carrier for overnight delivery.

25

-3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

[PROPOSED] ORDER GRANTING DEFENDANT THOMAS
J. TOMANEK'S MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]

1   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

2

3   Executed on September 13, 2007, at Larkspur, California.

4                                              _____

5                                              NOLI VILLA

-4-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

[PROPOSED] ORDER GRANTING DEFENDANT THOMAS
J. TOMANEK'S MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]