1 | Sara B. Allman, Esq., CSB #107932
  | Steven A. Nielsen, Esq., CSB #133864
2 | ■ ALLMAN & NIELSEN ■
3 | A Professional Corporation
  | 100 Larkspur Landing Circle, Suite 212
4 | Larkspur, CA 94939
  | Telephone:  (415) 461-2700
5 | Facsimile:  (415) 461-2726

6 | Attorneys for Defendant
  | THOMAS J. TOMANEK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS,<br><br>    Plaintiffs,<br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>    Defendants. | Case No.: C07 3437 JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**[LOCAL RULE 3-16]** |

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, in addition to the named parties, the following listed persons have a financial interest in the subject matter in controversy or in a party to the proceeding or have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Angelita Tomanek

Dated: September 13, 2007        ALLMAN & NIELSEN, P. C.

                                          By: __/s/  Sara B. Allman
                                               Sara B. Allman, Esq.
                                               Attorneys for Defendant
                                               THOMAS J. TOMANEK

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

# PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**[LOCAL RULE 3-16]**

on the interested parties in the action by placing [] the original [X] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christopher Brancart<br>Elizabeth Brancart<br>BRANCART & BRANCART<br>PO Box 686<br>Pescadero, CA 94060 | Attorney for Plaintiffs EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS |
| John S. Blackman<br>Farbstein & Blackman<br>411 Borel Ave #425<br>San Mateo, CA 94402-3518 | Attorneys for Defendant<br>MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY |

[X] BY MAIL: I deposited such envelope with postage thereon fully prepaid in the United States Postal Service mailbox at Larkspur, California.

[ ] BY PERSONAL SERVICE: I delivered such envelope by hand to the addressee.

[ ] BY FACSIMILE: I sent such document via facsimile to the facsimile machine of the addressee.

[ ] BY EXPRESS MAIL: I deposited such envelope in a mailbox regularly maintained by the United States Postal Service for receipt of Express Mail postage paid to be delivered by Express Mail for overnight courier service to the addressee.

[ ] BY OVERNIGHT DELIVERY: I deposited the envelope, in an envelope designated by the express service carrier, with delivery fees provided for, in a box regularly maintained by the express service carrier for overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Executed on September 13, 2007, at Larkspur, California.

_____
NOLI VILLA

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**