1   JOHN S. BLACKMAN (SB#114654)
    MARGARET A. BURTON (SB#193386)
2   FARBSTEIN & BLACKMAN
    A Professional Corporation
3   411 Borel Avenue, Suite 425
    San Mateo, California  94402-3518
4
    Telephone: (650) 554-6200
5   Facsimile: (650) 554-6240
6   Attorneys for Defendants
    MARK GARIBALDI and THE GARIBALDI COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  EDITH MACIAS, individually and on        )   CASE NO. C07 3437 JSW
    behalf of similarly situated individuals; )
12  HOTON DURAN; TIFFANY HUYNH;              )
    AURA MENDIETA; WILLIAM                    )   CERTIFICATION OF INTERESTED
13  LABOY; MIGUEL ACOSTA; CRUZ               )   ENTITIES OR PERSONS
    ACOSTA; CUAUHTEMOC TORAL;                )   [LOCAL RULE 3-16]
14  and TERESA VILLEGAS,                      )
                                              )
15              Plaintiffs,                   )
                                              )
16  vs.                                       )
                                              )
17  THOMAS J. TOMANEK; and MARK              )
    GARIBALDI, individually and doing         )
18  business as THE GARIBALDI                 )
    COMPANY,                                  )
19                                            )
                Defendants.                   )
20  _____ )

21

22

23

24

25

26

27

28

                              1

1    Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, in

2    addition to the named parties, the following listed persons, associations of persons, firms,

3    partnerships, corporations (including parent corporations), or other entities 1) have a

4    financial interest in the subject matter in controversy or in a party to the proceeding or 2)

5    have a non-financial interest in the subject matter or in a party that could be substantially

6    affected by the outcome of this proceeding:

7

8    1.    MGD, Inc.

9    2.    Deanne Garibaldi

10

11

12    DATED:  September 14, 2007                FARBSTEIN & BLACKMAN, APC

13

14

15                                                           JOHN S. BLACKMAN
                                                             Attorneys for Mark Garibaldi and
16                                                           The Garibaldi Company

17

18

19

20

21

22

23

24

25

26

27

28

2

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS [LR 3-16]

PROOF OF SERVICE
Macias v. Tomanek, , Mark Garibaldi, The Garibaldi Company
USDC, Northern California, Case No. C 07-3437 JSW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On September 14, 2007, I served the following document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
[LOCAL RULE 3-16]**

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Elizabeth Noonan Brancart, Esq.<br>Christopher A. Brancart, Esq.<br>Brancart & Brancart<br>P. O. Box 686<br>Pescadero, CA 94060 | Attorneys for plaintiffs<br>Tel: 650-879-0141<br>Fax: 650-879-1103<br>email: cbrancart@brancart.com<br>ebrancart@brancart.com |
| Sara B. Allman, Esq.<br>Allman & Nielsen<br>100 Larkspur Lndg Cir #212<br>Larkspur, CA 94939 | Farmers attorney<br>Tel: 415-461-2700<br>Fax: 1-415-461-2726<br>all-niel@pacbell.net |

[ ]     by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]     by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[X]     by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on September 14, 2007.

SUZANNE T. FARBSTEIN

3

**CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS [LR 3-16]**
