IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDITH MACIAS, et al.,

    Plaintiffs,

v.

THOMAS J. TOMANEK, et al.,

    Defendants.

No. C 07-03437 JSW

**ORDER SETTING BRIEFING SCHEDULE ON GARIBALDI MOTION TO DISMISS**

This matter is set for a hearing on February 15, 2008 at 9:00 a.m. on Defendants Mark Garibaldi and the Garibaldi Company's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 1, 2007 and a reply brief shall be filed by no later than October 9, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 17, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE