JOHN S. BLACKMAN (SB#114654)
MARGARET A. BURTON (SB#193386)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile: (650) 554-6240

Attorneys for Defendants
MARK GARIBALDI and THE GARIBALDI COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY, <br><br> Defendants. | CASE NO. C07 3437 JSW <br><br> STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING HEARING DATE FOR MOTIONS TO DISMISS, AND RESCHEDULING INITIAL CASE MANAGEMENT AND ADR DEADLINES |

## STIPULATION

WHEREAS,

1. The two Defendants herein have each filed motions to dismiss, and due to a misunderstanding as to the availability of hearing dates, set the hearing on those motions for February 15, 2008 at 9:00 a.m.

1

2. The parties wish to have those motions heard earlier than currently scheduled, as set forth below.

3. Pursuant to the court's Order Setting Initial Case Management Deadlines and ADR Deadlines, filed on June 29, 2007 (Document 2), the following deadlines and hearing dates were set:

- 9/28/07     Last day to confer re disclosures, ADR, etc. and last day to file Joint ADR Certification, etc.

- 10/12/07     Last day to file Rule 26(f) Report and Case Management Statement

- 10/19/2007    Initial Case Management Conference (1:30 p.m.)

4. All parties herein have agreed, through their respective attorneys of record, that they would like to re-set the hearing date on the motions to dismiss, and would also like to re-set the above-referenced deadlines and initial CMC hearing date to a date after the hearing on the motions to dismiss.

THEREFORE, all parties hereby stipulate and jointly request that the court re-set the deadlines and hearing dates listed in paragraphs 1 and 3 above as follows:

| | |
|---|---|
| New hearing date/time for motions to dismiss: | November 30, 2007 at 9:00 a.m. |
| New last day to confer re disclosures and ADR and discovery plan, and file ADR Certification with Stip to ADR: | December 14, 2007 |
| Last day to file Rule 26(f) Report, Case Management Statement, etc. | December 21, 2007 |

2

STIPULATION AND [PROPOSED] ORDER
RE RESCHEDULING HEARING DATE FOR
MOTIONS TO DISMISS AND INITIAL CASE
MANAGEMENT AND ADR DEADLINES

| | |
|---|---|
| New date for Initial Case Management Conference | January 11, 2008 at 1:30 p.m. |

The above is SO STIPULATED.

DATED: 9-20-07

BRANCART & BRANCART

_____
ELIZABETH NOONAN BRANCART
Attorneys for Plaintiffs

DATED: _____

ALLMAN & NIELSEN

_____
SARA B. ALLMAN
Attorneys for Defendant Thomas J. Tomanek

DATED: 9/20/07

FARBSTEIN & BLACKMAN, APC

_____
JOHN S. BLACKMAN
Attorneys for Defendants Mark Garibaldi and
The Garibaldi Company

## ORDER

Good cause appearing therefor, the court orders changes to the scheduling in this case as follows:

3

STIPULATION AND [PROPOSED] ORDER
RE RESCHEDULING HEARING DATE FOR
MOTIONS TO DISMISS AND INITIAL CASE
MANAGEMENT AND ADR DEADLINES

| | | |
|---|---|---|
| 1 | New date for Initial Case Management Conference | |
| 2 | | January 11, 2008 at 1:30 p.m. |
| 3 | The above is SO STIPULATED. | |
| 4 | | |
| 5 | DATED: _____ | BRANCART & BRANCART |
| 6 | | |
| 7 | | |
| 8 | | ELIZABETH NOONAN BRANCART<br>Attorneys for Plaintiffs |
| 9 | | |
| 10 | | |
| 11 | DATED: 9-20-07 | ALLMAN & NIELSEN, P.C. |
| 12 | | |
| 13 | | |
| 14 | | SARA B. ALLMAN<br>Attorneys for Defendant Thomas J. Tomanek |
| 15 | | |
| 16 | | |
| 17 | DATED: _____ | FARBSTEIN & BLACKMAN, APC |
| 18 | | |
| 19 | | |
| 20 | | JOHN S. BLACKMAN<br>Attorneys for Defendants Mark Garibaldi and The Garibaldi Company |
| 21 | | |
| 22 | | |
| 23 | | ORDER |
| 24 | | |
| 25 | Good cause appearing therefor, the court orders changes to the scheduling in this | |
| 26 | case as follows: | |
| 27 | | |
| 28 | | 3 |

STIPULATION AND [PROPOSED] ORDER
RE RESCHEDULING HEARING DATE FOR
MOTIONS TO DISMISS AND INITIAL CASE
MANAGEMENT AND ADR DEADLINES

| | | |
|---|---|---|
| 1 | New hearing date/time for motions to dismiss: | November 30, 2007 at 9:00 a.m. |
| 2 | | [or: _____] |
| 4 | New last day to meet and confer re initial disclosures, early settlement, ADR process | |
| 5 | selection, and discovery plan | December 14, 2007 |
| 6 | | [or: _____] |
| 8 | New last day to file Rule 26(f) Report, complete initial disclosures or state | |
| 9 | objection in Rule 26(f) Report per Standing Order | December 21, 2007 |
| 11 | | [or: _____] |
| 13 | New date for Initial Case Management Conference, in Courtroom 2, 17th Floor | |
| 14 | at 1:30 p.m. | January 4, 2008 at 1:30 p.m. |
| 15 | | [or: _____] |

*[signature: Jeffrey S. White]*

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER
RE RESCHEDULING HEARING DATE FOR
MOTIONS TO DISMISS AND INITIAL CASE
MANAGEMENT AND ADR DEADLINES