1  JOHN S. BLACKMAN (SB#114654)
   MARGARET A. BURTON (SB#193386)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, California  94402-3518
4
   Telephone: (650) 554-6200
5  Facsimile: (650) 554-6240

6  Attorneys for Defendants
   MARK GARIBALDI and THE GARIBALDI COMPANY
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  EDITH MACIAS, individually and on      )  CASE NO. C07 3437 JSW
    behalf of similarly situated individuals; )
12  HOTON DURAN; TIFFANY HUYNH;            )
    AURA MENDIETA; WILLIAM                 )
13  LABOY; MIGUEL ACOSTA; CRUZ            )  *AMENDED* STIPULATION AND
    ACOSTA; CUAUHTEMOC TORAL;              )  [PROPOSED] ORDER RE
14  and TERESA VILLEGAS,                   )  RESCHEDULING HEARING DATE
                                           )  FOR MOTIONS TO DISMISS, AND
15              Plaintiffs,                )  RESCHEDULING INITIAL CASE
                                           )  MANAGEMENT AND ADR
16  vs.                                    )  DEADLINES
                                           )
17  THOMAS J. TOMANEK; and MARK           )
    GARIBALDI, individually and doing      )
18  business as THE GARIBALDI              )
    COMPANY,                               )
19                                         )
                Defendants.                )
20  _____  )

21

22                      **STIPULATION**

23      WHEREAS,

24

25      1. The two Defendants herein have each filed motions to dismiss, and due to a

26  misunderstanding as to the availability of hearing dates, set the hearing on those motions

27  for February 15, 2008 at 9:00 a.m.

28                              1
                                    _____
                                    *AMENDED* STIPULATION & [PROPOSED]
                                    ORDER RE: RESCHEDULING HEARING
                                    DATE FOR MOTIONS TO DISMISS AND
                                    INITIAL CASE MGT AND ADR DEADLINES

2. The parties wish to have those motions heard earlier than currently scheduled, as set forth below.

3. Pursuant to the court's Order Setting Initial Case Management Deadlines and ADR Deadlines, filed on June 29, 2007 (Document 2), the following deadlines and hearing dates were set:

– 9/28/07    Last day to confer re disclosures, ADR, etc. and last day to file Joint ADR Certification, etc.

– 10/12/07    Last day to file Rule 26(f) Report and Case Management Statement

– 10/19/2007  Initial Case Management Conference (1:30 p.m.)

4. All parties herein have agreed, through their respective attorneys of record, that they would like to re-set the hearing date on the motions to dismiss, and would also like to re-set the above-referenced deadlines and initial CMC hearing date to a date after the hearing on the motions to dismiss.

THEREFORE, all parties hereby stipulate and jointly request that the court re-set the deadlines and hearing dates listed in paragraphs 1 and 3 above as follows:

New hearing date/time for motions to dismiss:            November 30, 2007 at 9:00 a.m.

New last day to confer re disclosures and
ADR and discovery plan, and file ADR
Certification with Stip to ADR:                          December 14, 2007

Last day to file Rule 26(f) Report, Case
Management Statement, etc.                               December 21, 2007

2

*AMENDED* STIPULATION & [PROPOSED]
ORDER RE: RESCHEDULING HEARING
DATE FOR MOTIONS TO DISMISS AND
INITIAL CASE MGT AND ADR DEADLINES

1   New date for Initial Case
    Management Conference                    January 11, 2008 at 1:30 p.m.
2

3          The above is SO STIPULATED.

4

5   DATED: 9-20-07                           BRANCART & BRANCART

6

7                                            ELIZABETH NOONAN BRANCART
8                                            Attorneys for Plaintiffs

9

10

11  DATED: _____                   ALLMAN & NIELSEN

12

13

14                                           SARA B. ALLMAN
                                             Attorneys for Defendant Thomas J. Tomanek
15

16

17  DATED: 9/20/07                           FARBSTEIN & BLACKMAN, APC

18

19

20                                           JOHN S. BLACKMAN
                                             Attorneys for Defendants Mark Garibaldi and
21                                           The Garibaldi Company

22

23                                           ORDER

24

25         Good cause appearing therefor, the court orders changes to the scheduling in this

26  case as follows:

27

28                                   3
                                             STIPULATION AND [PROPOSED ]ORDER
                                             RE RESCHEDULING HEARING DATE FOR
                                             MOTIONS TO DISMISS AND INITIAL CASE
                                             MANAGEMENT AND ADR DEADLINES

1  New date for Initial Case
   Management Conference                    January 11, 2008 at 1:30 p.m.
2
3          The above is SO STIPULATED.
4
5  DATED: _____              BRANCART & BRANCART
6
7
8                                  _____
                                   ELIZABETH NOONAN BRANCART
                                   Attorneys for Plaintiffs
9
10
11 DATED: 9-20-07                  ALLMAN & NIELSEN, P. C.
12
13
14                                 _____
                                   SARA B. ALLMAN
                                   Attorneys for Defendant Thomas J. Tomanek
15
16
17 DATED: _____              FARBSTEIN & BLACKMAN, APC
18
19
20                                 _____
                                   JOHN S. BLACKMAN
                                   Attorneys for Defendants Mark Garibaldi and
                                   The Garibaldi Company
21
22
23                                 **ORDER**
24
25        Good cause appearing therefor, the court orders changes to the scheduling in this
26 case as follows:
27
28                                      3
                                   _____
                                   STIPULATION AND [PROPOSED]ORDER
                                   RE RESCHEDULING HEARING DATE FOR
                                   MOTIONS TO DISMISS AND INITIAL CASE
                                   MANAGEMENT AND ADR DEADLINES

1   New hearing date/time for motions to dismiss:          November 30, 2007 at 9:00 a.m.

2                                                          [or: _____]

3

4   New last day to meet and confer re initial
    disclosures, early settlement, ADR process
5   selection, and discovery plan                          December 14, 2007

6                                                          [or: _____]

7

8   New last day to file Rule 26(f) Report,
    complete initial disclosures or state
9   objection in Rule 26(f) Report
    per Standing Order                                     December 21, 2007
10

11                                                         [or: _____]

12

13  New date for Initial Case Management
    Conference, in Courtroom 2, 17th Floor
14  at 1:30 p.m.                                           January 11, 2008 at 1:30 p.m.

15                                                         [or: _____]

16

17

18                                                         _____
                                                           JEFFREY S. WHITE
19                                                         UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
                                        4
                                                           _____
                                                           *AMENDED* STIPULATION & [PROPOSED]
                                                           ORDER RE: RESCHEDULING HEARING
                                                           DATE FOR MOTIONS TO DISMISS AND
                                                           INITIAL CASE MGT AND ADR DEADLINES