1  JOHN S. BLACKMAN (SB#114654)
   MARGARET A. BURTON (SB#193386)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, California 94402-3518
4
   Telephone: (650) 554-6200
5  Facsimile: (650) 554-6240

6  Attorneys for Defendants
   MARK GARIBALDI and THE GARIBALDI COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  EDITH MACIAS, individually and on      )  CASE NO. C07 3437 JSW
    behalf of similarly situated individuals; )
12  HOTON DURAN; TIFFANY HUYNH;            )
    AURA MENDIETA; WILLIAM                 )
13  LABOY; MIGUEL ACOSTA; CRUZ             )  *AMENDED* STIPULATION AND
    ACOSTA; CUAUHTEMOC TORAL;              )  [PROPOSED] ORDER RE
14  and TERESA VILLEGAS,                   )  RESCHEDULING HEARING DATE
                                           )  FOR MOTIONS TO DISMISS, AND
15           Plaintiffs,                   )  RESCHEDULING INITIAL CASE
                                           )  MANAGEMENT AND ADR
16  vs.                                    )  DEADLINES
                                           )
17  THOMAS J. TOMANEK; and MARK            )
    GARIBALDI, individually and doing      )
18  business as THE GARIBALDI              )
    COMPANY,                               )
19                                         )
             Defendants.                   )
20  _____)

21

22                            **STIPULATION**

23       WHEREAS,

24

25       1. The two Defendants herein have each filed motions to dismiss, and due to a

26  misunderstanding as to the availability of hearing dates, set the hearing on those motions

27  for February 15, 2008 at 9:00 a.m.

28                                         1
                                              *AMENDED* STIPULATION & [PROPOSED]
                                              ORDER RE: RESCHEDULING HEARING
                                              DATE FOR MOTIONS TO DISMISS AND
                                              INITIAL CASE MGT AND ADR DEADLINES

2. The parties wish to have those motions heard earlier than currently scheduled, as set forth below.

3. Pursuant to the court's Order Setting Initial Case Management Deadlines and ADR Deadlines, filed on June 29, 2007 (Document 2), the following deadlines and hearing dates were set:

    – 9/28/07    Last day to confer re disclosures, ADR, etc. and last day to file Joint ADR Certification, etc.

    – 10/12/07    Last day to file Rule 26(f) Report and Case Management Statement

    – 10/19/2007    Initial Case Management Conference (1:30 p.m.)

4. All parties herein have agreed, through their respective attorneys of record, that they would like to re-set the hearing date on the motions to dismiss, and would also like to re-set the above-referenced deadlines and initial CMC hearing date to a date after the hearing on the motions to dismiss.

THEREFORE, all parties hereby stipulate and jointly request that the court re-set the deadlines and hearing dates listed in paragraphs 1 and 3 above as follows:

| | |
|---|---|
| New hearing date/time for motions to dismiss: | November 30, 2007 at 9:00 a.m. |
| New last day to confer re disclosures and ADR and discovery plan, and file ADR Certification with Stip to ADR: | December 14, 2007 |
| Last day to file Rule 26(f) Report, Case Management Statement, etc. | December 21, 2007 |

2

*AMENDED* STIPULATION & [PROPOSED] ORDER RE: RESCHEDULING HEARING DATE FOR MOTIONS TO DISMISS AND INITIAL CASE MGT AND ADR DEADLINES

| | |
|---|---|
| 1  New date for Initial Case<br>2  Management Conference | January 11, 2008 at 1:30 p.m. |

3      The above is SO STIPULATED.

5  DATED: 9-20-07                      BRANCART & BRANCART

*/s/ Elizabeth Noonan Brancart*
ELIZABETH NOONAN BRANCART
Attorneys for Plaintiffs

11  DATED: _____                      ALLMAN & NIELSEN

SARA B. ALLMAN
Attorneys for Defendant Thomas J. Tomanek

17  DATED: 9/20/07                     FARBSTEIN & BLACKMAN, APC

*/s/ John S. Blackman*
JOHN S. BLACKMAN
Attorneys for Defendants Mark Garibaldi and
The Garibaldi Company

## ORDER

Good cause appearing therefor, the court orders changes to the scheduling in this case as follows:

3

STIPULATION AND [~~PROPOSED~~] ORDER
RE RESCHEDULING HEARING DATE FOR
MOTIONS TO DISMISS AND INITIAL CASE
MANAGEMENT AND ADR DEADLINES

| | |
|---|---|
| New date for Initial Case Management Conference | January 11, 2008 at 1:30 p.m. |

The above is SO STIPULATED.

DATED: _____

BRANCART & BRANCART

_____
ELIZABETH NOONAN BRANCART
Attorneys for Plaintiffs

DATED: 9-20-07

ALLMAN & NIELSEN, P.C.

_____
SARA B. ALLMAN
Attorneys for Defendant Thomas J. Tomanek

DATED: _____

FARBSTEIN & BLACKMAN, APC

_____
JOHN S. BLACKMAN
Attorneys for Defendants Mark Garibaldi and
The Garibaldi Company

## ORDER

Good cause appearing therefor, the court orders changes to the scheduling in this case as follows:

3

STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING HEARING DATE FOR MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT AND ADR DEADLINES

09/20/2007 09:23  14154612726  ALLMAN & NIELSEN, PC  PAGE 04/05

| | | |
|---|---|---|
| 1 | New hearing date/time for motions to dismiss: | November 30, 2007 at 9:00 a.m. |
| 2 | | [or: _____] |
| 3 | | |
| 4 | New last day to meet and confer re initial disclosures, early settlement, ADR process | |
| 5 | selection, and discovery plan | December 14, 2007 |
| 6 | | [or: _____] |
| 8 | New last day to file Rule 26(f) Report, complete initial disclosures or state | |
| 9 | objection in Rule 26(f) Report per Standing Order | December 21, 2007 |
| 11 | | [or: _____] |
| 13 | New date for Initial Case Management Conference, in Courtroom 2, 17th Floor | |
| 14 | at 1:30 p.m. | January 11, 2008 at 1:30 p.m. |
| 15 | | [or: _____] |

**IT IS SO ORDERED.**

Dated: September 20, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4

*AMENDED* STIPULATION & [PROPOSED]
ORDER RE: RESCHEDULING HEARING
DATE FOR MOTIONS TO DISMISS AND
INITIAL CASE MGT AND ADR DEADLINES