IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, et al., | |
| Plaintiffs, | No. C 07-03437 JSW |
| v. | |
| THOMAS J. TOMANEK, et al., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS AMENDED COMPLAINT** |
| Defendants. | |

This matter is set for a hearing on January 11, 2008 at 9:00 a.m. on Defendant Thomas J. Tomanek's motion to dismiss for lack of subject matter jurisdiction. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 2, 2007 and a reply brief shall be filed by no later than November 9, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 18, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE