JOHN S. BLACKMAN (SB#114654)
MARGARET A. BURTON (SB#193386)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile: (650) 554-6240

Attorneys for Defendants
MARK GARIBALDI and THE GARIBALDI COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL, TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA DURAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>Defendants. | CASE NO. C07 3437 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS MARK GARIBALDI AND THE GARIBALDI COMPANY'S MOTION:<br><br>1. TO DISMISS RICO CLAIM FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]<br>2. TO DISMISS STATE COURT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]<br><br>DATE: January 11, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 2, 17th Floor<br>JUDGE: Hon. Jeffrey S. White |

1

[PROPOSED] ORDER GRANTING DEFENDANTS MARK GARIBALDI AND THE GARIBALDI COMPANY'S MOTIONS TO DISMISS [FRCP 12(b)(1) and 12(b)(6)]

1  The motions of defendants Mark Garibaldi and The Garibaldi Company to dismiss the First Amended Complaint for failure to state a claim and for lack of subject matter jurisdiction, came on regularly for hearing on January 11, 2008, The Honorable Jeffrey S. White, presiding. John S. Blackman, Esq. appeared for defendants Mark Garibaldi and The Garibaldi Company. Sara B. Allman, Esq. appeared for defendant Thomas J. Tomanek. Elizabeth Brancart, Esq. appeared for plaintiffs.

WHEREFORE, the court having read and considered the file and papers submitted, and having heard arguments of counsel, and good cause appearing;

IT IS HEREBY ORDERED THAT:

1. The motion of defendants Mark Garibaldi and The Garibaldi Company to dismiss plaintiffs' RICO claim for failure to state a claim is granted;

2. The motion of defendants Mark Garibaldi and The Garibaldi Company to dismiss the First Amended Complaint for lack of subject matter jurisdiction is granted; and

3. The entire action is hereby dismissed.

SO ORDERED.

DATED:_____            _____
                                         THE HONORABLE JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS MARK GARIBALDI AND THE GARIBALDI COMPANY'S MOTIONS TO DISMISS [FRCP 12(b)(1) and 12(b)(6)]

PROOF OF SERVICE
<u>Macias v. Tomanek, , Mark Garibaldi, The Garibaldi Company</u>
USDC, Northern California, Case No. C 07-3437 JSW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On October 18, 2007, I served the following document(s):

[PROPOSED] ORDER GRANTING DEFENDANTS MARK GARIBALDI AND THE GARIBALDI COMPANY'S MOTION:

1. TO DISMISS RICO CLAIM FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]
2. TO DISMISS STATE COURT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Elizabeth Noonan Brancart, Esq.<br>Christopher A. Brancart, Esq.<br>Brancart & Brancart<br>P. O. Box 686<br>Pescadero, CA 94060 | Attorneys for plaintiffs<br>Tel: 650-879-0141<br>Fax: 650-879-1103<br>email: cbrancart@brancart.com<br>ebrancart@brancart.com |
| Sara B. Allman, Esq.<br>Allman & Nielsen<br>100 Larkspur Lndg Cir #212<br>Larkspur, CA 94939 | Farmers attorney<br>Tel: 415-461-2700<br>Fax: 1-415-461-2726<br>all-niel@pacbell.net |

[ ]   by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[X]   by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on October 18, 2007.

*/s/ Suzanne T. Farbstein*
SUZANNE T. FARBSTEIN

[PROPOSED] ORDER GRANTING DEFENDANTS MARK GARIBALDI AND THE GARIBALDI COMPANY'S MOTIONS TO DISMISS [FRCP 12(b)(1) and 12(b)(6)]