**United States District Court**
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT
7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   EDITH MACIAS, et al.,
10          Plaintiffs,                    No. C 07-03437 JSW
11      v.
12  THOMAS J. TOMANEK, et al.,            **ORDER SETTING BRIEFING
                                          SCHEDULE ON GARIBALDI
13          Defendants.                   MOTION TO DISMISS AMENDED
                                          COMPLAINT**
14  _____/
15
16          This matter is set for a hearing on January 11, 2008 at 9:00 a.m. on the Garibaldi

17  Defendants' motion to dismiss.  The Court HEREBY ORDERS that an opposition to the motion

18  shall be filed by no later than November 2, 2007 and a reply brief shall be filed by no later than

    November 9, 2007.
19
20          If the Court determines that the matter is suitable for resolution without oral argument, it

21  will so advise the parties in advance of the hearing date.  If the parties wish to modify this

22  schedule, they may submit for the Court's consideration a stipulation and proposed order

23  demonstrating good cause for any modification requested.
24
25          **IT IS SO ORDERED.**

26  Dated:  October 19, 2007                    _____
                                                JEFFREY S. WHITE
27                                              UNITED STATES DISTRICT JUDGE
28