BRANCART & BRANCART
    Christopher Brancart (SBN 128475)
    Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:  (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>    Defendants. | Case No. C07-3437 JSW<br><br>JOINT APPLICATION AND STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER<br><br><u>CLASS ACTION</u><br><br><u>Hearing:</u><br>Date:    January 12, 2008<br>Time:   9:00 a.m.<br>Room:  Courtroom of the<br>           Hon. Jeffrey S. White |

    Defendants Thomas J. Tomanek and Mark Garibaldi have filed motions to dismiss plaintiffs' first amended complaint. (Doc. ## 20, 22.) This Court has issued orders setting a briefing schedule on those motions. (Doc. ## 21, 24.) Currently, plaintiffs' opposition is due by no later than November 2, 2007, and defendants' replies are due on November 9, 2007.

    By way of this application, the parties seek to amend the briefing schedule so that plaintiffs' oppositions are due on November 9, 2007, and defendants' replies are due on November 23, 2007. There is good cause to grant this application. Plaintiffs'

JOINT APPLICATION AND STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER; Case No. C 07-03437 JSW

1

1  counsel's firm has been in trial in Los Angeles since the week of October 8th. Trial was
2  expected to conclude this week, but now looks to continue into the beginning of the
3  week of October 29th. An additional week will give plaintiffs' counsel the time
4  necessary to prepare and file the oppositions. Accordingly, the parties request that the
5  Court issue an order amending the briefing schedule so plaintiffs' oppositions are due
6  on November 9, 2007, and defendants' replies are due on November 23, 2007.
7        SO STIPULATED.
8                                          BRANCART & BRANCART
9   Dated: October 23, 2007
10                                          _____
                                            Elizabeth Brancart
11                                          Attorneys for Plaintiffs
12
13                                          ALLMAN & NIELSEN, P.C.
14  Dated: October 23, 2007
15
                                            _____
16                                          Sara B. Allman
                                            Attorneys for Defendant
17                                          Thomas J. Tomanek
18                                          FARBSTEIN & BLACKMAN
19  Dated: October 23, 2007
20
                                            _____
21                                          John S. Blackman
                                            Attorneys for Defendant
22                                          Mark Garibaldi and the
                                            Garibaldi Company
23
                                                  * * *
24
25     IT IS SO ORDERED.
    Dated: _____
26
                                            _____
27                                          Jeffrey S. White
                                            United States District Judge
28

JOINT APPLICATION AND STIPULATION TO AMEND BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER; Case No. C 07-03437 JSW

2

counsel's firm has been in trial in Los Angeles since the week of October 8th. Trial was expected to conclude this week, but now looks to continue into the beginning of the week of October 29th. An additional week will give plaintiffs' counsel the time necessary to prepare and file the oppositions. Accordingly, the parties request that the Court issue an order amending the briefing schedule so plaintiffs' oppositions are due on November 9, 2007, and defendants' replies are due on November 23, 2007.

SO STIPULATED.

BRANCART & BRANCART

Dated: October 23, 2007

_____
Elizabeth Brancart
Attorneys for Plaintiffs


ALLMAN & NIELSEN

Dated: October 23, 2007

_____
Sara B. Allman
Attorneys for Defendant
Thomas J. Tomanek


FARBSTEIN & BLACKMAN

Dated: October 23, 2007

_____
John S. Blackman
Attorneys for Defendant
Mark Garibaldi and the
Garibaldi Company

\* \* \*

**IT IS SO ORDERED.**

Dated: _____

_____
Jeffrey S. White
United States District Judge

JOINT APPLICATION AND STIPULATION TO AMEND BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER; Case No. C 07-03437 JSW

2