1  BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
2      Elizabeth Brancart (SBN 122092)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  ebrancart@brancart.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   EDITH MACIAS, individually and on    )   Case No. C07-3437 JSW
11 behalf of similarly situated         )
   individuals; HOTON DURAN;            )   JOINT APPLICATION AND
12 TIFFANY HUYNH; AURA MENDIETA;        )   STIPULATION TO AMEND BRIEFING
   WILLIAM LABOY; MIGUEL ACOSTA;        )   SCHEDULE ON DEFENDANTS'
13 CRUZ ACOSTA; CUAUHTEMOC              )   MOTIONS TO DISMISS; [PROPOSED]
   TORAL; and TERESA VILLEGAS,          )   ORDER
14                                      )
                                        )   CLASS ACTION
15          Plaintiffs,                 )
                                        )   Hearing:
16     vs.                              )   Date:      January 12, 2008
                                        )   Time:      9:00 a.m.
17 THOMAS J. TOMANEK; and               )   Room:      Courtroom of the
   MARK GARIBALDI, individually         )              Hon. Jeffrey S. White
18 and doing business as THE            )
   GARIBALDI COMPANY,                   )
19                                      )
           Defendants.                  )
20 _____)

21        Defendants Thomas J. Tomanek and Mark Garibaldi have filed motions to

22 dismiss plaintiffs' first amended complaint. (Doc. ## 20, 22.) This Court has issued

23 orders setting a briefing schedule on those motions. (Doc. ## 21, 24.) Currently,

24 plaintiffs' opposition is due by no later than November 2, 2007, and defendants' replies

25 are due on November 9, 2007.

26        By way of this application, the parties seek to amend the briefing schedule so

27 that plaintiffs' oppositions are due on November 9, 2007, and defendants' replies are

28 due on November 23, 2007. There is good cause to grant this application. Plaintiffs'

JOINT APPLICATION AND STIPULATION TO AMEND BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER; Case No. C 07-03437 JSW

1

1  counsel's firm has been in trial in Los Angeles since the week of October 8th. Trial was
2  expected to conclude this week, but now looks to continue into the beginning of the
3  week of October 29th. An additional week will give plaintiffs' counsel the time
4  necessary to prepare and file the oppositions. Accordingly, the parties request that the
5  Court issue an order amending the briefing schedule so plaintiffs' oppositions are due
6  on November 9, 2007, and defendants' replies are due on November 23, 2007.
7       SO STIPULATED.
8                                           BRANCART & BRANCART
9  Dated: October 23, 2007
10
                                            _____
11                                          Elizabeth Brancart
                                            Attorneys for Plaintiffs
12
13                                          ALLMAN & NIELSEN, P.C.
14 Dated: October 23, 2007
15
                                            _____
16                                          Sara B. Allman
                                            Attorneys for Defendant
17                                          Thomas J. Tomanek
18                                          FARBSTEIN & BLACKMAN
19 Dated: October 23, 2007
20
                                            _____
21                                          John S. Blackman
                                            Attorneys for Defendant
22                                          Mark Garibaldi and the
                                            Garibaldi Company
23
                                                    * * *
24
25    IT IS SO ORDERED.
   Dated: _____
26
                                            _____
27                                          Jeffrey S. White
                                            United States District Judge
28

JOINT APPLICATION AND STIPULATION TO AMEND BRIEFING SCHEDULE ON
DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER; Case No. C 07-03437 JSW

2

counsel's firm has been in trial in Los Angeles since the week of October 8th. Trial was expected to conclude this week, but now looks to continue into the beginning of the week of October 29th. An additional week will give plaintiffs' counsel the time necessary to prepare and file the oppositions. Accordingly, the parties request that the Court issue an order amending the briefing schedule so plaintiffs' oppositions are due on November 9, 2007, and defendants' replies are due on November 23, 2007.

SO STIPULATED.

BRANCART & BRANCART

Dated: October 23, 2007

_____
Elizabeth Brancart
Attorneys for Plaintiffs


ALLMAN & NIELSEN

Dated: October 23, 2007

_____
Sara B. Allman
Attorneys for Defendant
Thomas J. Tomanek


FARBSTEIN & BLACKMAN

Dated: October 23, 2007

_____
John S. Blackman
Attorneys for Defendant
Mark Garibaldi and the
Garibaldi Company

\* \* \*

**IT IS SO ORDERED.**

Dated: October 26, 2007

_____
Jeffrey S. White
United States District Judge

JOINT APPLICATION AND STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER; Case No. C 07-03437 JSW

2