Sara B. Allman, Esq., CSB #107932
Steven A. Nielsen, Esq., CSB #133864
■ ALLMAN & NIELSEN ■
A Professional Corporation
100 Larkspur Landing Circle, Suite 212
Larkspur, CA  94939
Telephone:   (415) 461-2700
Facsimile:    (415) 461-2726

Attorneys for Defendant
THOMAS J. TOMANEK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS,<br><br>        Plaintiffs,<br>     vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>        Defendants. | Case No.: C07 3437 JSW<br><br>**REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT THOMAS J. TOMANEK'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>DATE:      January 11, 2008<br>TIME:       9:00 a.m.<br>COURTROOM:   2, 17th Floor<br>JUDGE:   Hon. Jeffrey S. White |

-1-

**REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT THOMAS J. TOMANEK'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiffs acknowledge in their opposition to the within motion that they do not allege any federal claims against defendant TOMANEK and that diversity between the parties is lacking. They further acknowledge that, if this Court dismisses plaintiffs' RICO claim, then it would be appropriate to dismiss plaintiffs' claims against TOMANEK.  (Doc # 28 at page 2)

This is a case in which plaintiffs base their RICO claim on the post-lease termination mailing of written advice about the disposition of the tenants' security deposits, a mailing unnecessary to the alleged "scheme." *Schmuck v. United States*, 489 U.S. 705, 712 (1989) [mailing must be "incident to an essential part of the scheme."]  Plaintiffs thus fail to state a RICO claim.

In *Mendoza v. Zirkle Fruit Co.* 301 F.3d 1163, 1174-1175 (9th Cir. 2002), cited by plaintiffs as authority for pendent party jurisdiction on a RICO claim (Doc # 28 at page 2), the Ninth Circuit held only that the decision to decline to exercise supplemental jurisdiction is discretionary. The Court remanded the case to the district court to determine the propriety of supplemental jurisdiction in the context of that litigation. Pursuant to 28 USC § 1367 (c) (3), it is clearly appropriate for the court to exercise its discretion here to dismiss all plaintiffs' state claims if the court dismisses the RICO claim—the only claim for which it would have original jurisdiction.

For these reasons, and those set forth more specifically in the moving and reply papers of GARIBALDI, incorporated by reference herein as if fully set forth, the motion to dismiss plaintiffs' first amended complaint for lack of subject matter jurisdiction should be granted.

///

-2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT
THOMAS J. TOMANEK'S MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION

1  Respectfully submitted,

2

3  Dated: November 26, 2007                            Allman & Nielsen, P.C.

4                                                              /s/
                                                     _____
5                                                     Sara B. Allman
                                                     Attorneys for Defendant
6                                                     THOMAS J. TOMANEK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-3-

**REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT
THOMAS J. TOMANEK'S MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION**

# PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT THOMAS J. TOMANEK'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

on the interested parties in the action by placing [ ] the original [X] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christopher Brancart<br>Elizabeth Brancart<br>BRANCART & BRANCART<br>PO Box 686<br>Pescadero, CA  94060 | Attorney for Plaintiffs EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS |
| John S. Blackman<br>Farbstein & Blackman<br>411 Borel Ave #425<br>San Mateo, CA 94402-3518 | Attorneys for Defendant<br>MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY |

[X]   BY MAIL:  I deposited such envelope with postage thereon fully prepaid in the United States Postal Service mailbox at Larkspur, California.

[ ]   BY PERSONAL SERVICE:  I delivered such envelope by hand to the addressee.

[ ]   BY FACSIMILE:  I sent such document via facsimile to the facsimile machine of the addressee.

[ ]   BY EXPRESS MAIL:  I deposited such envelope in a mailbox regularly maintained by the United States Postal Service for receipt of Express Mail postage paid to be delivered by Express Mail for overnight courier service to the addressee.

[ ]   BY OVERNIGHT DELIVERY:  I deposited the envelope, in an envelope designated by the express service carrier, with delivery fees provided for, in a box regularly maintained by the express service carrier for overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

-4-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT
THOMAS J. TOMANEK'S MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION

Executed on November 26, 2007, at Larkspur, California.

_____
NOLI VILLA

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT
THOMAS J. TOMANEK'S MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION