JOHN S. BLACKMAN (SB#114654)
MARGARET A. BURTON (SB#193386)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile: (650) 554-6240

Attorneys for Defendants
MARK GARIBALDI and THE GARIBALDI COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA DURAN<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>Defendants. | CASE NO. C07 3437 JSW<br><br>JOINT APPLICATION AND STIPULATION RE RESCHEDULING INITIAL CASE MANAGEMENT AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~ ORDER] |

STIPULATION AND APPLICATION

WHEREAS,

1. The two Defendants herein each filed motions to dismiss the complaint. [Documents 7 and 11] As part of that process, and in order to potentially save the parties and the court great time and expense, all parties hereto stipulated to enlarge the time for

complying with the ususal initial case management activities and to re-set the date of the initial case management conference [Doc. 17], so that they would occur after the hearing on the motions to dismiss.

2. The court granted this stipulated application [Doc. 18]. Thus the initial meet and confer and ADR Certificate filing date was re-set to occur two weeks after the hearing date on the motions to dismiss, the Rule 26 disclosure was set to occur three weeks after the hearing on the motions to dismiss, and the initial case management conference was re-set to occur on a date that was six weeks after the hearing on the motion to dismiss, and three weeks after filing of the Rule 26 disclosure and case management statements. [Doc. 18]

3. In response to the motions to dismiss, plaintiffs filed a first amended complaint [Doc. 19], and defendants again filed motions to dismiss. [Docs. 20 and 22] The motions to dismiss the first amended complaint were set for hearing on January 11, 2008. [Doc 21] Plaintiffs have filed their opposition to the motions [Docs. 27 and 28], and defendants have filed replies [Docs. 31 and 32].

4. As ordered by the court [see Doc. 18], the current scheduling of these matters is as follows:

– 12/14/07 Current last day to confer re disclosures, ADR, etc. and last day to file Joint ADR Certification, etc.

– 12/21/07 Current last day to file Rule 26(f) Report and Case Management Statement

– 1/11/08 Initial Case Management Conference as currently scheduled (1:30 p.m.)

– 1/11/08 Current hearing date/time for motions to dismiss (9:00 a.m.)

5. In order to save great time and expense for the parties and for the court as well, all parties herein have agreed and jointly ask the court to maintain January 11. 2008 as the hearing date for the motion to dismiss, but to re-set the other deadlines and hearing dates listed in paragraph 4 above, as follows:

| | |
|---|---|
| 1/25/08 | New last day to confer re disclosures, ADR, etc. and last day to file Joint ADR Certification, etc. |
| 2/1/08 | New last day to file Rule 26(f) Report and Case Management Statement |
| 2/22/08 | New date for Initial Case Management Conference (1:30 p.m.) |

The above is SO STIPULATED.

DATED: 12/12/07

BRANCART & BRANCART

Elizabeth Brancart

ELIZABETH NOONAN BRANCART
Attorneys for Plaintiffs

DATED: ____________

ALLMAN & NIELSEN

____________________

SARA B. ALLMAN
Attorneys for Defendant Thomas J. Tomanek

///

///

5. In order to save great time and expense for the parties and for the court as well, all parties herein have agreed and jointly ask the court to maintain January 11. 2008 as the hearing date for the motion to dismiss, but to re-set the other deadlines and hearing dates listed in paragraph 4 above, as follows:

| | |
|---|---|
| 1/25/08 | New last day to confer re disclosures, ADR, etc. and last day to file Joint ADR Certification, etc. |
| 2/1/08 | New last day to file Rule 26(f) Report and Case Management Statement |
| 2/22/08 | New date for Initial Case Management Conference (1:30 p.m.) |

The above is SO STIPULATED.

DATED: ____________

BRANCART & BRANCART

______________________________
ELIZABETH NOONAN BRANCART
Attorneys for Plaintiffs

DATED: 12-11-07

ALLMAN & NIELSEN, P.C.

______________________________
SARA B. ALLMAN
Attorneys for Defendant Thomas J. Tomanek

///

///

DATED: 12/11/07

FARBSTEIN & BLACKMAN, APC

JOHN S. BLACKMAN
Attorneys for Defendants Mark Garibaldi and The Garibaldi Company

## ORDER

Good cause appearing therefor, the court orders changes to the scheduling in this case as follows:

| | |
|---|---|
| New last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | January 25, 2008 |
| | [or: ______________________] |
| New last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report per Standing Order, and to file Case Management Statement | February 1, 2008 |
| | [or: ______________________] |
| New date/time for Initial Case Management Conference, in Courtroom 2, 17th Floor | February 22, 2008, at 1:30 p.m. |
| | [or: ______________________] |
| The hearing date/time for the motions to dismiss the first amended complaint shall remain as previously ordered: | January 11, 2008, at 9:00 a.m. |
| | [or: ______________________] |

Dated: December 13, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE