IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDITH MACIAS, et al.,

    Plaintiffs,

v.

THOMAS J. TOMANEK, et al.,

    Defendants.

                                                    /

No. C 07-03437 JSW

**JUDGMENT**

    Pursuant to the order granting Garibaldi's and Tomanek's motions to dismiss entered today, this action is DISMISSED. The Clerk is directed to close the file.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: January 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE