Sara B. Allman, Esq., CSB #107932
Steven A. Nielsen, Esq., CSB #133864
■ ALLMAN & NIELSEN ■
A Professional Corporation
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700
Facsimile: (415) 461-2726

Attorneys for Defendant
THOMAS J. TOMANEK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA DURAN

Plaintiffs,

vs.

THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,

Defendants.

Case No.: C07 3437 JSW

**DECLARATION OF MATTHEW F. QUINT IN SUPPORT OF MOTION TO BE DECLARED PREVAILING PARTY AND FOR AN AWARD OF ATTORNEY'S FEES AND COSTS**

DATE: March 14, 2008
TIME: 9:00 A.M.
COURTROOM: 2, 17th Floor
JUDGE: Hon. Jeffrey S. White

Date Action Filed: June 29, 2007

-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

DECLARATION OF MATTHEW F. QUINT IN SUPPORT OF MOTION TO BE DECLARED PREVAILING PARTY AND FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

I, Matthew F. Quint, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of this state, and am a partner in WILSON & QUINT LLP, personal litigation counsel for defendant THOMAS J. TOMANEK (hereinafter "defendant") herein. The following facts are within my personal knowledge and, if sworn to testify, I would testify competently thereto.

2. I am a graduate of Harvard Law School, a civil litigation attorney with over 35 years of experience in state and federal court in the Bay Area, and am AV-rated by Martindale Hubbel.

3. The attorney's fees incurred to date by Wilson & Quint in representing the interests of defendant THOMAS J. TOMANEK in connection with the claims raised in the pending action total $15,600. Attached as Exhibit "A" is a true and correct copy of the Wilson & Quint billing ledger on this matter, with all entries and charges not directly related to defense of the underlying action redacted and deleted. The fees were billed at my customary hourly rate. The charges are reasonable and were necessarily incurred in the representation of moving defendant relative to defense of the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 22nd day of January, 2008, in San Francisco, California.

MATTHEW F. QUINT



ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**DECLARATION OF MATTHEW F. QUINT IN SUPPORT OF MOTION TO BE DECLARED PREVAILING PARTY AND FOR AN AWARD OF ATTORNEY'S FEES AND COSTS**

on the interested parties in the action by placing [] the original [X] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christopher Brancart<br>Elizabeth Brancart<br>BRANCART & BRANCART<br>PO Box 686<br>Pescadero, CA 94060 | Attorney for Plaintiffs EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS |
| John S. Blackman<br>Farbstein & Blackman<br>411 Borel Ave #425<br>San Mateo, CA 94402-3518 | Attorneys for Defendant MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY |

[X] BY MAIL: I deposited such envelope with postage thereon fully prepaid in the United States Postal Service mailbox at Larkspur, California.

[ ] BY PERSONAL SERVICE: I delivered such envelope by hand to the addressee.

[ ] BY FACSIMILE: I sent such document via facsimile to the facsimile machine of the addressee.

[ ] BY EXPRESS MAIL: I deposited such envelope in a mailbox regularly maintained by the United States Postal Service for receipt of Express Mail postage paid to be delivered by Express Mail for overnight courier service to the addressee.

[ ] BY OVERNIGHT DELIVERY: I deposited the envelope, in an envelope designated by the express service carrier, with delivery fees provided for, in a box regularly maintained by the express service carrier for overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

Executed on January 22, 2008, at Larkspur, California.

NOLI VILLA

-5-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

DECLARATION OF MATTHEW F. QUINT IN SUPPORT OF MOTION TO BE DECLARED PREVAILING PARTY AND FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

1/18/2008
11:34 AM

Wilson & Quint LLP
Slip Listing

Page 1

Selection Criteria

Clie.Selection Include: Tomanek: Macias
Acti.Selection Include: [redacted] Amendment; Client Dvlp; Closing; Conference; Correspondence; Court; Deposition; Draft; Education; File Review; Hearing; Interview; Lease; Legal Research; Meeting; Opinion; Paralegal; Phone Opp Atty; Phone client; Prep Pleadings; Preparation; Research; Review; Telephone call to client(s); attorney

