JOHN S. BLACKMAN (SB#114654)
FARBSTEIN & BLACKMAN, APC
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Telephone: (650) 554-6200
Facsimile: (650) 554-6240

CARL D. CIOCHON
WENDEL ROSEN BLACK & DEAN, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Tel: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendants
MARK GARIBALDI and THE GARIBALDI COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL, TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA DURAN, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY, <br><br> Defendants. | CASE NO. C07 3437 JSW <br><br> NOTICE OF MOTION AND MOTION TO BE DECLARED PREVAILING PARTY AND FOR AWARD OF ATTORNEY'S FEES AND COSTS; JOINDER OF DEFENDANT GARIBALDI IN MEMORANDUM OF POINTS AND AUTHORITIES FILED BY DEFENDANT TOMANEK; SUPPORTING DECLARATIONS OF JOHN S. BLACKMAN AND CARL D. CIOCHON [filed separately] <br><br> DATE: March 14, 2008 <br> TIME: 9:00 A.M. <br> COURTROOM: 2, 17th Floor <br> JUDGE: Hon. Jeffrey S. White <br><br> Date Action Filed: June 29, 2007 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on MARCH 14, 2008, at 9:00 a.m., or as soon

thereafter as counsel can be heard, defendant THE GARIBALDI COMPANY will move

this Court, located at 450 Golden Gate Avenue, 17th Floor, Courtroom 2, San Francisco,

CA 94102, for an order declaring defendant THE GARIBALDI COMPANY to be a

1

1   prevailing party in this action, and for an award of reasonable attorney's fees and costs

2   pursuant to the written lease contracts between plaintiffs and moving defendants, and

3   pursuant to the judgment of dismissal as to all defendants entered herein on January 9,

4   2008.

5        Said motion will be made upon the grounds that moving defendant is a prevailing

6   party under the written lease contracts which plaintiffs sued upon in this action, and that

7   said leases provide that the prevailing party in any action involving said leases shall be

8   entitled to an award of reasonable attorney's fees and costs incurred in the action.  Said

9   motion will be supported by the Memorandum of Points and Authorities concurrently filed

10  herewith in this action by co-defendant TOMANEK and by moving party GARIBALDI'S

11  Joinder in said Memorandum, by the Declarations of John S. Blackman and Carl D.

12  Ciochon filed herewith, by the complete files and records in this action, and such other and

13  further evidence as may be presented at the hearing.

14

15  DATED:  January 23, 2008           FARBSTEIN & BLACKMAN, APC

16

17

18                                                 JOHN S. BLACKMAN
                                                   Attorneys for Mark Garibaldi and
19                                                 The Garibaldi Company

20

21                 **MEMORANDUM OF POINTS AND AUTHORITIES**

22

23        Defendant THE GARIBALDI COMPANY ("GARIBALDI") relies upon the same

24  points and the same authorities as co-defendant TOMANEK for its entitlement to an

25  award of attorney's fees and costs as a prevailing party in plaintiffs' action on the lease.

26  GARIBALDI also relies on the same documents attached as exhibits to the Declaration of

27  Sara Allman which is being submitted in support of co-defendant TOMANEK's motion.  In

28

DEFENDANT GARIBALDI COMPANY'S
MOTION TO BE DECLARED PREVAILING
PARTY AND FOR ATTORNEY'S FEES/COSTS

1  order to avoid cluttering the court's file with redundant paperwork, **GARIBALDI adopts,**

2  **incorporates and joins the motion and supporting Memorandum of Points and**

3  **Authorities filed concurrently herewith by Defendant TOMANEK.**

4

5      GARIBALDI proffers the Declarations of John S. Blackman of Farbstein &

6  Blackman, APC, and Carl D. Ciochon of Wendel, Rosen, Black & Dean, LLP in support of

7  its application for an award of attorney's fees and costs.  Those two declarations will be

8  filed separately but concurrently herewith.

9

10      As set forth in the Declaration of John S. Blackman filed herewith and the exhibits

11  attached thereto, through December 31, 2007 the Farbstein law firm has charged

12  GARIBALDI attorney's fees totaling $21,901.50 in the defense of this action, and $23.55 in

13  costs.  The Farbstein law firm has further charged $4,443.00 in attorney's fees and $0.00 in

14  costs in this matter through January 21, 2008, i.e., up to the time just prior to filing of this

15  motion.  Thus the total amount of fees and costs incurred in this action by GARIBALDI

16  from the Farbstein law firm up to the time of filing this motion is $26,368.05.

17

18      As set forth in the Declaration of Carl D. Ciochon filed herewith and the exhibits

19  attached thereto, through December 31, 2007 the Wendel, Rosen law firm has charged

20  GARIBALDI attorney's fees totaling $28,060.50 in the defense of this action, and $3,600.32

21  in costs.  The total amount of fees and costs incurred in this action by GARIBALDI from

22  the Wendel, Rosen law firm up to the time of filing this motion is $31,660.82.

