1  JOHN S. BLACKMAN (SB#114654)
   FARBSTEIN & BLACKMAN, APC
2  411 Borel Avenue, Suite 425
   San Mateo, California  94402-3518
3  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
4
   CARL D. CIOCHON
5  WENDEL ROSEN BLACK & DEAN, LLP
   1111 Broadway, 24th Floor
6  Oakland, CA 94607-4036
   Tel: (510) 834-6600
7  Fax: (510) 834-1928

8  Attorneys for Defendants
   MARK GARIBALDI and THE GARIBALDI COMPANY
9
                   UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA

11 EDITH MACIAS, individually and on          )    CASE NO. C07 3437 JSW
   behalf of similarly situated individuals;  )
12 HOTON DURAN; TIFFANY HUYNH;               )
   AURA MENDIETA; WILLIAM                    )
13 LABOY; MIGUEL ACOSTA; CRUZ               )
   ACOSTA; CUAUHTEMOC TORAL,                 )    DECLARATION OF JOHN S.
14 TERESA VILLEGAS, KAPIKA                    )    BLACKMAN IN SUPPORT OF
   SALAMBUE and MARINA DURAN,               )    DEFENDANT THE GARIBALDI
15                                            )    COMPANY'S MOTION TO BE
              Plaintiffs,                     )    DECLARED PREVAILING PARTY
16                                            )    AND FOR ATTORNEY'S FEES AND
   vs.                                        )    COSTS
17                                            )
   THOMAS J. TOMANEK; and MARK              )
18 GARIBALDI, individually and doing         )    DATE:  March 14, 2008
   business as THE GARIBALDI                 )    TIME:  9:00 A.M.
19 COMPANY,                                   )    COURTROOM:  2, 17th Floor
                                              )    JUDGE:  Hon. Jeffrey S. White
20            Defendants.                     )
   _____       )    Date Action Filed: June 29, 2007
21
22
23        I, John S. Blackman, declare under penalty of perjury under the laws of the State of

24 California as follows:

25        1.      I am an attorney at law, duly licensed to practice before all the courts of this

26 state, and am a shareholder of Farbstein & Blackman, A Professional Corporation, one of

27 the attorneys of record for defendant THE GARIBALDI COMPANY (hereinafter

28                                    1
                                          DECLARATION OF JOHN S. BLACKMAN IN
                                          SUPPORT OF GARIBALDI'S MOTION TO BE
                                          DECLARED PREVAILING PARTY AND FOR
                                          ATTORNEY'S FEES AND COSTS

1  referred to as "GARIBALDI"). The following facts are within my personal knowledge

2  and, if sworn to testify, I would testify competently thereto.

3      2.     Attached to the Declaration of defense co-counsel Sara Allman as exhibits

4  are true and correct copies of the court's order that granted defendant's motion to dismiss,

5  the court's judgment pursuant to that dismissal, and an examplar of the attorney's fees

6  language in each plaintiff's lease. Said documents are incorporated in Defendant

7  GARIBALDI'S application for fees as a prevailing party.

8      3.     I am a civil trial attorney with over 24 years of experience in state and federal

9  court and am AV-rated by Martindale Hubbell.

10     4.     The attorney's fees incurred in the defense of this action through December

11 31, 2007 by Farbstein & Blackman, APC on behalf of defendant GARIBALDI total

12 $21,901.50. The costs incurred and charged to GARIBALDI in this action through

13 December 31, 2007 total $23.55.

14     6.     Attached hereto as Exhibit "A" are complete and correct billing statements

15 from Farbstein & Blackman, from the inception of this case in August of 2007 through

16 December 31, 2007. These billing statements accurately reflect the amount of hours spent

17 by members and employees of my law firm defending the within action. Exhibit "A"

18 reflects the time spent and hourly compensation at our usual and customary hourly billing

19 rate herein of $185 for attorneys, and $75.00 for paralegals. The identity of the

20 timekeepers on the attached billings are as follows: JSB is Attorney John S. Blackman;

21 GRG is Attorney Gary R. Gleason; PAB is Attorney Peggy A. Burton; STF is paralegal

22 Suzanne T. Farbstein; and CGD is paralegal Carol G. Devincenzi. Our firm bills in

23 increments of .10 of an hour, with a minimum .10 charge. The itemization sets forth the

24 services rendered in the matter by each timekeeper. The time records are maintained by

25 the Legalmaster computer system after manual entry into the system at the end of the

26 month after the date incurred.

27     7. Exhibit "A" contains the following invoices, showing the following dollars

28                                     2

1  incurred by my client in defending this action, through December 31, 2007:

2      Statement Date      Amount of Fees/Costs Billed

3      9/7/07           $9,997.00

4      10/3/07          $6,110.00 / $23.55

5      11/5/07          $4,030.50

6      12/4/07          $1,470.00

7      1/3/08           $294.00

8      TOTAL:          $21,901.50 fees and $23.55 costs = $21,925.05

9      8.  The total attorney's fees charged to GARIBALDI by the Farbstein law firm from

10  January 1 through January 21, 2008, are $4,443.00, and the total costs incurred for the same

11  time period are $0.00, for a total of $4,443.00 in fees and costs from the Farbstein law firm

12  from January 1 through January 21, 2008.

