1  John S. Blackman, Bar No. 114654
   Email: jsb@farbstein.com
2  **FARBSTEIN & BLACKMAN**
   411 Borel Avenue, Suite 425
3  San Mateo, CA  94402-3518
   Telephone:  (650) 554-6200
4  Fax:  (650) 554-6240

5

   Charles A. Hansen, Bar No. 76679
6  Email:  chansen@wendel.com
   Carl D. Ciochon, Bar No. 165963
7  Email:  cciochon@wendel.com
   **WENDEL, ROSEN, BLACK & DEAN LLP**
8  1111 Broadway, 24th Floor
   Oakland, California  94607-4036
9  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
10
   Attorneys for Defendant
11 Mark Garibaldi dba The Garibaldi Company

12
                       UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14

15

16 EDITH MACIAS, individually and on           Case No.  C 07 3437 JSW
   behalf of similarly situated individuals;
17 HOTON DURAN; TIFFANY HUYNH;                 **DECLARATION OF CARL D. CIOCHON
   AURA MENDIETA; WILLIAM LABOY;               IN SUPPORT OF DEFENDANT
18 MIGUEL ACOSTA; CRUZ ACOSTA,                 GARIBALDI'S MOTION TO BE
   CUAUHTEMOC TORAL; and TERESA                DECLARED PREVAILING PARTY AND
19 VILLEGAS, KAPIKA SALAMBUE and               FOR ATTORNEYS' FEES AND COSTS**
   MARINA DURAN,

20                Plaintiffs,

21      vs.                                    Date:       March 14, 2008
                                               Time:       9:00 a.m.
22 THOMAS J. TOMANEK; and MARK                 Courtroom:  2, 17th Floor
   GARIBALDI, individually and doing           Before:     Hon. Jeffrey S. White
23 business as THE GARIBALDI
   COMPANY,
24
                  Defendants.                  Action Filed:   June 29, 2007
25

26

27

28

*Left margin:* Wendel, Rosen, Black & Dean LLP, 1111 Broadway, 24th Floor, Oakland, CA 94607-4036

Carl D. Ciochon declares as follows:

**1.** I am an attorney licensed to practice law in California and admitted to practice before this Court. I am associated with the firm of Wendel, Rosen, Black & Dean LLP ("Wendel Rosen"), counsel of record for defendant Mark Garibaldi individually and doing business as The Garibaldi Company ("Garibaldi"). I make this Declaration in support of Garibaldi's Motion to Be Declared Prevailing Party and for Attorneys' Fees and Costs. I have personal knowledge of the matters set forth below, and if called to testify, would testify competently thereto.

**2.** I am the attorney at this firm with primary responsibility for this matter. I have over 10 years experience litigating complex civil cases in state and federal court. Before entering private practice, I clerked for the Hon. Richard M. Bilby of the United States District Court, District of Arizona. Prior to January 1, 2008, my normal hourly billing rate was $325.

**3.** Through December 31, 2007, Wendel Rosen has billed Garibaldi a total of $31,660.82 in connection with this action – $28,060.50 for professional services rendered and $3,600.32 in costs. These attorneys' fees and costs are reasonable and were necessarily incurred in the defense of this action. They cover, among other activities, the drafting of two motions to dismiss pursuant to Rule 12(b)(6), the second of which was granted with prejudice, resulting in entry of Judgment in Garibaldi's favor. Drafting these motions required substantial research and analysis of complex legal issues involving the RICO statute and federal mail fraud liability.

**4.** Attached as **Exhibit A** to this Declaration are true and correct copies of Wendel Rosen's billing statements for services rendered in defense of this action through December 31, 2007. Our time records are created and maintained using the CMS.Net Enhanced Time Entry software. I personally enter my time into the CMS system on a daily basis. We bill in minimum increments of .10 of an hour. As noted earlier, I have been the attorney with primary responsibility for this case. Charles Hansen, a partner in the firm, has also been involved. Prior to January 1, 2008, Mr. Hansen's normal hourly billing rate was $465. A junior associate, Kurt Wendlenner, was briefly involved at the inception of the engagement. Mr. Wendlenner's normal hourly billing rate is $225. Other personnel who have billed time include paralegal Franne L.

1  Michaud (normal billing rate: $140/hour) and case clerks Brian Martinez and Frances Regalado
2  (normal billing rate: $100/hour).

3  **5.**    The billing statements attached hereto as Exhibit A identify the services rendered
4  in the matter by each timekeeper.  Certain entries have been redacted to prevent disclosure of
5  attorney-client privileged information and attorney work-product.  We are prepared to submit
6  unredacted copies for *in-camera* review should the Court so require.

7  I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct and that this Declaration was executed in Oakland, California on January 23,
9  2008.

            /s/ *Carl D. Ciochon*

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

014499.0002\836740.1

*DECLARATION OF CARL D. CIOCHON IN SUPPORT
OF GARIBALDI'S MOTION FOR ATTORNEYS' FEES*     - 2 -
*Case No.  C 07 3437 JSW*