**EXHIBIT A**



**WENDEL ROSEN BLACK & DEAN LLP**

ATTORNEYS AT LAW

# Invoice

## REPLACES INVOICE NO. 2000043123 DATED JULY 31, 2007

Tamara Tittle
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton, CA 95219

| | |
|---|---|
| Date: | September 20, 2007 |
| Client ID: | 014499.0002 |
| Invoice Number: | 2000044162 |
| Billing Attorney: | Charles Hansen |

**RE:    MACIAS V GARIBALDI**

### Professional Services

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|---|---|---|---|---|---|---|
| | **GCR1 – Defense** | | | | | |
| 07/16/07 | Review pleadings and email (No Charge) | GCR1 | 1 | CAH | 0.20 | 0.00 |
| 07/16/07 | Teleconference with Tamara Tittle and Chuck Hansen | GCR1 | 1 | KCW | 0.40 | 90.00 |
| 07/17/07 | Telcon with Mark and Tammy | GCR1 | 1 | CAH | 0.30 | 139.50 |
| 07/18/07 | Develop strategy and work on response to Complaint | GCR1 | 1 | CAH | 0.30 | 139.50 |
| 07/18/07 | Review complaint; gather and analyze authorities re RICO claim; e-mail to C. Hansen review Judge White's Standing Orders. | GCR1 | 1 | CDC | 1.60 | 520.00 |
| 07/18/07 | Review materials and prepare conflict check, new files, and engagement letter (No Charge) | GCR1 | 1 | FLM | 0.50 | 0.00 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR    FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 2

September 20, 2007
Client ID:  014499.0002
Invoice Number:  2000044162
Billing Attorney:  CharlesHansen

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|------|-------------------------|-------|------|-----|-------|--------|
| 07/19/07 | Telcon with Tammy; call from Matt Quint; confer with Carl C | GCR1 | 1 | CAH | 0.30 | 139.50 |
| 07/19/07 | Review Complaint's RICO allegations; telephone with Matt Quint (Tomanek's counsel) | GCR1 | 1 | CDC | 0.70 | 227.50 |
| 07/20/07 | Inform Carl re contents of files per Tammy (No Charge) | GCR1 | 1 | CAH | 0.10 | 0.00 |
| 07/20/07 | Confer with C. Hansen | GCR1 | 1 | CDC | 0.10 | 32.50 |
| 07/23/07 | Confer with Carl | GCR1 | 1 | CAH | 0.20 | 93.00 |
| 07/23/07 | Review e-mail from client conference with C. Hansen | GCR1 | 1 | CDC | 0.50 | 162.50 |
| 07/25/07 | Review and analyze resident files | GCR1 | 1 | CDC | 1.60 | 520.00 |
| 07/25/07 | Assist with review of resident files | GCR1 | 1 | FLM | 0.20 | 28.00 |
| 07/26/07 | outline factual issues and questions; telephone call with T. Tittle | GCR1 | 1 | CDC | 2.60 | 845.00 |

telephone discussions with M. Quint; conference call with M. Quint and S. Allman       e-mail to S. Allman       e-mails with T. Tittle

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 3

September 20, 2007
Client ID: 014499.0002
Invoice Number: 2000044162
Billing Attorney: CharlesHansen

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|------|-------------------------|-------|------|-----|-------|--------|
| 07/27/07 | Telephone with M. Quint telephone with T. Tittle | GCR1 | 1 | CDC | 1.00 | 325.00 |
| 07/30/07 | E-mails with S. Allman e-mail to client | GCR1 | 1 | CDC | 0.30 | 97.50 |
| 07/31/07 | E-mail from client e-mails to and from S. Allman letters to and from S. Allman | GCR1 | 1 | CDC | 0.60 | 195.00 |
| | **Total for GCR1 – Defense** | | | | **11.50** | **$3,554.50** |

