IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDITH MACIAS, et al.,

    Plaintiffs,

v.

THOMAS J. TOMANEK, et al.,

    Defendants.

No. C 07-03437 JSW

**ORDER REFERRING MOTIONS FOR ATTORNEYS FEES TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

    Pursuant to Local Rule 72-1, Defendants' motions for attorney fees filed on January 22, 2008 and January 23, 2008 are HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date of March 14, 2008 is HEREBY VACATED and shall be reset, if necessary, by the assigned Magistrate Judge. The parties will be advised of the date, time and place of such appearance by notice from the assigned Magistrate Judge.

    **IT IS SO ORDERED.**

Dated: January 24, 2008

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom