1    BRANCART & BRANCART
        Christopher Brancart (SBN 128475)
2        Elizabeth Brancart (SBN 122092)
     Post Office Box 686
3    Pescadero, CA 94060
     Tel:    (650) 879-0141
4    Fax:    (650) 879-1103
     cbrancart@brancart.com
5    ebrancart@brancart.com

6    Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   EDITH MACIAS, individually and on      )    Case No. C07-3437 JSW (EDL)
     behalf of similarly situated            )
     individuals; HOTON DURAN;               )    PLAINTIFFS' SUPPLEMENT TO
12   TIFFANY HUYNH; AURA MENDIETA;           )    OPPOSITION TO DEFENDANTS'
     WILLIAM LABOY; MIGUEL ACOSTA;           )    MOTIONS TO BE DECLARED
13   CRUZ ACOSTA; CUAUHTEMOC                 )    PREVAILING PARTIES AND FOR AN
     TORAL; and TERESA VILLEGAS,             )    AWARD OF ATTORNEYS' FEES AND
14                                           )    COSTS
                                             )
15             Plaintiffs,                   )
                                             )    *Matter Referred to Magistrate Judge
16       vs.                                 )    Elizabeth D. LaPorte (Doc. 43)*
                                             )
17   THOMAS J. TOMANEK; and                  )    Hearing:
     MARK GARIBALDI, individually            )    Date:       March 4, 2008
18   and doing business as THE               )    Time:       9:00 a.m.
     GARIBALDI COMPANY,                      )    Room:       Courtroom E
19                                           )                15th Floor
               Defendants.                   )
20   _____)

21          Plaintiffs file this supplement to their opposition to defendants' motions to be

22   declared the prevailing parties in this action pursuant to California Civil Code § 1717

23   and for an award of costs and attorneys' fees, filed earlier today (doc. 44).

24          To the extent that defendant Thomas Tomanek seeks to be deemed the

25   prevailing party on plaintiffs' RICO claim, he cannot be so declared. Plaintiffs' RICO

26   claim was not stated against him. Defendant Tomanek obtained only a dismissal for

27   lack of subject matter jurisdiction. (See Order, doc. 35 at p. 6.) Obtaining such a

28   dismissal is not prevailing "on a contract" within the meaning of California Civil Code §

1    1717.  Tomanek has not argued that the dismissal for lack of subject matter jurisdiction

2    makes him a prevailing party on the contract, nor could he, for the reasons already set

3    forth in plaintiffs' opposition.  (See doc. 44 at pp. 18-19.)

4          Accordingly, even in the event the Court decides that defendant Garibaldi is the

5    prevailing party on the contract because he obtained a dismissal of plaintiffs' RICO

6    claim, no fees or costs should be awarded to defendant Tomanek.  Moreover, the fees

7    sought by Garibaldi should be reduced as set forth in plaintiffs' opposition to 50% of

8    those applicable to the RICO claim.  (See doc. 44, pp. 20-23.)

9          Dated:  January 30, 2008.

10                                          Respectfully submitted,

11                                          BRANCART & BRANCART

12

13                                          /s/_____
                                            Christopher Brancart
14                                          Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS' SUPPLEMENT TO OPPOSITION TO DEFENDANTS' MOTIONS TO BE DECLARED PREVAILING**
**PARTIES AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS - Case No. C 07-3437 JSW (EDL)**

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action.  My business address is 8205 Pescadero Road, Loma Mar, California  94021.

On January 30, 2008, I served a true and correct copy of the following document(s):

**PLAINTIFFS' SUPPLEMENT TO OPPOSITION TO DEFENDANTS' MOTIONS TO BE DECLARED PREVAILING PARTIES AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

upon the following person(s):

Ms. Sara Allman, Allman & Nielsen, 100 Larkspur Landing Circle, Suite 212 Larkspur, CA 94939; and

Mr. John S. Blackman, Farbstein & Blackman, 411 Borel Ave., Suite 425, San Mateo, CA   94402

|    |    |
|----|----|
|    | **BY HAND DELIVERY**:  By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
|    | **BY MAIL**:  By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**:  By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**:  By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
| xx | **BY ELECTRONIC TRANSMISSION OF THE "NOTICE OF ELECTRONIC FILING:"** By electronically filing the document(s) (All counsel are "Filing Users") |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 30, 2008, at Loma Mar, California.

/s/ Christopher Brancart
Christopher Brancart