

ORIGINAL

FILED
08 FEB -1 PM 4: 19

1  BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
2      Elizabeth Brancart (SBN 122092)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  ebrancart@brancart.com

6  Attorneys for Plaintiffs-Appellants

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 EDITH MACIAS, individually and on  )   Case No. C07-3437 JSW
   behalf of similarly situated       )
12 individuals; HOTON DURAN;          )   NOTICE OF APPEAL
   TIFFANY HUYNH; AURA MENDIETA;      )
13 WILLIAM LABOY; MIGUEL ACOSTA;      )
   CRUZ ACOSTA; CUAUHTEMOC            )
14 TORAL; TERESA VILLEGAS,            )
   KAPIKA SALAMBUE; and MARINA        )
15 DURAN,                             )

16          Plaintiffs,

17     vs.

18 THOMAS J. TOMANEK; and
   MARK GARIBALDI, individually
19 and doing business as THE
   GARIBALDI COMPANY,
20
            Defendants.
21

22      Notice is hereby given that plaintiffs Edith Macias, on behalf of herself and a

23 class of similarly situated persons, and plaintiffs Hoton Duran, Tiffany Huynh, Aura

24 Mendieta, William Laboy, Miguel Acosta, Cruz Acosta, Cuauhtemoc Toral, Teresa

25 Villegas, Kapika Salambue, and Marina Duran hereby appeal to the United States

26 Court of Appeals for the Ninth Circuit from the final judgment entered in this action by

27 the United States District Court for the Northern District of California on January 9,

28 2008, in favor of defendants Thomas J. Tomanek and Mark Garibaldi, individually and

NOTICE OF APPEAL - Case No. C 07-3437 JSW

1  doing business as The Garibaldi Company (doc. 36), and the order granting
2  defendants' motions to dismiss plaintiffs' first amended complaint with prejudice (doc.
3  35).
4      Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth
5  Circuit Rule 3-2(b), a Representation Statement identifying all parties to the action
6  along with their respective counsel is attached hereto.
7      Dated: January 30, 2008.

                                Respectfully submitted,

                                BRANCART & BRANCART

                                _____
                                Elizabeth Brancart
                                Attorneys for Plaintiffs

NOTICE OF APPEAL - Case No. C 07-3437 JSW

2

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On January 31, 2008, I served a true and correct copy of the following document(s):

**NOTICE OF APPEAL; REPRESENTATION STATEMENT; and CIVIL APPEALS DOCKETING STATEMENT**

upon the following person(s):

Ms. Sara Allman, Allman & Nielsen, 100 Larkspur Landing Circle, Suite 212 Larkspur, CA 94939; and

Mr. John S. Blackman, Farbstein & Blackman, 411 Borel Ave., Suite 425, San Mateo, CA 94402

|    | |
|----|---|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| XX | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
|    | **BY ELECTRONIC TRANSMISSION OF THE "NOTICE OF ELECTRONIC FILING:"** By electronically filing the document(s) (All counsel are "Filing Users") |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 31, 2008, at Loma Mar, California.

Elizabeth Brancart

NOTICE OF APPEAL - Case No. C 07-3437 JSW