BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
   Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com

Attorneys for Plaintiffs-Appellants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; TERESA VILLEGAS, KAPIKA SALAMBUE; and MARINA DURAN,<br><br>    Plaintiffs-Appellants,<br><br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>    Defendants- Appellees. | Case No. C07-3437 JSW<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Rule 12(b) and the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), appellants submit this Representation Statement:

I. Plaintiffs-Appellants Edith Macias, on behalf of herself and a class of similarly situated persons, and Hoton Duran, Tiffany Huynh, Aura Mendieta, William Laboy, Miguel Acosta, Cruz Acosta, Cuauhtemoc Toral, Teresa Villegas, Kapika Salambue, and Marina Duran are represented by:

//

REPRESENTATION STATEMENT - Case No. C 07-3437 JSW

1  BRANCART & BRANCART
     Christopher Brancart (SBN 128475)
2    Elizabeth Brancart (SBN 122092)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:  (650) 879-0141
4  Fax:  (650) 879-1103

5
   II. Defendant-Appellee Thomas J. Tomanek is represented by:
6
   ALLMAN & NIELSEN
7    Sara B. Allman (SBN 107932)
   100 Larkspur Landing Circle, Suite 212
8  Larkspur, CA 94939
   Tel: (415) 461-2700
9  Fax: (415) 461-2726

10
   III. Defendant-Appellee Mark Garibaldi, individually and dba The Garibaldi Company, is
11
   represented by:
12
   FARBSTEIN & BLACKMAN
13   John S. Blackman (SBN 114654)
   411 Borel Avenue, Suite 425
14 San Mateo, CA 94402
   Tel: (650) 554-6200
15 Fax: (650) 554-6240

16
   Dated: January 30, 2008.
17                                              Respectfully submitted,

18                                              BRANCART & BRANCART

19
                                                *(signature)*
20                                              _____
                                                Elizabeth Brancart
21                                              Attorneys for Plaintiffs

**REPRESENTATION STATEMENT - Case No. C 07-3437 JSW**

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On January 31, 2008, I served a true and correct copy of the following document(s):

**NOTICE OF APPEAL; REPRESENTATION STATEMENT; and CIVIL APPEALS DOCKETING STATEMENT**

upon the following person(s):

Ms. Sara Allman, Allman & Nielsen, 100 Larkspur Landing Circle, Suite 212 Larkspur, CA 94939; and

Mr. John S. Blackman, Farbstein & Blackman, 411 Borel Ave., Suite 425, San Mateo, CA 94402

|    | |
|----|---|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| XX | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
|    | **BY ELECTRONIC TRANSMISSION OF THE "NOTICE OF ELECTRONIC FILING:"** By electronically filing the document(s) (All counsel are "Filing Users") |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 31, 2008, at Loma Mar, California.

_____
Elizabeth Brancart

REPRESENTATION STATEMENT - Case No. C 07-3437 JSW