BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com

Attorneys for Plaintiffs-Appellants



FILED

FEB - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; TERESA VILLEGAS, KAPIKA SALAMBUE; and MARINA DURAN,<br><br>　　Plaintiffs-Appellants,<br><br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>　　Defendants- Appellees. | Case No. C07-3437 JSW<br><br>9th Cir. Case No. _____<br>[Notice of Appeal filed 2/1/08]<br><br>**AMENDED REPRESENTATION STATEMENT** |

Pursuant to Rule 12(b) and the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), appellants submit this amended representation statement adding additional counsel for defendant-appellee Mark Garibaldi:

I. Plaintiffs-Appellants Edith Macias, on behalf of herself and a class of similarly situated persons, and Hoton Duran, Tiffany Huynh, Aura Mendieta, William Laboy, Miguel Acosta, Cruz Acosta, Cuauhtemoc Toral, Teresa Villegas, Kapika Salambue, and Marina Duran are represented by:

```
 1    BRANCART & BRANCART
        Christopher Brancart (SBN 128475)
 2      Elizabeth Brancart (SBN 122092)
      Post Office Box 686
 3    Pescadero, CA  94060
      Tel:   (650) 879-0141
 4    Fax:   (650) 879-1103

 5
      II. Defendant-Appellee Thomas J. Tomanek is represented by:
 6
      ALLMAN & NIELSEN
 7      Sara B. Allman (SBN 107932)
      100 Larkspur Landing Circle, Suite 212
 8    Larkspur, CA  94939
      Tel: (415) 461-2700
 9    Fax: (415) 461-2726

10
      III. Defendant-Appellee Mark Garibaldi, individually and dba The Garibaldi Company, is
11
      represented by:
12
      FARBSTEIN & BLACKMAN
13      John S. Blackman (SBN 114654)
      411 Borel Avenue, Suite 425
14    San Mateo, CA  94402
      Tel: (650) 554-6200
15    Fax: (650) 554-6240

16
      WENDEL ROSEN BLACK & DEAN, LLP
17      Carl D. Ciochon, Esq. (SBN 165963)
      P. O. Box 2047
18    Oakland, CA 94604-2047
      Tel: (510) 834-6600
19    Fax: (510) 834-1928

20
      Dated:  February 6, 2008.
21                                                  Respectfully submitted,

22                                                  BRANCART & BRANCART

23
                                                    /s/ [signature]
24                                                  _____
                                                    Elizabeth Brancart
25                                                  Attorneys for Plaintiffs

26

27

28


      AMENDED REPRESENTATION STATEMENT - Case No. C 07-3437 JSW
```

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On February 6, 2008, I served a true and correct copy of the following document(s):

**AMENDED REPRESENTATION STATEMENT**

upon the following person(s):

Ms. Sara Allman, Allman & Nielsen, 100 Larkspur Landing Circle, Suite 212 Larkspur, CA 94939;

Mr. John S. Blackman, Farbstein & Blackman, 411 Borel Ave., Suite 425, San Mateo, CA 94402; and

Mr. Carl D. Ciochon, Wendel Rosen Black & Dean, LLP, P. O. Box 2047 Oakland, CA 94604-2047

| | |
|---|---|
| | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| XX | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
| | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
| | **BY ELECTRONIC TRANSMISSION OF THE "NOTICE OF ELECTRONIC FILING:"** By electronically filing the document(s) (All counsel are "Filing Users") |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 6, 2008, at Loma Mar, California.

/s/ Elizabeth Brancart

AMENDED REPRESENTATION STATEMENT - Case No. C 07-3437 JSW