1 | Sara B. Allman, Esq., CSB #107932
Steven A. Nielsen, Esq., CSB #133864
2 | ■ ALLMAN & NIELSEN ■
A Professional Corporation
3 | 100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
4 | Telephone: (415) 461-2700
5 | Facsimile: (415) 461-2726

6 | Attorneys for Defendant
THOMAS J. TOMANEK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA DURAN | Case No.: C07 3437 JSW |
|---|---|
| Plaintiffs, vs. | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY, | |
| Defendants. | |

-1-   ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

NOTICE OF UNAVAILABILITY OF COUNSEL

1  PLEASE TAKE NOTICE that Sara B. Allman, attorney for defendant THOMAS J.
2  TOMANEK, will be absent and not available for any appearance of any kind in the above
3  litigation, beginning **February 22, 2008 through February 29, 2008**.

4

5  Dated: February 11, 2008                                    ALLMAN & NIELSEN, P.C.

6                                                      By:  _____
7                                                            Sara B. Allman
                                                             Attorney for Defendant
8                                                            THOMAS J. TOMANEK

-2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

NOTICE OF UNAVAILABILITY OF COUNSEL

# PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

## NOTICE OF UNAVAILABILITY OF COUNSEL

on the interested parties in the action by placing [] the original [X] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christopher Brancart<br>Elizabeth Brancart<br>BRANCART & BRANCART<br>PO Box 686<br>Pescadero, CA 94060 | Attorney for Plaintiffs EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS |
| John S. Blackman<br>Farbstein & Blackman<br>411 Borel Ave #425<br>San Mateo, CA 94402-3518 | Attorneys for Defendant<br>MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY |
| Carl D. Ciochon<br>Wendel Rosen Black & Dean, LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 | Attorneys for Defendant<br>MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY |

[X]     BY MAIL: I deposited such envelope with postage thereon fully prepaid in the United States Postal Service mailbox at Larkspur, California.

[ ]     BY PERSONAL SERVICE: I delivered such envelope by hand to the addressee.

[ ]     BY FACSIMILE: I sent such document via facsimile to the facsimile machine of the addressee.

[ ]     BY EXPRESS MAIL: I deposited such envelope in a mailbox regularly maintained by the United States Postal Service for receipt of Express Mail postage paid to be delivered by Express Mail for overnight courier service to the addressee.

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

NOTICE OF UNAVAILABILITY OF COUNSEL

[ ]    BY OVERNIGHT DELIVERY: I deposited the envelope, in an envelope designated by the express service carrier, with delivery fees provided for, in a box regularly maintained by the express service carrier for overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on February 11, 2008, at Larkspur, California.

_____
NOLI VILLA

-4-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**NOTICE OF UNAVAILABILITY OF COUNSEL**