1  Sara B. Allman, Esq., CSB #107932
   Steven A. Nielsen, Esq., CSB #133864
2  ■ ALLMAN & NIELSEN ■
   A Professional Corporation
3  100 Larkspur Landing Circle, Suite 212
4  Larkspur, CA  94939
   Telephone:   (415) 461-2700
5  Facsimile:   (415) 461-2726

6  Attorneys for Defendant
   THOMAS J. TOMANEK

7
                IN THE UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10 | | |
11 | EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA DURAN | Case No.: C07 3437 JSW (EDL) |
   | | **AMENDED REPLY DECLARATION OF SARA B. ALLMAN RE MOTION FOR ATTORNEY'S FEES AND COSTS** |
   | Plaintiffs, vs. | DATE:  March 4, 2008
TIME:   9:00 A.M.
COURTROOM:   E, 15th Floor
JUDGE:   Hon. Elizabeth D. Laporte |
   | THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY, | Date Action Filed:  June 29, 2007 |
   | Defendants. | |

                                   -1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**AMENDED REPLY DECLARATION OF SARA B. ALLMAN
RE MOTION FOR ATTORNEY'S FEES AND COSTS**

I, Sara B. Allman, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of this state, and am president of Allman & Nielsen, A Professional Corporation, attorneys of record for defendant THOMAS J. TOMANEK (hereinafter "defendant") herein. The following facts are within my personal knowledge and, if sworn to testify, I would testify competently thereto.

2. The attorney's fees incurred, and not included on Exhibit D to the Declaration of Sara B. Allman in support of this motion, up to the present date by Allman & Nielsen, P.C. in prevailing on behalf of defendant THOMAS J. TOMANEK in the action total $5,775.00. Costs incurred, and not included on Exhibit D to the Declaration of Sara B. Allman in support of this motion, up to the present date in prevailing in the action total $23.80. These charges are reasonable and were necessarily incurred in the defense of moving defendant THOMAS J. TOMANEK relative to reviewing and analyzing plaintiffs' opposition, conducting legal research, and preparing the reply submissions in connection with this motion.

3. Attached as Exhibit "E" is a true and correct itemization of the time actually expended by Allman & Nielsen, P.C. and not included on Exhibit D to the Declaration of Sara B. Allman in support of this motion. I have redacted specific descriptions that are privileged. I have also redacted charges relative to a separate action plaintiffs have now filed against my client. I will make the un-redacted itemizations available for the court's in camera inspection pursuant to Civil L.R. 54-6. Exhibit "E" reflects the time spent and hourly compensation at our usual and customary hourly billing rate herein of $165 for matters of this type. Our firm bills in increments of .10 of an hour, with a minimum .10 charge. The itemization sets forth the nature of

-2-

AMENDED REPLY DECLARATION OF SARA B. ALLMAN
RE MOTION FOR ATTORNEY'S FEES AND COSTS

1  the services rendered in the matter by me. The time records are maintained by the
2  firm's PC Law computer system after manual entry on the date incurred.

3       4.     The total amount of fees incurred by Allman & Nielsen P.C. and claimed
4  to date in this action is $25,839.00. The total amount of claimed costs is $211.32. I
5  anticipate that my client will incur three (3) additional hours to prepare for the hearing,
6  two (2) additional hours for travel time, and one (1) additional hour for oral argument,
7  all at my regular hourly rate of $165.00.

8       I declare under penalty of perjury under the laws of the State of California that the
9  foregoing is true and correct and that this declaration was executed on this 19th day of
10  February, 2008, in Larkspur, California.

                                                           SARA B. ALLMAN

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

AMENDED REPLY DECLARATION OF SARA B. ALLMAN
RE MOTION FOR ATTORNEY'S FEES AND COSTS

PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**AMENDED REPLY DECLARATION OF SARA B. ALLMAN RE MOTION FOR ATTORNEY'S FEES AND COSTS**

on the interested parties in the action by placing [] the original [X] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christopher Brancart<br>Elizabeth Brancart<br>BRANCART & BRANCART<br>PO Box 686<br>Pescadero, CA 94060 | Attorney for Plaintiffs EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA: WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS |
| John S. Blackman<br>Farbstein & Blackman<br>411 Borel Ave #425<br>San Mateo, CA 94402-3518 | Attorneys for Defendant MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY |
| Carl D. Ciochon<br>Wendel Rosen Black & Dean, LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 | Attorneys for Defendant MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY |

[X] BY MAIL: I deposited such envelope with postage thereon fully prepaid in the United States Postal Service mailbox at Larkspur, California.

