1  JOHN S. BLACKMAN (SB#114654)
   FARBSTEIN & BLACKMAN, APC
2  411 Borel Avenue, Suite 425
   San Mateo, California  94402-3518
3  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
4
   CARL D. CIOCHON
5  WENDEL ROSEN BLACK & DEAN, LLP
   1111 Broadway, 24th Floor
6  Oakland, CA 94607-4036
   Tel: (510) 834-6600
7  Fax: (510) 834-1928

8  Attorneys for Defendants
   MARK GARIBALDI and THE GARIBALDI COMPANY
9
                    UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA

11 EDITH MACIAS, individually and on          )  CASE NO. C07 3437 JSW
   behalf of similarly situated individuals;  )
12 HOTON DURAN; TIFFANY HUYNH;                 )
   AURA MENDIETA; WILLIAM                      )
13 LABOY; MIGUEL ACOSTA; CRUZ                  )  **JOINDER OF DEFENDANT MARK**
   ACOSTA; CUAUHTEMOC TORAL,                   )  **GARIBALDI dba THE GARIBALDI**
14 TERESA VILLEGAS, KAPIKA                     )  **COMPANY IN REPLY BRIEF OF CO-**
   SALAMBUE and MARINA DURAN,                  )  **DEFENDANT TOMANEK RE**
15                                             )  **ATTORNEY'S FEES MOTION**
              Plaintiffs,                      )
16                                             )
   vs.                                         )
17                                             )
   THOMAS J. TOMANEK; and MARK                 )  DATE:  March 4, 2008
18 GARIBALDI, individually and doing           )  TIME:  9:00 A.M.
   business as THE GARIBALDI                   )  COURTROOM: E, 15th Floor, S.F.
19 COMPANY,                                    )  JUDGE:  Hon. Elizabeth D. Laporte
                                               )
20            Defendants.                      )  Date Action Filed: June 29, 2007
                                               )
21 _____   )

22

23
                    **JOINDER IN REPLY BRIEF**
24
          As with the fee motion itself, in the interests of judicial economy and to avoid
25
   repetitive filings, moving defendant GARIBALDI adopts and joins in the Reply Brief filed
26
   by co-defendant moving party TOMANEK.
27

28                                    1
                                         _____
                                         DEFENDANT GARIBALDI'S JOINDER IN
                                         CO-DEFENDANT TOMANEK'S REPLY TO
                                         PLAINTIFFS' OPPOSITION TO ATTORNEY'S
                                         FEES MOTION

1    A Supplemental Declaration of John S. Blackman is filed concurrently herewith to

2  update Defendant GARIBALDI'S fee request.  In the moving papers for this motion,

3  GARIBALDI'S attorneys of record offered evidence that GARIBALDI had incurred a

4  total of $58,028.87 in fees and costs through the approximate time of filing of the motion.

5  The Supplemental Blackman Declaration shows that since then, counsel for GARIBALDI

6  has spent, and he estimates his client will incur further expenditures through the hearing on

7  the motion, of another $8,565.50.  Thus the total amount of fees and costs claimed by

8  Defendant GARIBALDI pursuant to this motion is $66,594.37.

9

10

11  DATED:  February 19, 2008                FARBSTEIN & BLACKMAN, APC

12

13                                          //S//
                                _____
14                                  JOHN S. BLACKMAN
                                  Attorneys for Mark Garibaldi dba
15                                  The Garibaldi Company

16

17

18

19

20

21

22

23

24

25

26

27

28
                              2
                              _____
                              DEFENDANT GARIBALDI'S JOINDER IN
                              CO-DEFENDANT TOMANEK'S REPLY TO
                              PLAINTIFFS' OPPOSITION TO ATTORNEY'S
                              FEES MOTION

PROOF OF SERVICE
Macias v. Tomanek, , Mark Garibaldi, The Garibaldi Company
USDC, Northern California, Case No. C 07-3437 JSW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On February 19, 2008, I served the following document(s):

**JOINDER OF DEFENDANT MARK GARIBALDI dba THE GARIBALDI COMPANY IN REPLY BRIEF OF CO-DEFENDANT TOMANEK RE ATTORNEY'S FEES MOTION**

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Elizabeth Noonan Brancart, Esq.<br>Christopher A. Brancart, Esq.<br>Brancart & Brancart<br>P. O. Box 686<br>Pescadero, CA 94060 | Attorneys for plaintiffs<br>Tel: 650-879-0141<br>Fax: 650-879-1103<br>email: cbrancart@brancart.com<br>ebrancart@brancart.com |
| Sara B. Allman, Esq.<br>Allman & Nielsen<br>100 Larkspur Lndg Cir #212<br>Larkspur, CA 94939 | Attorneys for defendant Thomas J. Tomanek<br>Tel: 415-461-2700<br>Fax: 1-415-461-2726<br>all-niel@pacbell.net |
| Carl D. Ciochon, Esq.<br>Wendel Rosen Black & Dean, LLP<br>P. O. Box 2047<br>Oakland, CA 94604-2047 | Co-counsel for defendant Mark Garibaldi dba The Garibaldi Company<br>Tel: (510) 834-6600<br>Fax: 1-510-834-1928<br>email: cciochon@wendel.com |

[ ] by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X] by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ] by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

3

DEFENDANT GARIBALDI'S JOINDER IN
CO-DEFENDANT TOMANEK'S REPLY TO
PLAINTIFFS' OPPOSITION TO ATTORNEY'S
FEES MOTION

1  [ ]    by personally delivering the document(s) listed above to the person(s) at the
        address(es) set forth herein.

2

3  [ ]    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an
        express mail service for guaranteed delivery on the next business day following the date
        of consignment to the address(es) set forth herein. A copy of the consignment slip is
4       attached to this proof of service.

5  [X]   by transmitting the document(s) listed above via the Court's ECF system to the persons
        at the email address(es) set forth herein. The transmission was completed before 5:00
6       p.m. and was reported complete and without error.

7        I declare under penalty of perjury under the laws of the United States and the State of
   California that the above is true and correct. Executed at San Mateo, California, on February
8  19, 2008.

9                                                        _Suzanne Farbstein_
                                                        SUZANNE T. FARBSTEIN
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              4    _____
                                     DEFENDANT GARIBALDI'S JOINDER IN
                                     CO-DEFENDANT TOMANEK'S REPLY TO
                                     PLAINTIFFS' OPPOSITION TO ATTORNEY'S
                                     FEES MOTION