JOHN S. BLACKMAN (SB#114654)
FARBSTEIN & BLACKMAN, APC
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Telephone: (650) 554-6200
Facsimile: (650) 554-6240

CARL D. CIOCHON
WENDEL ROSEN BLACK & DEAN, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Tel: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendants
MARK GARIBALDI and THE GARIBALDI COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL, TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA DURAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>Defendants. | CASE NO. C07 3437 JSW<br><br>SUPPLEMENTAL DECLARATION OF JOHN S. BLACKMAN IN SUPPORT OF DEFENDANT THE GARIBALDI COMPANY'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION RE ATTORNEY'S FEES<br><br>DATE: March 4, 2008<br>TIME: 9:00 A.M.<br>COURTROOM: E, 15th Floor, S.F.<br>JUDGE: Hon. Elizabeth D. Laporte<br><br>Date Action Filed: June 29, 2007 |

I, John S. Blackman, declare under penalty of perjury under the laws of the State of California as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of this state, and am a shareholder of Farbstein & Blackman, A Professional Corporation, one of

1

SUPPLEMENTAL DECLARATION OF JOHN S.
BLACKMAN IN SUPPORT OF GARIBALDI'S
REPLY TO PLAINTIFFS' OPPOSITION TO
ATTORNEY'S FEES MOTION

the attorneys of record for defendant THE GARIBALDI COMPANY (hereinafter referred to as "GARIBALDI"). The following facts are within my personal knowledge and, if sworn to testify, I would testify competently thereto.

2. My initial declaration in this case covers time spent through December 31, 2007. This declaration addresses the attorney's fees my client has incurred in connection with this case from January 1, 2008 through the time of hearing of the instant motion for attorney's fees.

3. The attorney's fees incurred by The Garibaldi Company in the defense of this action from January 1, 2008 through January 31, 2008, are $6,512.00, as reflected on Ex. ""A" attached hereto, which is a complete and correct copy of my billing statement for work done in the month of February.

4. The unbilled but incurred time for February, through the date of this declaration, is 7.1 hours, which at my hourly rate for this case of $185 an hour equals $1,313.50.

5. I estimate that the time I will spend to prepare for, travel to and attend the hearing on this motion will be another 4 hours. That means my client will incur another $740.00 in connection with this attorney's fees motion.

6. The total amount of attorney's fees and costs claimed on behalf of Defendant The Garibaldi Company in the motion already on file with the court are $58,028.87. The total amount of attorney's fees and costs proved in this declaration is $8,565.50. Thus the total amount of fees and costs claimed by Defendant The Garibaldi Company in this action is $66,594.37.

7. In response to a comment made in plaintiffs' opposition papers, all paralegals who have worked on this file for Farbstein & Blackman, and whose time is included in this fee application, are certified paralegals.

///

2

SUPPLEMENTAL DECLARATION OF JOHN S. BLACKMAN IN SUPPORT OF GARIBALDI'S REPLY TO PLAINTIFFS' OPPOSITION TO ATTORNEY'S FEES MOTION

1  Executed this 19th day of February, 2008, at San Mateo, California.

///S//

_____
JOHN S. BLACKMAN

3

SUPPLEMENTAL DECLARATION OF JOHN S.
BLACKMAN IN SUPPORT OF GARIBALDI'S
REPLY TO PLAINTIFFS' OPPOSITION TO
ATTORNEY'S FEES MOTION

<u>PROOF OF SERVICE</u>
<u>Macias v. Tomanek, , Mark Garibaldi, The Garibaldi Company</u>
USDC, Northern California, Case No. C 07-3437 JSW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On February 19, 2008, I served the following document(s):

SUPPLEMENTAL DECLARATION OF JOHN S. BLACKMAN IN SUPPORT OF DEFENDANT GARIBALDI'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR ATTORNEY'S FEES

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Elizabeth Noonan Brancart, Esq.<br>Christopher A. Brancart, Esq.<br>Brancart & Brancart<br>P. O. Box 686<br>Pescadero, CA 94060 | Attorneys for plaintiffs<br>Tel: 650-879-0141<br>Fax: 650-879-1103<br>email: cbrancart@brancart.com<br>ebrancart@brancart.com |
| Sara B. Allman, Esq.<br>Allman & Nielsen<br>100 Larkspur Lndg Cir #212<br>Larkspur, CA 94939 | Attorneys for defendant Thomas J. Tomanek<br>Tel: 415-461-2700<br>Fax: 1-415-461-2726<br>all-niel@pacbell.net |
| Carl D. Ciochon, Esq.<br>Wendel Rosen Black & Dean, LLP<br>P. O. Box 2047<br>Oakland, CA 94604-2047 | Co-counsel for defendant Mark Garibaldi dba The Garibaldi Company<br>Tel: (510) 834-6600<br>Fax: 1-510-834-1928<br>email: cciochon@wendel.com |

[ ]  by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]  by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

4

SUPPLEMENTAL DECLARATION OF JOHN S. BLACKMAN IN SUPPORT OF GARIBALDI'S REPLY TO PLAINTIFFS' OPPOSITION TO ATTORNEY'S FEES MOTION

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

[X]   by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on February 19, 2008.

_____
SUZANNE T. FARBSTEIN

5

SUPPLEMENTAL DECLARATION OF JOHN S. BLACKMAN IN SUPPORT OF GARIBALDI'S REPLY TO PLAINTIFFS' OPPOSITION TO ATTORNEY'S FEES MOTION