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| Client: 2275.01 | | | | | | |
| 13191<br>7/17/2007<br>Billed<br>Telephone conference with Messrs. Holsman and Voorsanger. | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 80.00 |
| 13194<br>7/18/2007<br>Billed<br>Review complaint; research re RICO claims; research re B&P Code section 17200 claims; initial conference with client and Messrs. Holsman and Voorsanger; prepare engagement letter; e-mail to client. | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 2.50<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 1000.00 |
| 13195<br>7/19/2007<br>Billed<br>Telephone conference with Mr. Holsman; telephone conference with Mr. Ciochon of Mr. Hansen's office. | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.60<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 240.00 |
| 13205<br>7/20/2007<br>Billed<br>[redacted] | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | [redacted]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | [redacted] |
| 13206<br>7/23/2007<br>Billed<br>[redacted] | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | [redacted]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | [redacted] |

Exhibit "A"

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 13313<br>7/25/2007<br>Billed<br>Begin review of client documents and files. | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.70<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 280.00 |
| 13314<br>7/26/2007<br>Billed<br>Complete review of tenant files; telephone conference with Ms. Allman; e-mails to and from Ms. Allman; telephone conference with Mr. Holsman; letter to Ms. Allman; telephone conference with Mr. Ciochon and Ms. Allman. | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 2.00<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 800.00 |
| 13216<br>7/27/2007<br>Billed<br>Telephone conference with Mr. Ciochon; letter to Mr. O'Dwyer; e-mail to Ms. Allman. | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.60<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 240.00 |
| 13221<br>7/30/2007<br>Billed<br>Telephone conference with Mr. Holsman; e-mail from Ms. Allman; e-mail to Ms. Allman; telephone conference with Robbie Gonzales; e-mail to Mr. Gonzales. | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 200.00 |
| 13224<br>7/31/2007<br>Billed<br>E-mails to and from Mr. Ciochon and Ms. Allman; letter from Ms. Allman; letter from Mr. Ciochon. | TIME<br><br>G:11549 | <br><br>8/7/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 120.00 |
| 13521<br>8/1/2007<br>Billed<br>Review correspondence from Ms. Allman; letter to Ms. Allman; [illegible] | TIME<br><br>G:11567 | <br><br>9/10/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.50 [illegible]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | $200 [illegible] |
| 13524<br>8/10/2007<br>Billed<br>Telephone conference with Mr. Ciochon; telephone conference with Ms. Allman. | TIME<br><br>G:11567 | <br><br>9/10/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.60<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 240.00 |
| 13525<br>8/13/2007<br>Billed<br>Telephone conference with Ms. Allman; | TIME<br><br>G:11567 | <br><br>9/10/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.30<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 520.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| telephone conference with Mr. and Ms. Brancart and Ms. Allman; telephone conference with Ms. Allman and Mr. Ciochon; telephone conference with Mr. Ciochon. | | | | | | |
| 13559<br>8/22/2007<br>Billed<br>Review e-mails to and from Mr. Ciochon and Ms. Allman; telephone conference with Mr. Ciochon. | TIME<br><br>G:11567 | <br><br>9/10/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 200.00 |
| 13556<br>8/23/2007<br>Billed<br>Numerous e-mails and telephone conference to and from Messrs. Blackman and Ciochon and Ms. Allman. | TIME<br><br>G:11567 | <br><br>9/10/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 2.00<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 800.00 |
| 13551<br>8/27/2007<br>Billed<br>Telephone conference with Mr. Holsman; review RICO case authorities; e-mails among co-counsel. | TIME<br><br>G:11567 | <br><br>9/10/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 400.00 |
| 13713<br>9/4/2007<br>Billed<br>E-mails to and from counsel. | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 120.00 |
| 13717<br>9/5/2007<br>Billed<br>Review legal authorities and cases on RICO issues; telephone conference with Messrs. Blackman, Ciochon and Ms. Allman; telephone conference with Ms. Allman; [redacted] | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | ~~2.00~~<br>0.00<br>0.00<br>0.00<br>1.7 | 400.00<br>C@1 | ~~800.00~~<br>$680.00 |
| 13720<br>9/10/2007<br>Billed<br>Telephone conference with Mr. Holsman; e-mail among co-counsel; review draft motion to dismiss RICO claims. | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.50<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 600.00 |
| 13722<br>9/11/2007<br>Billed<br>Further review of draft brief; e-mail to co-counsel re suggested modifications to brief. | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.70<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 280.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 13723<br>9/12/2007<br>Billed<br>Telephone conference with Messrs. Ciochon and Blackman and Ms. Allman; telephone conference with Mr. Holsman; telephone conference with Ms. Allman; review pleadings in [redacted] | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 400.00 |
| 13678<br>9/13/2007<br>Billed<br>Review and revise Tomanek motion to dismiss; telephone conference with Ms. Allman; e-mails to and from co-counsel. | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 400.00 |
| 13677<br>9/14/2007<br>Billed<br>Continue review of Tomanek brief and Garibaldi brief re motion to dismiss; E-mails to and from Ms. Allman; telephone conference with Mr. Holsman. | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.70<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 280.00 |
| 13670<br>9/17/2007<br>Billed<br>[redacted] review motions filed on Friday; e-mails to/from counsel. | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | .50 (handwritten)<br>~~1.50~~<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | $200.00 (handwritten)<br>~~600.00~~ |
| 13669<br>9/18/2007<br>Billed<br>Telephone conference with Mr. Ciochon; [redacted] | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | .30 (handwritten)<br>~~1.00~~<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | $120.00 (handwritten)<br>~~400.00~~ |
| 13685<br>9/19/2007<br>Billed<br>Telephone conference with Mr. Holsman; telephone conference with Messrs. Ciochon and Blackman and Ms. Allman; conference with Mr. Holsman, Mr. Tomanek, Mr. Gonzales, Ms. Tomanek and Ms. Allman. | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 2.40<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 960.00 |
| 13695<br>9/24/2007<br>Billed<br>[redacted] | TIME<br><br>G:11578 | <br><br>10/5/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | [redacted]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | [redacted] |