23

24      The grand total of fees and costs incurred by GARIBALDI up to the point of

25  making this motion is $58,028.87.  If the court grants this motion, Defendant GARIBALDI

26  requests leave of court to add to that amount, or to whatever amount is found owing by the

27  court, the fees and costs incurred by GARIBALDI in further proceedings relating to the

28

3

DEFENDANT GARIBALDI COMPANY'S
MOTION TO BE DECLARED PREVAILING
PARTY AND FOR ATTORNEY'S FEES/COSTS

1   recovery of said fees and costs, e.g., fees and costs incurred in reviewing and responding to

2   plaintiffs' opposition brief, writing its reply brief, and attendance at the hearing on this

3   motion.

4

5        Defendant THE GARIBALDI COMPANY therefore respectfully requests that the

6   court declare that it is a prevailing party in this action, and that GARIBALDI be awarded

7   reasonable attorney's fees and costs as set forth above.

8

9   DATED:  January 23, 2008              FARBSTEIN & BLACKMAN, APC

10

11                                        _____

12                                        JOHN S. BLACKMAN
                                          Attorneys for Mark Garibaldi and
13                                        The Garibaldi Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

PROOF OF SERVICE
Macias v. Tomanek, , Mark Garibaldi, The Garibaldi Company

2

USDC, Northern California, Case No. C 07-3437 JSW

3          I am a resident of the State of California, over the age of eighteen years, and not a party
to the within action. I am employed in the office of a member of the bar of this court at whose

4   direction the service was made. My business address is 411 Borel Avenue, Suite 425, San
Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On

5   January 23, 2008, I served the following document(s):

6   **NOTICE OF MOTION AND MOTION TO BE DECLARED PREVAILING PARTY
AND FOR AWARD OF ATTORNEY'S FEES AND COSTS; JOINDER OF**

7   **DEFENDANT GARIBALDI IN MEMORANDUM OF POINTS AND
AUTHORITIES FILED BY DEFENDANT TOMANEK; SUPPORTING**

8   **DECLARATIONS OF JOHN S. BLACKMAN AND CARL D. CIOCHON**

9   on the following person(s) by the method(s) indicated below:

10

| | |
|---|---|
| Elizabeth Noonan Brancart, Esq. | Attorneys for plaintiffs |
| Christopher A. Brancart, Esq. | Tel: 650-879-0141 |
| Brancart & Brancart | Fax: 650-879-1103 |
| P. O. Box 686 | email: cbrancart@brancart.com |
| Pescadero, CA 94060 | ebrancart@brancart.com |
| Sara B. Allman, Esq. | Attorneys for defendant Thomas J. |
| Allman & Nielsen | Tomanek |
| 100 Larkspur Lndg Cir #212 | Tel:  415-461-2700 |
| Larkspur, CA 94939 | Fax: 1-415-461-2726 |
| | all-niel@pacbell.net |

11

12

13

14

15

16  [ ]    by transmitting via facsimile on this date from fax number (650) 554-6240 the

17         document(s) listed above to the fax number(s) set forth herein. The transmission was
completed before 5:00 p.m. and was reported complete and without error. The

18         transmission report is attached to this proof of service. Service by fax was made by
agreement of the parties confirmed in writing.

19  [X]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon

20         fully prepaid, for deposit in the United States mail at San Mateo, California addressed
as set forth herein. I am readily familiar with the firm's practice of collection and

21         processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal Service on that same day, with postage thereon fully prepaid in the

22         ordinary course of business.

23  [ ]    by placing the document(s) listed above in a sealed envelope(s) and by causing personal
delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed

24         proof of service by the process server or delivery service is attached to this proof of
service.

25  [ ]    by personally delivering the document(s) listed above to the person(s) at the

26         address(es) set forth herein.

27  [ ]    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an
express mail service for guaranteed delivery on the next business day following the date

28

5

DEFENDANT GARIBALDI COMPANY'S
MOTION TO BE DECLARED PREVAILING
PARTY AND FOR ATTORNEY'S FEES/COSTS

1    of consignment to the address(es) set forth herein.  A copy of the consignment slip is attached to this proof of service.

2

[X]    by transmitting the document(s) listed above via the Court's ECF system to the persons
3    at the email address(es) set forth herein.  The transmission was completed before 5:00 p.m. and was reported complete and without error.

4

     I declare under penalty of perjury under the laws of the United States and the State of
5    California that the above is true and correct.  Executed at San Mateo, California, on January 23, 2008.

6

7                                    SUZANNE T. FARBSTEIN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    6

                                    DEFENDANT GARIBALDI COMPANY'S
                                    MOTION TO BE DECLARED PREVAILING
                                    PARTY AND FOR ATTORNEY'S FEES/COSTS