13      9.  The total attorney's fees and costs charged to GARIBALDI by the Farbstein law

14  firm from the inception of this action through January 21, 2008, i.e., just prior to the filing

15  of this motion, are $26,368.05.  Said attorney's fees and costs are reasonable and were

16  necessarily incurred in the defense of moving defendant GARIBALDI relative to the

17  defense of this lawsuit.

18      8.      On January 10, 2008, co-defense counsel Sara Allman and I met and

19  conferred telephonically with plaintiffs' counsel, Chris Brancart and Elizabeth Brancart, for

20  the purpose of attempting to resolve any disputes with respect to this motion.  Defense

21  counsel also followed up by correspondence to the Brancarts following review of legal

22  authority cited by plaintiffs' counsel.  No resolution was reached, rendering this motion

23  necessary.

24      Executed this 23rd day of January, 2008, at San Mateo, California.

25

26                     //S//

                  _____

27                     JOHN S. BLACKMAN

28             3    _____

DECLARATION OF JOHN S. BLACKMAN IN
SUPPORT OF GARIBALDI'S MOTION TO BE
DECLARED PREVAILING PARTY AND FOR
ATTORNEY'S FEES AND COSTS

PROOF OF SERVICE
Macias v. Tomanek, , Mark Garibaldi, The Garibaldi Company
USDC, Northern California, Case No. C 07-3437 JSW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On January 23, 2008, I served the following document(s):

DECLARATION OF JOHN S. BLACKMAN IN SUPPORT OF DEFENDANTS
GARIBALDI'S MOTION FOR ATTORNEY'S FEES

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Elizabeth Noonan Brancart, Esq.<br>Christopher A. Brancart, Esq.<br>Brancart & Brancart<br>P. O. Box 686<br>Pescadero, CA 94060 | Attorneys for plaintiffs<br>Tel: 650-879-0141<br>Fax: 650-879-1103<br>email: cbrancart@brancart.com<br>ebrancart@brancart.com |
| Sara B. Allman, Esq.<br>Allman & Nielsen<br>100 Larkspur Lndg Cir #212<br>Larkspur, CA 94939 | Attorneys for defendant Thomas J.<br>Tomanek<br>Tel:  415-461-2700<br>Fax: 1-415-461-2726<br>all-niel@pacbell.net |

[  ]  by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]  by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[  ]  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

[  ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

[  ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

4

DECLARATION OF JOHN S. BLACKMAN IN
SUPPORT OF GARIBALDI'S MOTION TO BE
DECLARED PREVAILING PARTY AND FOR
ATTORNEY'S FEES AND COSTS

1    [X]    by transmitting the document(s) listed above via the Court's ECF system to the persons
          at the email address(es) set forth herein. The transmission was completed before 5:00
2          p.m. and was reported complete and without error.

3          I declare under penalty of perjury under the laws of the United States and the State of
     California that the above is true and correct. Executed at San Mateo, California, on January
4    23, 2008.

5                                                    *Suzanne Farbstein*
                                                    SUZANNE T. FARBSTEIN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        5    _____
                                              DECLARATION OF JOHN S. BLACKMAN IN
                                              SUPPORT OF GARIBALDI'S MOTION TO BE
                                              DECLARED PREVAILING PARTY AND FOR
                                              ATTORNEY'S FEES AND COSTS

Farbstein & Blackman, A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, CA  94402
(650) 554-6200
Federal Tax I.D. No. 94-2456928


September 7, 2007


Philadelphia Insurance Company
████████████████
One Bala Plaza, Suite 100
P. O. Box 950
Bala Cynwyd PA  19004

Mark Garibaldi
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton CA 95219

                                    Our Case #  PIC3-070
                                    Invoice number   17929

Re:   Macias v. Tomanek, et al.
      Insured: The Garibaldi Company
      Claim No. PHCL 07080 279570

                        Current Fees     $9,997.00
                                         -------------
            Total Current Charges        $9,997.00
                                         -------------

                        Total Due        $9,997.00
                                         =============

EXHIBIT___A___

Farbstein & Blackman, A Professional Corporation

September 7, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   17929

Re:  Macias v. Tomanek, et al.

| Date | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 08/15/07 | STF | Download and print and review documents forwarded by carrier; calendar response date; review court's docket and download and print selected pleadings; review Case Management Order and Scheduling Order; update master calendar | 1.4 | 105.00 |
| 08/17/07 | JSB | Review and analyze pleading: Complaint and begin drafting memo summarizing smae (begin) | 1.1 | 203.50 |
| 08/17/07 | JSB | Legal research re: class action requirements (substantive, pleading, and procedural) (begin) | 1.3 | 240.50 |
| 08/17/07 | STF | New file intake:  review documents received from carrier; update master calendar; create master list; open physical, electronic and billing files | 1.0 | 75.00 |
| 08/20/07 | JSB | Conclude review and analysis of Complaint and preparation of memo summarizing same | 2.0 | 370.00 |
| 08/20/07 | JSB | Legal research re: federal class action requirements | 0.6 | 111.00 |
| 08/20/07 | JSB | Legal research re: validity of defamation claim in connection with credit reporting | 0.7 | 129.50 |