### Expenses

| Date | Description | Amount |
|------|-------------|--------|
| --- | Incoming Fax Charges | 24.00 |
| --- | PBMS Copy Charges | 93.00 |
| --- | U.S. Postage | 0.41 |
| **TOTAL CURRENT EXPENSES** | | **$117.41** |

### THIS BILLING PERIOD

| Attorney Phase: GCR1/Defense | Rate | Hours | Amount |
|------------------------------|------|-------|--------|
| Charles A. Hansen | $465.00 | 1.10 | 511.50 |
| Carl D. Ciochon | $325.00 | 9.00 | 2,925.00 |
| Kurt C. Wendlenner | $225.00 | 0.40 | 90.00 |
| Franne L. Michaud | $40.00 | 0.70 | 28.00 |
| **Total Phase, Defense** | | **11.50** | **3,554.50** |

**TOTAL FOR PROFESSIONAL SERVICES**                  **$3,554.50**

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819



WENDEL
ROSEN
BLACK
&DEAN
L L P
ATTORNEYS AT LAW

# Invoice

## REPLACES INVOICE NO. 2000044129 DATED AUGUST 31, 2007

Tamara Tittle
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton, CA 95219

| | |
|---|---|
| Date: | September 21, 2007 |
| Client ID: | 014499.0002 |
| Invoice Number: | 2000044163 |
| Billing Attorney: | Charles Hansen |

**RE:   MACIAS V GARIBALDI**

### Professional Services

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|---|---|---|---|---|---|---|
| | **GCR1 – Defense** | | | | | |
| 08/01/07 | Review correspondence from M. Quint | GCR1 | 1 | CDC | 0.10 | 32.50 |
| 08/02/07 | E-mail from S. Allman e-mails to and from T. Tittle | GCR1 | 1 | CDC | 0.20 | 65.00 |
| 08/06/07 | E-mail to S. Allman | GCR1 | 1 | CDC | 0.10 | 0.00 |
| 08/07/07 | Telephone with T. Tittle | GCR1 | 1 | CDC | 0.20 | 65.00 |
| 08/08/07 | Review status and develop strategy with Carl (Time Reduced) | GCR1 | 1 | CAH | 0.30 | 139.50 |
| 08/08/07 | Strategize with C. Hansen telephone with T. Tittle | GCR1 | 1 | CDC | 0.60 | 195.00 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services

Page 2

September 21, 2007

Client ID:  014499.0002

Invoice Number:  2000044163

Billing Attorney:  CharlesHansen

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|------|------------------------|-------|------|-----|-------|--------|
| 08/10/07 | Telephone with M. Quint; telephone with T. Tittle | GCR1 | 1 | CDC | 0.50 | 162.50 |
| 08/13/07 | Strategy discussion with Carl | GCR1 | 1 | CAH | 0.20 | 93.00 |
| 08/13/07 | Conference call with S. Allman and M. Quint | GCR1 | 1 | CDC | 0.70 | 227.50 |
| | telephone with M. Quint review Manager's Handbook; e-mail to T. Tittle confer with C. Hansen | | | | | |
| 08/14/07 | Instructions re research; confer with Carl | GCR1 | 1 | CAH | 0.30 | 139.50 |
| 08/14/07 | | GCR1 | 1 | CDC | 1.00 | 325.00 |
| | telephone with T. Tittle and M. Garibaldi e-mails with M. Quint gather and analyze authorities confer with C. Hansen | | | | | |
| 08/14/07 | Perform research | GCR1 | 1 | BAM | 1.10 | 110.00 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 3

September 21, 2007
Client ID: 014499.0002
Invoice Number: 2000044163
Billing Attorney: CharlesHansen