[ ] BY PERSONAL SERVICE: I delivered such envelope by hand to the addressee.

[ ] BY FACSIMILE: I sent such document via facsimile to the facsimile machine of the addressee.

[ ] BY EXPRESS MAIL: I deposited such envelope in a mailbox regularly maintained by the United States Postal Service for receipt of Express Mail postage paid to be delivered by Express Mail for overnight courier service to the addressee.

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

1 [ ]   BY OVERNIGHT DELIVERY:  I deposited the envelope, in an envelope designated by the express service carrier, with delivery fees provided for, in a box regularly maintained by the express service carrier for overnight delivery.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

   Executed on February 19, 2008, at Larkspur, California.

   _____
   NOLI VILLA

-5-

AMENDED REPLY DECLARATION OF SARA B. ALLMAN
RE MOTION FOR ATTORNEY'S FEES AND COSTS

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**Exhibit "E"**

## *ALLMAN & NIELSEN, P.C.*
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939

Ph:415 461 2700              Fax:415 461 2726

February 19, 2008

**Attention:**

File #:    FA-576
Inv #:     Sample

**RE:**    Macias v. Tomanek

| **DATE** | **DESCRIPTION** | **HOURS** | **AMOUNT** | **LAWYER** |
|---|---|---|---|---|
| Jan-19-08 | | | | |
| Jan-21-08 | | | | |
| Jan-22-08 | | | | |

Jan-23-08

| | | | | |
|---|---|---|---|---|
| Telephone call with re status of fee motion. | | 0.10 | 16.50 | SBA |
| Letter to re fee submission. | | 0.10 | 16.50 | SBA |
| Read/analyze Blackman points and authorities and declaration in support of Garibaldi fee motion. | | 0.20 | 33.00 | SBA |
| Read/analyze Ciochon declaration re fee motion. | | 0.10 | 16.50 | SBA |

Jan-24-08

| | | | |
|---|---|---|---|
| Legal Research re notice requirements moot re motion. | 0.30 | 49.50 | SBA |
| Read/analyze judge White's ruling re vacating 3/14 hearing and assignment to magistrate judge. | 0.10 | 16.50 | SBA |

Jan-25-08

| Jan-28-08 | read file in preparation for defense conference. | 0.20 | 33.00 | SBA |
| --- | --- | --- | --- | --- |
| | appeared at and participated in defense telephonic meeting. | 0.80 | 132.00 | SBA |
| | letter from Mr. Quint re pleadings and directives re fee motion. | 0.10 | 16.50 | SBA |
| | read file and letter to Mr. Quint re requested submissions. | 0.10 | 16.50 | SBA |

Jan-29-08

Jan-30-08

| | | | | | |
|---|---|---|---|---|---|
| | Telephone call with hearing date set. | re status, | 0.10 | 16.50 | SBA |
| | Letter to (multiple) defense attorneys re fee motion opposition. | | 0.20 | 33.00 | SBA |
| | Read/analyze (preliminary) opposition of plaintiffs to fee motion. | | 0.60 | 99.00 | SBA |
| | Read/analyze ruling of Judge La Porte re fee application. | | 0.10 | 16.50 | SBA |
| Jan-31-08 | | | | | |
| Feb-01-08 | | | | | |
| Feb-04-08 | | | | | |
| Feb-06-08 | | | | | |

of specific codes re plaintiff tenant obligations, Civil Code sections 1927 through 1941.2.