| 1/18/2008 | Wilson & Quint LLP | | |
|---|---|---|---|
| 11:35 AM | Slip Listing | | Page    5 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| ~~[redacted]~~ | | .70 | | $280.00 |
| 13698          TIME<br>9/25/2007<br>Billed          G:11578          10/5/2007<br>Telephone conference with Mr. Holsman; e-mail from Mr. Ciochon re [redacted] class action litigation; [redacted] | Matt F. Quint<br>attorney<br>Tomanek: Macias | ~~1.50~~<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | ~~600.00~~ |
| 13708          TIME<br>9/26/2007<br>Billed          G:11578          10/5/2007<br>[redacted] | Matt F. Quint<br>attorney<br>Tomanek: Macias | ~~[redacted]~~<br>0.00<br>0.00<br>0.00 | ~~[redacted]~~<br>C@1 | ~~[redacted]~~ |
| 13704          TIME<br>9/27/2007<br>Billed          G:11578          10/5/2007<br>Telephone conference with Messrs. Ciochon, Blackman and Ms. Allman. | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.40<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 160.00 |
| 13783          TIME<br>10/1/2007<br>Billed          G:11591          11/30/2007<br>Review correspondence from Mr. Brancart and first amended class action complaint; [redacted] telephone conference with Mr. Ciochon re [redacted] issues and [redacted]. | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.00<br>~~1.60~~<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | $400<br>~~640.00~~ |
| 13786          TIME<br>10/2/2007<br>Billed          G:11591          11/30/2007<br>E-mails to and from Ms. Allman; letter to Mr. Martin; analyze first amended complaint. | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.40<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 560.00 |
| 13787          TIME<br>10/3/2007<br>Billed          G:11591          11/30/2007<br>Telephone conference with Messrs. Blackman, Ciochon and Ms. Allman re new amended complaint, motions to dismiss and [redacted] e-mail to and from Mr. Ciochon. | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.90<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 360.00 |
| 13809          TIME<br>10/11/2007<br>Billed          G:11591          11/30/2007<br>E-mail from Mr. Ciochon; extended telephone conference with Messrs. Ciochon and Blackman and Ms. Allman re RICO motion and settlement | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.40<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 560.00 |