Farbstein & Blackman, A Professional Corporation

September 7, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  17929

Re:  Macias v. Tomanek, et al.

| Date | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 08/20/07 | JSB | Legal research re: case law re: Civil Code Section 1950.5 security deposit requirements (begin) | 1.5 | 277.50 |
| 08/20/07 | JSB | Research plaintiffs' attorneys | 0.4 | 74.00 |
| 08/21/07 | GRG | Consult regarding federal court issues re: motions to dismiss | 0.3 | 55.50 |
| 08/21/07 | JSB | Conference with S. Farbstein and P. Burton re: research for motion to dismiss | 0.4 | 74.00 |
| 08/21/07 | JSB | Prepare pleading: Begin drafting Rule 12(b)(6) motion to dismiss | 3.3 | 610.50 |
| 08/21/07 | JSB | Legal research re: statute of limitations on Civil Code Section 1950.5 claim | 1.2 | 222.00 |
| 08/21/07 | PAB | Strategize re: approach to motion to dismiss; Start research on statute of limitations and Business and Professions Code Section 17200 (Unfair Business Practices) | 6.0 | 1,110.00 |
| 08/21/07 | STF | Legal research re: elements of causes of action alleged in Complaint | 4.8 | 360.00 |
| 08/21/07 | STF | Further file organization; receipt of additional documents; | | |

Farbstein & Blackman, A Professional Corporation

September 7, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  17929

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | check court docket; review, download and print standing orders; review, download and print local court rules | 1.0 | 75.00 |
| 08/22/07 | JSB | Continue research and drafting of motion to dismiss and to strike | 1.5 | 277.50 |
| 08/22/07 | PAB | Start research on RICO claims; Draft memorandum re: applicable case law re: elements of cause of action | 5.8 | 1,073.00 |
| 08/23/07 | JSB | Telephone conference (extended) with T. Tittle at Garibaldi Company; Memo to file | 0.5 | 92.50 |
| 08/23/07 | JSB | Review and analyze research re RICO claim requirements (continuing) | 1.0 | 185.00 |
| 08/23/07 | JSB | Continue drafting motion to dismiss and motion to strike | 1.5 | 277.50 |
| 08/23/07 | JSB | Telephone conference (extended) with M. Quint, personal attorney for Tomanek | 0.7 | 129.50 |
| 08/23/07 | JSB | Telephone conference (extended) with C. Ciochan; Memo to file | 0.7 | 129.50 |
| 08/23/07 | JSB | Telephone conference (extended) with C. Ciochan, M. Quint and S. Allman, conference call | 1.2 | 222.00 |
| 08/23/07 | JSB | Prepare correspondence to | | |

Farbstein & Blackman, A Professional Corporation

September 7, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  17929

Re:  Macias v. Tomanek, et al.

| Date | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | ▬▬▬▬▬▬ | 0.4 | 74.00 |
| 08/23/07 | PAB | Research and draft memo re: statute of limitations for all causes of action | 3.0 | 555.00 |
| 08/23/07 | PAB | Continue researching and drafting of memo on RICO claims | 1.7 | 314.50 |
| 08/24/07 | STF | Prepare correspondence to S. Allman and transmit with Sitpulation to Englarge Time to Respond to Complaint | 0.2 | 15.00 |
| 08/27/07 | JSB | Continue legal research on elements and rules for pleading RICO allegations, and case law | 2.0 | 370.00 |
| 08/27/07 | JSB | Review and analyze correspondence from C. Ciochon (3) | 0.2 | 37.00 |
| 08/27/07 | JSB | Review and analyze correspondence from M. Quint | 0.1 | 18.50 |
| 08/27/07 | JSB | Prepare correspondence to C. Ciochon and M. Quint | 0.3 | 55.50 |
| 08/27/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 08/27/07 | JSB | Review and analyze more underlying file materials forwarded by C. Ciochon | 1.2 | 222.00 |
| 08/27/07 | STF | Download, print and organize documents forwarded by Wendel Rosen | | |