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|------|------------------------|-------|------|-----|-------|--------|
| 08/14/07 | Locate California case law | GCR1 | 1 | RBM | 1.00 | 0.00 |
| | (No Charge) | | | | | |
| 08/17/07 | E-mails to and from T. Tittle | GCR1 | 1 | CDC | 0.20 | 65.00 |
| 08/20/07 | Develop strategy in consultation with Carl | GCR1 | 1 | CAH | 0.20 | 93.00 |
| 08/20/07 | Review e-mails and reports | GCR1 | 1 | CDC | 0.40 | 130.00 |
| | review and revise letter update C. Hansen | | | | | |
| 08/21/07 | E-mails with S. Allman | GCR1 | 1 | CDC | 0.90 | 292.50 |
| | gather and analyze authorities re RICO. | | | | | |
| 08/22/07 | Telephone with M. Quint | GCR1 | 1 | CDC | 1.10 | 357.50 |
| | e-mail to S. Allman analyze plaintiffs' RICO claims; e-mails with T. Tittle and M. Quint | | | | | |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 4

September 21, 2007
Client ID: 014499.0002
Invoice Number: 2000044163
Billing Attorney: CharlesHansen

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|------|------------------------|-------|------|-----|-------|--------|
| 08/23/07 | Analyze RICO authorities; e-mails with counsel | GCR1 | 1 | CDC | 2.80 | 910.00 |
| | telephone with J. Blackman; conference call with S. Allman, M. Quint, and J. Blackman        telephone with T. Tittle | | | | | |
| 08/24/07 | | GCR1 | 1 | CAH | 0.10 | 0.00 |
| | (No Charge) | | | | | |
| 08/24/07 | Analyze RICO authorities and forward copies to J. Blackman | GCR1 | 1 | CDC | 0.70 | 227.50 |
| 08/27/07 | E-mails to and from co-counsel | GCR1 | 1 | CDC | 0.60 | 195.00 |
| 08/28/07 | E-mails with J. Blackman | GCR1 | 1 | CDC | 0.50 | 162.50 |
| | mail to T. Tittle | . e- | | | | |
| 08/29/07 | Organize documents for attorneys | GCR1 | 1 | FSR | 0.20 | 20.00 |
| | **Total for GCR1 – Defense** | | | | **14.00** | **$4,007.50** |

**TOTAL FEES** $4,007.50

### Expenses

| Date | Description | Amount |
|------|-------------|--------|
| --- | Incoming Fax Charges | 1.00 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR        FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 5

September 21, 2007
Client ID: 014499.0002
Invoice Number: 2000044163
Billing Attorney: CharlesHansen

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| --- | Outgoing Faxes | 15.00 |
| --- | PBMS Copy Charges | 12.45 |
| --- | U.S. Postage | 1.23 |
| --- | Westlaw Computer Research | 167.11 |

**TOTAL CURRENT EXPENSES** **$196.79**

| Attorney | Rate | THIS BILLING PERIOD Hours | Amount |
|----------|------|-------|--------|
| **Phase: GCR1/Defense** | | | |
| Charles A. Hansen | $465.00 | 1.00 | 465.00 |
| Brian A. Martinez | $100.00 | 1.10 | 110.00 |
| Regina B. Moore | $145.00 | 0.00 | 0.00 |
| Carl D. Ciochon | $325.00 | 10.50 | 3,412.50 |
| Francis S. Regalado | $100.00 | 0.20 | 20.00 |
| **Total Phase, Defense** | | **14.00** | **4,007.50** |

**TOTAL FOR PROFESSIONAL SERVICES** **$4,007.50**

**TOTAL CURRENT FEES PLUS EXPENSES** **$4,204.29**

For billing inquiries, please contact Accounting Department at (510) 834-6600

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR    FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819



WENDEL
ROSEN
BLACK
&DEAN
L L P
ATTORNEYS AT LAW

# Invoice

Tamara Tittle
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton, CA 95219

| | |
|---|---|
| Date: | September 30, 2007 |
| Client ID: | 014499.0002 |
| Invoice Number: | 2000044622 |
| Billing Attorney: | Charles Hansen |