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-07-08 | Read/analyze re preliminary arguments in reply to plaintiff opposition. | 0.70 | 115.50 | SBA |
| Feb-08-08 | Telephone call from John Blackman re status and proposed action re reply. | 0.10 | 16.50 | SBA |
| Feb-11-08 | Letter to Mr. Blackman re coordination of reply. | 0.10 | 16.50 | SBA |
| | prepared reply arguments per legal Research re cases cited by plaintiff in opposition to fee motion, including | 5.80 | 957.00 | SBA |
| Feb-12-08 | letter from Mr. Quint re fee reply brief. | 0.10 | 16.50 | SBA |
| | letter from Mr. Blackman re his contribution to fee reply motion. | 0.10 | 16.50 | SBA |
| | Letter to defense counsel re status of reply brief. | 0.10 | 16.50 | SBA |
| | Draft/revise reply brief arguments and legal Research re plaintiff cited cases on contract v. tort distinction, including review of: | 5.60 | 924.00 | SBA |
| Feb-13-08 | Telephone call to Mr. Blackman re allocation of responsibility re reply brief arguments. | 0.10 | 16.50 | SBA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Draft/revise further reply arguments. | 2.30 | 379.50 | SBA |
| Feb-14-08 | Telephone call from Mr. Blackman re reply status/strategy. | 0.10 | 16.50 | SBA |
| | Draft/revise reply arguments re 1717, 1021. | 3.30 | 544.50 | SBA |
| Feb-15-08 | Draft/revise and legal Research re reply points, including cases cited by plaintiff's attorney in opposition brief and distinguish for reply arguments. | 5.70 | 940.50 | SBA |
| | Letter to all defense counsel re status of reply. | 0.10 | 16.50 | SBA |
| Feb-16-08 | letter from Mr. Blackman re revisions to his section of reply brief and comments. | 0.10 | 16.50 | SBA |
| | Letter to Mr. Blackman re reply brief. | 0.10 | 16.50 | SBA |
| Feb-17-08 | Legal Research Marin County law library re principal/agent and in response to plaintiff arguments re supplemental brief. | 1.80 | 297.00 | SBA |
| Feb-18-08 | Draft/revise reply brief and final edits. | 4.30 | 709.50 | SBA |
| | Draft/revise reply declaration. | 0.40 | 66.00 | SBA |
| | Read/analyze vm message from Mr. Blackman re reply arguments. | 0.10 | 16.50 | SBA |
| | Letter to Mr. Blackman re final reply brief. | 0.10 | 16.50 | SBA |
| Feb-19-08 | letter from defense counsel re okay re reply brief. | 0.10 | 16.50 | SBA |
| | prepared final edits and cite checks. | 0.70 | 115.50 | SBA |
| | Totals | | $ 5,775.00 | |

**DISBURSEMENTS**

| Date | Description | | Amount | |
|---|---|---|---|---|
| Jan-22-08 | Extraordinary Postage (in excess of $2.00 per single item). 2 @ 4.60 | | 9.20 | |

| Date | Description | Amount |
|---|---|---|
| Jan-28-08 | Photocopying @ $.10 per page. 122 @ 0.10 | 12.20 |
| Feb-19-08 | Photocopying @ $.10 per page. 24 @ 0.10 | 2.40 |
| | Totals | $23.80 |

TAX ID Number    94-3268610

| | | | | | |
|---|---:|---|---:|---|---:|
| $ | 16.50 | | | | |
| $ | 16.50 | | | | |
| $ | 33.00 | | | | |
| $ | 16.50 | | | | |
| $ | 49.50 | | | | |
| $ | 16.50 | | | | |
| $ | 33.00 | | | | |
| $ | 132.00 | | | | |
| $ | 16.50 | | | | |
| $ | 16.50 | | | | |
| $ | 16.50 | | | | |
| $ | 33.00 | | | | |
| $ | 99.00 | | | | |
| $ | 16.50 | | | | |
| $ | 115.50 | | | | |
| $ | 16.50 | | | | |
| $ | 16.50 | | | | |
| $ | 957.00 | | | | |
| $ | 16.50 | previous | $ 20,064.00 | previous | $ 187.52 |
| $ | 16.50 | | $ 5,775.00 | | $ 23.80 |
| $ | 16.50 | | **$ 25,839.00** | | **$ 211.32** |
| $ | 924.00 | | | | |
| $ | 16.50 | | | | |
| $ | 379.50 | | | | |
| $ | 16.50 | | | | |
| $ | 544.50 | | | | |
| $ | 940.50 | | | | |
| $ | 16.50 | | | | |
| $ | 16.50 | | | | |
| $ | 16.50 | | | | |
| $ | 297.00 | | | | |
| $ | 709.50 | | | | |
| $ | 66.00 | | | | |
| $ | 16.50 | | | | |
| $ | 16.50 | | | | |
| $ | 16.50 | | | | |
| $ | 115.50 | | | | |
| **$ 5,775.00** | | | | | |