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| issues. | | | | |
| 13804 TIME<br>10/12/2007<br>Billed G:11591 11/30/2007<br>Research re [redacted]; draft proposed form [redacted] r for use by defendants; [redacted] | Matt F. Quint<br>attorney<br>Tomanek: Macias | ~~1.80~~ 1.00 [handwritten]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | ~~720.00~~ $400.00 [handwritten] |
| 13797 TIME<br>10/15/2007<br>Billed G:11591 11/30/2007<br>Review, comment on, and revise draft motion to dismiss first amended complaint; e-mails to and from Mr. Ciochon. | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 400.00 |
| 13799 TIME<br>10/16/2007<br>Billed G:11591 11/30/2007<br>E-mails to and from co-counsel regarding pros and cons of [redacted] l at this time; telephone conference with Messrs. Ciochon and Blackman and Ms. Allman; review plaintiff files for Mr. Salambue and Ms. Duran. | Matt F. Quint<br>attorney<br>Tomanek: Macias | 2.00<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 800.00 |
| 13768 TIME<br>10/19/2007<br>Billed G:11591 11/30/2007<br>Review and analyze [redacted] ts for Rancho Luna and Rancho Sol 2004-2006; e-mail to Mr. Ciochon re [redacted] extended telephone conference with; e-mail from Mr. Ciochon; e-mail to client; review Garibaldi motion to dismiss. | Matt F. Quint<br>attorney<br>Tomanek: Macias | 2.20<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 880.00 |
| 13767 TIME<br>10/22/2007<br>Billed G:11591 11/30/2007<br>Telephone conference with Mr. Holsman. | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 120.00 |
| 13760 TIME<br>10/23/2007<br>Billed G:11591 11/30/2007<br>E-mail to/from co-counsel. | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 80.00 |
| 13772 TIME<br>10/29/2007<br>Billed G:11591 11/30/2007<br>[redacted] | Matt F. Quint<br>attorney<br>Tomanek: Macias | [redacted]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | [redacted] |

1/18/2008
11:35 AM

Wilson & Quint LLP
Slip Listing

| Slip ID / Dates and Time / Posting Status / Description | | | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 13773<br>10/30/2007<br>Billed<br>[redacted] | TIME<br><br>G:11591 | <br><br>11/30/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | [redacted]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | [redacted] |
| 13776<br>10/31/2007<br>Billed<br>[redacted] | TIME<br><br>G:11591 | <br><br>11/30/2007 | Matt F. Quint<br>attorney<br>Tomanek: Macias | [redacted]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | [redacted] |
| 13876<br>11/2/2007<br>Billed<br>[redacted] | TIME<br><br>G:11603 | <br><br>1/8/2008 | Matt F. Quint<br>attorney<br>Tomanek: Macias | [redacted]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | [redacted] |
| 13878<br>11/19/2007<br>Billed<br>Review opposition to motion to dismiss; telephone conference with Mr. Ciochon; e-mails to and from counsel; letter to client. | TIME<br><br>G:11603 | <br><br>1/8/2008 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.20<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 480.00 |
| 13890<br>11/26/2007<br>Billed<br>Review Garibaldi and Tomanek reply briefs; e-mails to and from Ms. Allman and Mr. Ciochon. | TIME<br><br>G:11603 | <br><br>1/8/2008 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 400.00 |
| 13872<br>11/28/2007<br>Billed<br>Final review of reply brief; letter to client. | TIME<br><br>G:11603 | <br><br>1/8/2008 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.20<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 80.00 |
| 13869<br>11/29/2007<br>Billed<br>[redacted] | TIME<br><br>G:11603 | <br><br>1/8/2008 | Matt F. Quint<br>attorney<br>Tomanek: Macias | [redacted]<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | [redacted] |
| 14046<br>12/11/2007<br>Billed<br>E-mails to and among co-counsel. | TIME<br><br>G:11603 | <br><br>1/8/2008 | Matt F. Quint<br>attorney<br>Tomanek: Macias | 0.30<br>0.00<br>0.00<br>0.00 | 400.00<br>C@1 | 120.00 |

| Slip ID / Dates and Time / Posting Status / Description | | | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 14053 | TIME | | Matt F. Quint | 0.20 | 400.00 | 80.00 |
| 12/14/2007 | | | attorney | 0.00 | C@1 | |
| Billed | G:11603 | 1/8/2008 | Tomanek: Macias | 0.00 | | |
| E-mails to and from co-counsel. | | | | 0.00 | | |

Total: Thomas J. Tomanek

| | | Units | Slip Value |
|---|---|---|---|
| | Billable | 49.90 | 19960.00 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 49.90 | 19960.00 |

Total: 2275.01

| | | Units | Slip Value |
|---|---|---|---|
| | Billable | 49.90 | 19960.00 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 49.90 | 19960.00 |

Grand Total

| | | Units | Slip Value |
|---|---|---|---|
| | Billable | ~~49.90~~ | ~~19960.00~~ |
| | Unbillable | ~~0.00~~ | ~~0.00~~ |
| | Total | ~~49.90~~ | ~~19960.00~~ |
| | | 39.00 | $15,600.00 |