Farbstein & Blackman, A Professional Corporation

September 7, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   17929

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | & Dean | 0.3 | 22.50 |
| 08/28/07 | JSB | Further legal research on RICO claims and mail fraud sub-elements for pleading purposes, and continue drafting motion to dismiss | 6.5 | 1,202.50 |
| 08/28/07 | STF | Check court's docket re: Stipulation to Enlarge Time; download and print | 0.2 | 15.00 |
| 08/28/07 | STF | Download, print and organize five volumes of tenant files | 1.6 | 120.00 |
| 08/29/07 | JSB | Review and analyze tenant files provided by C. Ciochon (preliminary review) | 1.5 | 277.50 |
| 08/29/07 | JSB | Further drafting of motion to dismiss and motion to strike | 1.0 | 185.00 |
| 08/29/07 | STF | Modify master proof of service for inclusion of service by electronic transmission | 0.2 | 15.00 |
| | | Current Fees | 60.4 | $9,997.00 |

| Summary | Hours | Rate | Amount |
|---|---|---|---|
| PAB | 16.50 | 185.00 | 3,052.50 |
| GRG | 0.30 | 185.00 | 55.50 |
| JSB | 32.90 | 185.00 | 6,086.50 |
| STF | 10.70 | 75.00 | 802.50 |

Farbstein & Blackman, A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, CA  94402
(650) 554-6200
Federal Tax I.D. No. 94-2456928


October 3, 2007

Philadelphia Insurance Company
Frank Koehler
One Bala Plaza, Suite 100
P. O. Box 950
Bala Cynwyd PA  19004

Mark Garibaldi
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton CA 95219

Our Case #  PIC3-070
Invoice number  18006

Re:  Macias v. Tomanek, et al.
     Insured: The Garibaldi Company
     Claim No. PHCL 07080 279570


Balance forward


17929 09/07/07      9,997.00            0.00      9,997.00

                 Net balance forward      $9,997.00

                      Current Fees       $6,110.00
                      Current Costs         $23.55
                                       -------------
                 Total Current Charges   $6,133.55
                                       -------------

                         Total Due      $16,130.55
                                       =============

Farbstein & Blackman, A Professional Corporation

October 3, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18006

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 09/04/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 09/04/07 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 09/04/07 | JSB | Prepare correspondence to S. Allman | 0.2 | 37.00 |
| 09/04/07 | JSB | Correspondence among S. Allman, C. Ciochon and M. Quint | 0.2 | 37.00 |
| 09/05/07 | JSB | Review and analyze correspondence from C. Ciochon with drafting suggestions re: motion to dismiss | 0.8 | 148.00 |
| 09/05/07 | JSB | Continue legal research and drafting of motion | 4.5 | 832.50 |
| 09/05/07 | JSB | Telephone conference (extended) with conference call with C. Ciochon, M. Quint and S. Allman; prepare memorandum to file re: same | 1.1 | 203.50 |
| 09/06/07 | JSB | Review and analyze file and prepare correspondence to ████ | 1.2 | 222.00 |
| 09/06/07 | JSB | Continue research and drafting of motion to dismiss | 2.0 | 370.00 |
| 09/06/07 | STF | Edit and format motion to dismiss; draft Notice of Motion and Motion; review | | |

Farbstein & Blackman, A Professional Corporation

October 3, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   18006

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | local court rules, Judge's Standing Orders, Judge's Court Schedule; conference with J. Blackman and select hearing date; update master list | 2.4 | 180.00 |
| 09/06/07 | STF | Calendar hearing dates for motion to dismiss and related events | 0.3 | 22.50 |
| 09/10/07 | JSB | Prepare correspondence to C. Ciochon | 0.1 | 18.50 |
| 09/10/07 | JSB | Review and analyze correspondence from S. Allman (multiple) | 0.2 | 37.00 |
| 09/10/07 | JSB | Prepare correspondence to co-counsel (multiple) | 0.2 | 37.00 |
| 09/10/07 | JSB | Telephone conference with C. Ciochon | 0.1 | 18.50 |
| 09/10/07 | JSB | Continue research re: case law on RICO pleading requirements | 2.0 | 370.00 |
| 09/11/07 | JSB | Review and analyze correspondence from C. Ciochon (2) | 0.3 | 55.50 |
| 09/11/07 | JSB | Telephone conference (extended) with C. Ciochon | 0.5 | 92.50 |
| 09/11/07 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 09/11/07 | JSB | Review and analyze correspondence from M. Quint | 0.1 | 18.50 |

Farbstein & Blackman, A Professional Corporation

October 3, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18006

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 09/12/07 | JSB | Prepare for and attend conference call among all defense counsel; memo to file | 0.8 | 148.00 |
| 09/12/07 | JSB | Review and analyze correspondence from S. Allman (2) | 0.2 | 37.00 |
| 09/12/07 | JSB | Review and analyze correspondence from ▮▮ ▮▮▮▮▮▮▮▮ | 0.2 | 37.00 |
| 09/13/07 | JSB | Review and analyze draft of Tomanek's Rule 12(b)(1) motion | 0.4 | 74.00 |
| 09/13/07 | JSB | Telephone conference with S. Allman | 0.1 | 18.50 |
| 09/13/07 | JSB | Prepare correspondence to ▮▮▮▮▮ | 0.3 | 55.50 |
| 09/13/07 | JSB | Prepare correspondence to ▮▮▮▮ | 0.1 | 18.50 |
| 09/13/07 | JSB | Review and analyze suggested edits by C. Ciochon to motions; further legal research and prepare final revisions to motion to dismiss | 2.0 | 370.00 |
| 09/14/07 | JSB | Work on finalizing motion to dismiss | 0.8 | 148.00 |
| 09/14/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 09/14/07 | JSB | Prepare correspondence to all defense counsel | 0.1 | 18.50 |