**RE:   MACIAS V GARIBALDI**

## Professional Services

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|---|---|---|---|---|---|---|
| | **GCR1 – Defense** | | | | | |
| 09/04/07 | E-mails with S. Allman and J. Blackman          e-mails with T. Tittle          telephone with J. Blackman | GCR1 | 1 | CDC | 0.90 | 292.50 |
| 09/05/07 | Review draft Motion to Dismiss; revise RICO pleading outline; e-mail to J. Blackman   conference call with J. Blackman, S. Allman, and M. Quint | GCR1 | 1 | CDC | 1.90 | 617.50 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 2

September 30, 2007
Client ID:  014499.0002
Invoice Number:  2000044622
Billing Attorney:  CharlesHansen

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|------|-------------------------|-------|------|----|-------|--------|
| 09/10/07 | Telephone with J. Blackman                e-mails among counsel                              review client e-mails review and revise draft motion to dismiss; telephone with T. Tittle | GCR1 | 1 | CDC | 2.60 | 845.00 |
| 09/11/07 | Revise draft motion to dismiss; e-mail to J. Blackman telephone with J. Blackman              e-mails with M. Quint and S. Allman              e-mail to S. Allman                            legal research re RICO | GCR1 | 1 | CDC | 4.80 | 1,560.00 |
| 09/12/07 | Legal research re RICO; draft and revise motion to dismiss; prepare for and conference call with S. Allman, M. Quint, and J. Blackman  e-mails from S. Allman | GCR1 | 1 | CDC | 3.40 | 1,105.00 |
| 09/13/07 | Draft motion to dismiss; review Tomanek's motion to dismiss; e-mails among counsel | GCR1 | 1 | CDC | 4.50 | 1,462.50 |
| 09/14/07 | Telephone discussions with S. Farbstein                       review local rules re disclosure; telephone with T. Tittle | GCR1 | 1 | CDC | 0.70 | 227.50 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone:  (510) 834-6600 • Fax:  (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 3

September 30, 2007
Client ID:  014499.0002
Invoice Number:  2000044622
Billing Attorney:  CharlesHansen

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|------|------------------------|-------|------|----|-------|--------|
| 09/17/07 | Telephone with J. Blackman<br><br>      e-mails among counsel<br>      e-mails to client | GCR1 | 1 | CDC | 0.40 | 130.00 |
| 09/19/07 | Prepare for and conference call with M. Quint, S. Allman, and J. Blackman; legal research | GCR1 | 1 | CDC | 1.90 | 617.50 |
| 09/20/07 | E-mails to and from J. Blackman, S. Blackman, and M. Quint<br>      review proposed Stipulation | GCR1 | 1 | CDC | 0.30 | 97.50 |
| 09/24/07 | E-mail to and from T. Tittle<br><br>analyze authorities | GCR1 | 1 | CDC | 1.40 | 455.00 |
| 09/25/07 | Further legal research<br>      e-mail to defense counsel summarizing research results; e-mail from J. Blackman | GCR1 | 1 | CDC | 0.90 | 292.50 |
| 09/27/07 | Prepare for and conference call among defense counsel | GCR1 | 1 | CDC | 0.60 | 195.00 |
| 09/28/07 | Review correspondence from M. Quint to Farmer's | GCR1 | 1 | CDC | 0.10 | 32.50 |
| 09/28/07 | Review Amended Complaint | GCR1 | 1 | CDC | 0.20 | 65.00 |
| | **Total for GCR1 – Defense** | | | | **24.60** | **$7,995.00** |

**TOTAL FEES**                                        **$7,995.00**

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR      FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 4

September 30, 2007
Client ID:  014499.0002
Invoice Number:  2000044622
Billing Attorney:  CharlesHansen

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/07 | :Telephone Charges – Vcom Telephone Conferences on 8/23/07. | 27.10 |
| --- | PBMS Copy Charges | 6.00 |
| --- | Westlaw Computer Research | 1,660.56 |