Farbstein & Blackman, A Professional Corporation

October 3, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18006

Re:  Macias v. Tomanek, et al.

| Date | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 09/14/07 | JSB | Prepare correspondence to ▬▬▬▬▬▬ | 0.1 | 18.50 |
| 09/14/07 | STF | Prepare pleading: Proposed Order re: Motion to Dismiss | 0.5 | 37.50 |
| 09/14/07 | STF | Prepare pleading: Certification of Interested Parties | 0.4 | 30.00 |
| 09/14/07 | STF | Telephone conference with C. Ciochan (3x) | 0.2 | 15.00 |
| 09/14/07 | STF | Prepare correspondence to M. Quint | 0.2 | 15.00 |
| 09/14/07 | STF | Prepare correspondence to C. Ciochan | 0.2 | 15.00 |
| 09/14/07 | STF | Calendar Tomanek's Motion to Dismiss and Garibaldi's Motion to Dismiss | 0.4 | 30.00 |
| 09/14/07 | STF | Edit, format, finalize Motion to Dismiss; file electronically; serve electronically and by US mail | 3.5 | 262.50 |
| 09/17/07 | JSB | Telephone conference (extended) with C. Ciochon | 0.2 | 37.00 |
| 09/17/07 | JSB | Review and analyze correspondence from M. Quint | 0.1 | 18.50 |
| 09/17/07 | JSB | Prepare correspondence to M. Quint | 0.1 | 18.50 |
| 09/17/07 | STF | Download, print and review Order from Court; update master calendar | 0.3 | 22.50 |

Farbstein & Blackman, A Professional Corporation

October 3, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18006

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 09/17/07 | STF | Prepare correspondence to M. Quint | 0.2 | 15.00 |
| 09/17/07 | STF | Prepare correspondence to C. Ciochon | 0.2 | 15.00 |
| 09/19/07 | JSB | Conference call with all co-counsel | 0.4 | 74.00 |
| 09/19/07 | JSB | Conference call with S. Allman and plaintiff's attorney, E. Brancart | 0.3 | 55.50 |
| 09/19/07 | JSB | Telephone conference (extended) with J. Ottolini, Judge White's Clerk | 0.4 | 74.00 |
| 09/19/07 | JSB | Prepare pleading: Draft stipulation and proposed order re: new hearing date and Case Management deadlines | 0.7 | 129.50 |
| 09/19/07 | JSB | Prepare correspondence to S. Allman, C. Ciochon, M. Quint | 0.4 | 74.00 |
| 09/20/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 09/20/07 | JSB | Telephone conference with E. Brancart | 0.1 | 18.50 |
| 09/20/07 | JSB | Prepare correspondence to all defense co-counsel | 0.1 | 18.50 |
| 09/20/07 | JSB | Review and analyze correspondence from M. Quint | 0.1 | 18.50 |
| 09/20/07 | JSB | Review and analyze correspondence from C. | | |

Farbstein & Blackman, A Professional Corporation

October 3, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   18006

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | Ciochon | 0.1 | 18.50 |
| 09/20/07 | JSB | Telephone conference with E. Brancart | 0.1 | 18.50 |
| 09/20/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 09/20/07 | STF | Edit and finalize Stipulation and Order to Reschedule Hearings on Motions to Dismiss and Case Management Conference and ADR Schedule; file with the Court | 0.5 | 37.50 |
| 09/20/07 | STF | Prepare pleading: Amended Stipulation and Order; file with the Court; telephone conference with Docket Clerk; telephone conference with Calendar Clerk | 0.5 | 37.50 |
| 09/21/07 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 09/21/07 | JSB | Review and analyze correspondence from ▓▓▓▓▓ | 0.2 | 37.00 |
| 09/21/07 | JSB | Prepare correspondence to ▓▓▓▓▓ | 0.2 | 37.00 |
| 09/21/07 | STF | Organize all pleadings and create master index of all pleadings and Court Orders | 1.2 | 90.00 |
| 09/21/07 | STF | Update master calendar with new dates for Case | | |

Farbstein & Blackman, A Professional Corporation

October 3, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18006

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | Management Conference, meet & confer, and initial disclosure dates per Order signed 9/20/2007 | 0.5 | 37.50 |
| 09/21/07 | STF | Prepare correspondence to M. Quint | 0.2 | 15.00 |
| 09/21/07 | STF | Prepare correspondence to C. Ciochon | 0.2 | 15.00 |
| 09/24/07 | JSB | Review and analyze correspondence from C. Ciohan | 0.2 | 37.00 |
| 09/27/07 | JSB | Prepare for and attend conference call with all defense counsel | 0.6 | 111.00 |
| 09/27/07 | JSB | Prepare correspondence to all defense counsel | 0.2 | 37.00 |
| 09/27/07 | JSB | Perform damages calculations and ███████ ████████████ ██████ prepare memorandum to file re: same | 2.2 | 407.00 |
| 09/27/07 | STF | Download, print and organize nine draft Offers of Judgment | 0.3 | 22.50 |
| 09/27/07 | STF | Review email from J. Blackman and update master calendar | 0.2 | 15.00 |
| 09/28/07 | JSB | Review and analyze correspondence from E. Brancart | 0.2 | 37.00 |
| 09/28/07 | JSB | Review and analyze | | |