**TOTAL CURRENT EXPENSES**                                                                    **$1,693.66**

|  | **THIS BILLING PERIOD** | | |
|------|------|------|------|
| **Attorney** | **Rate** | **Hours** | **Amount** |
| **Phase:  GCR1/Defense** | | | |
| Carl D. Ciochon | $325.00 | 24.60 | 7,995.00 |
| **Total Phase, Defense** | | **24.60** | **7,995.00** |

**TOTAL FOR PROFESSIONAL SERVICES**                                             **$7,995.00**

**TOTAL CURRENT FEES PLUS EXPENSES**                                     **$9,688.66**

For billing inquiries, please contact Accounting Department at (510) 834-6600

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone:  (510) 834-6600 • Fax:  (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819



WENDEL
ROSEN
BLACK
&DEAN
L L P

ATTORNEYS AT LAW

# Invoice

Tamara Tittle
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton, CA 95219

| | |
|---|---|
| Date: | October 31, 2007 |
| Client ID: | 014499.0002 |
| Invoice Number: | 2000045690 |
| Billing Attorney: | Charles Hansen |

**RE:   MACIAS V GARIBALDI**

### Professional Services

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/01/07 | **GCR1 – Defense**<br>Telcon with J. Blackman    telcon with M. Quint    e-mails with J. Blackman and M. Quint    analyze amended Complaint and strategize re response; e-mail to client | GCR1 | 1 | CDC | 2.20 | 715.00 |
| 10/02/07 | E-mail and telephone with M. Quint    review lease language; e-mails with T. Tittle    review amended complaint's RICO allegations; telephone with T. Tittle | GCR1 | 1 | CDC | 3.00 | 975.00 |
| 10/02/07 | Email from C. Ciochon | GCR1 | 1 | FLM | 0.10 | 14.00 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR        FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone:  (510) 834-6600 • Fax:  (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 2

October 31, 2007
Client ID: 014499.0002
Invoice Number: 2000045690
Billing Attorney: CharlesHansen

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|------|------------------------|-------|------|-----|-------|--------|
| 10/03/07 | Conference call | GCR1 | 1 | CDC | 0.90 | 292.50 |
| 10/05/07 | Update and review strategy with Carl | GCR1 | 1 | CAH | 0.20 | 93.00 |
| 10/05/07 | Update C. Hansen re status and strategy (No Charge) | GCR1 | 1 | CDC | 0.20 | 0.00 |
| 10/10/07 | E-mails from M. Quint and S. Allman | GCR1 | 1 | CDC | 0.10 | 32.50 |
| 10/11/07 | Draft motion to dismiss amended RICO claim; defense counsel conference call | GCR1 | 1 | CDC | 2.20 | 715.00 |
| 10/12/07 | Draft motion to dismiss amended RICO claim; e-mails to and from co-counsel and client | GCR1 | 1 | CDC | 1.20 | 390.00 |
| 10/15/07 | Draft motion to dismiss amended RICO claim; e-mail from M. Quint | GCR1 | 1 | CDC | 3.20 | 1,040.00 |
| 10/16/07 | E-mail to defense counsel e-mails with T. Tittle e-mail and telephone with M. Quint defense counsel conference call; revise motion to dismiss | GCR1 | 1 | CDC | 1.80 | 585.00 |
| 10/17/07 | E-mails | GCR1 | 1 | CDC | 0.10 | 32.50 |
| 10/18/07 | Finalize motion to dismiss amended RICO claim | GCR1 | 1 | CDC | 0.70 | 227.50 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 3

October 31, 2007
Client ID:  014499.0002
Invoice Number:  2000045690
Billing Attorney:  CharlesHansen