Farbstein & Blackman, A Professional Corporation

October 3, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18006

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | pleading: First Amended Complaint | 0.7 | 129.50 |
| 09/28/07 | JSB | Review and analyze plaintiff's cited authorities | 0.4 | 74.00 |
| 09/28/07 | JSB | Continue work ▓▓▓▓▓ | 0.7 | 129.50 |
| | | Current Fees | 40.4 | $6,110.00 |

| Summary | Hours | Rate | Amount |
|---|---|---|---|
| JSB | 28.00 | 185.00 | 5,180.00 |
| STF | 12.40 | 75.00 | 930.00 |

| Costs items | | Amount |
|---|---|---|
| 09/14/07 Photocopies and postage re: Motion to Dismiss | | 23.55 |
| | Current Costs | $23.55 |

Farbstein & Blackman, A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, CA  94402
(650) 554-6200
Federal Tax I.D. No. 94-2456928

November 5, 2007

Philadelphia Insurance Company
Frank Koehler
One Bala Plaza, Suite 100
P. O. Box 950
Bala Cynwyd PA  19004

Mark Garibaldi
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton CA 95219

Our Case #  PIC3-070
Invoice number   18167

Re:  Macias v. Tomanek, et al.
     Insured: The Garibaldi Company
     Claim No. PHCL 07080 279570

Balance forward

| | | | | |
|---|---|---|---|---|
| 17929 | 09/07/07 | 9,997.00 | 0.00 | 9,997.00 |
| 18006 | 10/03/07 | 6,133.55 | 0.00 | 6,133.55 |
| | | 16,130.55 | 0.00 | |

Net balance forward    $16,130.55

Current Fees     $4,030.50

Total Current Charges     $4,030.50

Total Due    $20,161.05

Farbstein & Blackman, A Professional Corporation

November 5, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18167

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 09/14/07 | GRG | Review Federal Procedural issue re: disclosure statement | 0.3 | 55.50 |
| 10/01/07 | JSB | Telephone conference (extended) with C. Ciochon | 0.7 | 129.50 |
| 10/01/07 | JSB | Further ███████ ████████ analysis and prepare correspondence to Ciochon re: same | 0.8 | 148.00 |
| 10/02/07 | STF | Research Federal Rules of Civil Procedure re: time to answer First Amended Complaint and update master calendar | 0.4 | 30.00 |
| 10/03/07 | JSB | Prepare for and attend conference call with all co-defense counsel; prepare memorandum to file re: same | 1.0 | 185.00 |
| 10/03/07 | JSB | Prepare correspondence to S. Allman | 0.2 | 37.00 |
| 10/03/07 | JSB | Telephone conference with S. Allman | 0.1 | 18.50 |
| 10/03/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 10/04/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 10/09/07 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 10/10/07 | JSB | Review and analyze correspondence from E. | | |

Farbstein & Blackman, A Professional Corporation

November 5, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18167

Re:  Macias v. Tomanek, et al.

|  | Emp | Services | Hours | Amount |
|---|---|---|---|---|
|  |  | Brancart | 0.2 | 37.00 |
| 10/11/07 | JSB | Telephone conference (extended) with J. Ottolini, Judge White's clerk | 0.3 | 55.50 |
| 10/11/07 | JSB | Prepare correspondence to S. Allman, M. Quint and C. Ciochon | 0.3 | 55.50 |
| 10/11/07 | JSB | Conference call with S. Allman, C. Ciochon and M. Quint | 1.4 | 259.00 |
| 10/11/07 | JSB | Continue comparison of first amended Complaint to original for purposes of motion to dismiss | 1.5 | 277.50 |
| 10/11/07 | JSB | Legal research re: class action remedies and effect of different remedies █████ | 2.0 | 370.00 |
| 10/11/07 | STF | Review email and update master calendar | 0.2 | 15.00 |
| 10/15/07 | JSB | Review and analyze correspondence from M. Quint with draft of Rule 68 Offers | 0.3 | 55.50 |
| 10/16/07 | JSB | Review and analyze pleading: draft Motion to Dismiss First Amended Complaint | 0.8 | 148.00 |
| 10/16/07 | JSB | Legal research re: RICO issues, suggested changes to brief re:  Motion to Dismiss | 0.7 | 129.50 |