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|------|------------------------|-------|------|-----|-------|--------|
| 10/19/07 | E-mails with M. Quint | GCR1 | 1 | CDC | 0.10 | 32.50 |
| 10/24/07 | Telcon with Mark and Tammy; e-mail to M. Quint | GCR1 | 1 | CDC | 0.20 | 65.00 |
| 10/26/07 | E-mails with T. Tittle | GCR1 | 1 | CDC | 0.10 | 32.50 |
| | **Total for GCR1 – Defense** | | | | **16.30** | **$5,242.00** |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 10/22/07 | VCOM Solutions:Telephone Charges – VENDOR: VCOM Solutions; INVOICE#: 10122007; DATE: 10/22/2007 - Telephone Conferences on 9/5, 9/12, 9/19 and 9/27/07. | 62.20 |
| --- | Westlaw Computer Research | 100.89 |

**TOTAL CURRENT EXPENSES**                                    **$163.09**

|   | **THIS BILLING PERIOD** | | |
|---|------|-------|--------|
| **Attorney** | **Rate** | **Hours** | **Amount** |
| **Phase:  GCR1/Defense** | | | |
| Charles A. Hansen | $465.00 | 0.20 | 93.00 |
| Carl D. Ciochon | $325.00 | 15.80 | 5,135.00 |
| Franne L. Michaud | $140.00 | 0.10 | 14.00 |
| **Total Phase, Defense** | | **16.30** | **5,242.00** |

**TOTAL FOR PROFESSIONAL SERVICES**                       **$5,242.00**

**TOTAL CURRENT FEES PLUS EXPENSES**                    **$5,405.09**
For billing inquiries, please contact Accounting Department at (510) 834-6600

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR        FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone:  (510) 834-6600 • Fax:  (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819



# WENDEL ROSEN BLACK & DEAN LLP

ATTORNEYS AT LAW

# Invoice

Tamara Tittle
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton, CA 95219

Date:                November 30, 2007
Client ID:              014499.0002
Invoice Number:         2000046440
Billing Attorney:       Charles Hansen

**RE:   MACIAS V GARIBALDI**

## Professional Services

**GCR1 – Defense**

| Date | Description | | | | | |
|------|-------------|------|---|-----|------|--------|
| 11/02/07 | Telephone with M. Quint | GCR1 | 1 | CDC | 0.20 | 65.00 |
| 11/13/07 | Review opposition to motion to dismiss; e-mail to client message for J. Blackman | GCR1 | 1 | CDC | 0.40 | 130.00 |
| 11/14/07 | Gather and analyze authorities cited in plaintiffs' opposition, as well as additional authorities for Reply; exchange messages with J. Blackman | GCR1 | 1 | CDC | 2.60 | 845.00 |
| 11/15/07 | Gather and analyze authorities re mail fraud; multiple e-mails and voicemails with J. Blackman and S. Allman | GCR1 | 1 | CDC | 2.40 | 780.00 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 2

November 30, 2007
Client ID: 014499.0002
Invoice Number: 2000046440
Billing Attorney: CharlesHansen

| Date | Description | | | | | |
|------|-------------|------|---|------|------|----------|
| 11/16/07 | Confer with C. Hansen<br><br>telephone with T. Tittle<br><br>defense counsel conference call; review and analyze authorities for Reply MPA | GCR1 | 1 | CDC | 2.40 | 780.00 |
| 11/19/07 | Telephone and e-mails with J. Blackman<br><br>telephone with M. Quint     gather and analyze authorities re mail fraud; draft Reply in support of Motion to Dismiss | GCR1 | 1 | CDC | 2.60 | 845.00 |
| 11/20/07 | E-mail to counsel     draft reply in support of motion to dismiss | GCR1 | 1 | CDC | 3.00 | 975.00 |
| 11/21/07 | Draft reply in support of motion to dismiss | GCR1 | 1 | CDC | 3.50 | 1,137.50 |
| 11/26/07 | Draft, finalize, and file reply in support of motion to dismiss; e-mails with co-counsel | GCR1 | 1 | CDC | 4.00 | 1,300.00 |
| | **Total for GCR1 – Defense** | | | | **21.10** | **$6,857.50** |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 3