Farbstein & Blackman, A Professional Corporation

November 5, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18167

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 10/16/07 | JSB | Review and analyze correspondence from C. Ciochon | 0.2 | 37.00 |
| 10/16/07 | JSB | Review and analyze correspondence from M. Quint | 0.2 | 37.00 |
| 10/16/07 | JSB | Prepare for and attend conference call with all defense counsel; prepare memorandum to file re: same | 0.8 | 148.00 |
| 10/16/07 | STF | Begin work on Table of Authorities re: Motion to Dismiss | 1.0 | 75.00 |
| 10/17/07 | JSB | Prepare correspondence to E. Brancart | 0.2 | 37.00 |
| 10/17/07 | JSB | Review and analyze correspondence from E. Brancart | 0.1 | 18.50 |
| 10/17/07 | STF | Work on Motion to Dismiss Amended Complaint; check Judge White's hearing calendar and select hearing date; prepare Notice of Motion; update Caption | 1.3 | 97.50 |
| 10/18/07 | STF | Draft Proposed Order re: Motion to Dismiss First Amended Complaint; make edits and finalize proposed order; file electronically and serve by mail | 0.6 | 45.00 |
| 10/18/07 | STF | Motion to Dismiss First Amended Complaint:  make edits and format final | | |

Farbstein & Blackman, A Professional Corporation

November 5, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18167

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | draft; create table of contents; further work on table of authorities; further edits; revise table of contents and table of authorities; file electronically; serve by mail | 2.5 | 187.50 |
| 10/19/07 | STF | Review two scheduling orders from Judge White; update master calendar re: Tomanek's and Garibaldi's Motions to Dismiss First Amended Complaint | 0.4 | 30.00 |
| 10/23/07 | JSB | Review and analyze correspondence from E. Brancart | 0.1 | 18.50 |
| 10/23/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 10/23/07 | JSB | Prepare correspondence to E. Brancart | 0.1 | 18.50 |
| 10/23/07 | JSB | Prepare correspondence to C. Ciochon and M. Quint | 0.1 | 18.50 |
| 10/23/07 | JSB | Conference with paralegal C. Devincenzi re: investigation and analysis of tenant files | 0.2 | 37.00 |
| 10/26/07 | JSB | Review and analyze pleading: Order re: re-setting briefing schedule | 0.1 | 18.50 |
| 10/26/07 | PAB | Review First Amended Complaint in detail and revise memo re: | | |

Page   6

Farbstein & Blackman, A Professional Corporation

November 5, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   18167

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | summarizing original complaint, and compare changes | 4.2 | 777.00 |
| 10/29/07 | CGD | Begin review and summary of tenant files ▇▇ | 1.5 | 112.50 |
| 10/29/07 | JSB | Review and analyze correspondence from ▇▇ | 0.1 | 18.50 |
| 10/29/07 | JSB | Prepare correspondence to ▇▇▇ | 0.5 | 92.50 |
| 10/29/07 | JSB | Review and analyze correspondence from C. Ciochon | 0.3 | 55.50 |
| 10/29/07 | JSB | Prepare correspondence to ▇▇▇ | 0.1 | 18.50 |
| 10/29/07 | STF | Download, print and review Judge White's signed Order amending briefing schedule on Motions to Dismiss First Amended Complaint; update master calendar | 0.3 | 22.50 |
| 10/30/07 | STF | Prepare correspondence to M. Quint | 0.2 | 15.00 |
| 10/30/07 | STF | Prepare correspondence to C. Ciochon | 0.2 | 15.00 |
| | | Current Fees | 26.9 | $4,030.50 |

Farbstein & Blackman, A Professional Corporation

November 5, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18167

Re:  Macias v. Tomanek, et al.

| Summary | Hours | Rate | Amount |
|---------|-------|------|--------|
| PAB | 4.20 | 185.00 | 777.00 |
| JSB | 13.80 | 185.00 | 2,553.00 |
| GRG | 0.30 | 185.00 | 55.50 |
| CGD | 1.50 | 75.00 | 112.50 |
| STF | 7.10 | 75.00 | 532.50 |

Farbstein & Blackman, A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, CA 94402
(650) 554-6200
Federal Tax I.D. No. 94-2456928

December 4, 2007

Philadelphia Insurance Company
████████████
One Bala Plaza, Suite 100
P. O. Box 950
Bala Cynwyd PA 19004

Mark Garibaldi
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton CA 95219

Our Case #  PIC3-070
Invoice number  18216

Re:  Macias v. Tomanek, et al.
     Insured: The Garibaldi Company
     Claim No. PHCL 07080 279570

Balance forward

| | | | | |
|---|---|---|---|---|
| 17929 | 09/07/07 | 9,997.00 | 0.00 | 9,997.00 |
| 18006 | 10/03/07 | 6,133.55 | 0.00 | 6,133.55 |
| 18167 | 11/05/07 | 4,030.50 | 0.00 | 4,030.50 |
| | | 20,161.05 | 0.00 | |