November 30, 2007
Client ID:  014499.0002
Invoice Number:  2000046440
Billing Attorney:  CharlesHansen

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 11/21/07 | VCOM Solutions:Telephone Charges – VENDOR: VCOM Solutions; INVOICE#: 11122007; DATE: 11/21/2007 - Telephone Conferences on 10/11/07. | 34.50 |
| 11/21/07 | VCOM Solutions:Telephone Charges – VENDOR: VCOM Solutions; INVOICE#: 11122007; DATE: 11/21/2007 - Telephone Conferences on 10/3/07. | 19.50 |
| --- | Westlaw Computer Research | 1,359.29 |

**TOTAL CURRENT EXPENSES**                                **$1,413.29**

**THIS BILLING PERIOD**

Phase:  GCR1/Defense

| | | | |
|---|---|---|---|
| Carl D. Ciochon | $325.00 | 21.10 | 6,857.50 |
| **Total Phase, Defense** | | **21.10** | **6,857.50** |

**TOTAL CURRENT FEES PLUS EXPENSES**                    **$8,270.79**

For billing inquiries, please contact Accounting Department at (510) 834-6600

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR          FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819



**WENDEL**
**ROSEN**
**BLACK**
**&DEAN**
**L   L   P**
ATTORNEYS AT LAW

# Invoice

Tamara Tittle
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton, CA 95219

| | |
|---|---|
| Date: | December 31, 2007 |
| Client ID: | 014499.0002 |
| Invoice Number: | 2000047373 |
| Billing Attorney: | Charles Hansen |

**RE:   MACIAS V GARIBALDI**

### Professional Services

| Date | Description of Services | Phase | Task | ID | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/11/07 | **GCR1 – Defense**<br>E-mails among defense counsel | GCR1 | 1 | CDC | 0.80 | 260.00 |
| | exchange messages with J. Blackman re same; | | | | | |
| 12/14/07 | e-mail to T. Tittle<br>E-mails with co-counsel | GCR1 | 1 | CDC | 0.30 | 97.50 |
| 12/21/07 | Emails from and to Carl | GCR1 | 1 | CAH | 0.10 | 46.50 |
| | **Total for GCR1 – Defense** | | | | **1.20** | **$404.00** |

**TOTAL FEES**                                                                      **$404.00**

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR        FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone: (510) 834-6600 • Fax: (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819

Garibaldi Company Residential Services
Page 2

December 31, 2007
Client ID:  014499.0002
Invoice Number:  2000047373
Billing Attorney:  CharlesHansen

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/03/07 | United Parcel Service:UPS Delivery – VENDOR: United Parcel Service; INVOICE#: 0000F32A50487; DATE: 12/3/2007 - Shipment to Hon Jeffer, US District Court - Track # 1ZF32A500141561288. | 16.08 |

**TOTAL CURRENT EXPENSES**                                    **$16.08**

|  | | **THIS BILLING PERIOD** | |
|--|--|--|--|
| **Attorney**<br>**Phase:  GCR1/Defense** | **Rate** | **Hours** | **Amount** |
| Charles A. Hansen | $465.00 | 0.10 | 46.50 |
| Carl D. Ciochon | $325.00 | 1.10 | 357.50 |
| **Total Phase, Defense** | | **1.20** | **404.00** |

**TOTAL FOR PROFESSIONAL SERVICES**                          **$404.00**

**TOTAL CURRENT FEES PLUS EXPENSES**                         **$420.08**

For billing inquiries, please contact Accounting Department at (510) 834-6600

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR        FED ID # 94-1123744

Post Office Box 2047 • Oakland • California • 94604-2047 • Telephone:  (510) 834-6600 • Fax:  (510) 834-1928
Lock Box #911819 • Post Office Box 31001-1819 • Pasadena • California • 91110-1819