Net balance forward     $20,161.05

Current Fees     $1,470.00

Total Current Charges     $1,470.00

Total Due     $21,631.05

Farbstein & Blackman, A Professional Corporation

December 4, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18216

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 11/01/07 | CGD | Prepare files and summaries for renters' files ▮▮▮▮▮ Enter data into chart | 4.8 | 360.00 |
| 11/05/07 | CGD | Complete review and summary of renters' files ▮▮▮▮▮ | 3.5 | 262.50 |
| 11/07/07 | JSB | Review and analyze file and telephone conference (extended) with ▮▮▮▮ | 0.4 | 74.00 |
| 11/07/07 | JSB | Review and analyze correspondence from ▮▮▮ | 0.1 | 18.50 |
| 11/07/07 | JSB | Prepare correspondence to ▮▮▮ | 0.1 | 18.50 |
| 11/13/07 | JSB | Legal research re: case law cited in plaintiffs' brief in Opposition to motion to dismiss | 2.0 | 370.00 |
| 11/15/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 11/15/07 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 11/15/07 | JSB | Prepare correspondence to S. Allman and C. Ciochon | 0.2 | 37.00 |
| 11/15/07 | STF | Review email exchange among defense counsel; update master calendar | 0.2 | 15.00 |

Farbstein & Blackman, A Professional Corporation

December 4, 2007

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18216

Re:  Macias v. Tomanek, et al.

| Date | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 11/16/07 | JSB | Telephone conference (extended) with C. Ciochon and S. Allman | 0.8 | 148.00 |
| 11/19/07 | JSB | Review and analyze correspondence from C. Ciochon (2) | 0.1 | 18.50 |
| 11/19/07 | JSB | Prepare correspondence to C. Ciochon (2) | 0.3 | 55.50 |
| 11/19/07 | JSB | Telephone conference with C. Ciochon | 0.1 | 18.50 |
| 11/20/07 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 11/20/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |

Current Fees  13.0     $1,470.00

| Summary | Hours | Rate | Amount |
|---|---|---|---|
| JSB | 4.50 | 185.00 | 832.50 |
| STF | 0.20 | 75.00 | 15.00 |
| CGD | 8.30 | 75.00 | 622.50 |

Farbstein & Blackman, A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, CA  94402
(650) 554-6200
Federal Tax I.D. No. 94-2456928

January 3, 2008

Philadelphia Insurance Company
████████████
One Bala Plaza, Suite 100
P. O. Box 950
Bala Cynwyd PA  19004

Mark Garibaldi
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton CA 95219

Our Case #  PIC3-070
Invoice number   18320

Re:  Macias v. Tomanek, et al.
     Insured: The Garibaldi Company
     Claim No. PHCL 07080 279570

Balance forward

| | | | | |
|---|---|---|---|---|
| 17929 | 09/07/07 | 9,997.00 | 0.00 | 9,997.00 |
| 18006 | 10/03/07 | 6,133.55 | 0.00 | 6,133.55 |
| 18167 | 11/05/07 | 4,030.50 | 0.00 | 4,030.50 |
| 18216 | 12/04/07 | 1,470.00 | 0.00 | 1,470.00 |
| | | ------------- | ------------- | ------------- |
| | | 21,631.05 | 0.00 | |
| | | ------------- | ------------- | |

Net balance forward    $21,631.05

Current Fees      $294.00
                  -------------
Total Current Charges      $294.00
                  -------------

Total Due    $21,925.05
             =============

Farbstein & Blackman, A Professional Corporation

January 3, 2008

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   18320

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 12/11/07 | STF | Update master caption | 0.4 | 30.00 |
| 12/11/07 | STF | Edit and format Stipulation and Order to Continue Case Management Conference | 0.5 | 37.50 |
| 12/12/07 | STF | Telephone conference with e. Brancart's office | 0.1 | 7.50 |
| 12/12/07 | STF | Review correspondence and signature page from E. Brancart; electroncially file Joint Stipulation and Proposed Order and serve by mail | 0.4 | 30.00 |
| 12/17/07 | JSB | Review and analyze correspondence from C. Ciochon (2) | 0.2 | 37.00 |
| 12/17/07 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 12/17/07 | JSB | Review and analyze correspondence from M. Quint | 0.1 | 18.50 |
| 12/17/07 | JSB | Review and analyze correspondence from ▇▇▇ | 0.2 | 37.00 |
| 12/17/07 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 12/17/07 | JSB | Prepare correspondence to ▇▇▇ | 0.2 | 37.00 |
| 12/18/07 | STF | Check court docket; download, print and review Court's Order; update master calendar | 0.3 | 22.50 |

Farbstein & Blackman, A Professional Corporation

January 3, 2008

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   18320

Re:  Macias v. Tomanek, et al.

|  | ------- | ------------- |
|  | Current Fees   2.6 | $294.00 |
|  | ------- | ------------- |

| Summary | Hours | Rate | Amount |
|---------|-------|------|--------|
| JSB | 0.90 | 185.00 | 166.50 |
| STF | 1.70 | 75.00 | 127.50 |