Farbstein & Blackman, A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, CA  94402
(650) 554-6200
Federal Tax I.D. No. 94-2456928


February 6, 2008


Philadelphia Insurance Company
Frank Koehler
One Bala Plaza, Suite 100
P. O. Box 950
Bala Cynwyd PA  19004


Mark Garibaldi
The Garibaldi Company
3525 W. Benjamin Holt Drive
Stockton CA 95219


Our Case #  PIC3-070
Invoice number   18420


Re:   Macias v. Tomanek, et al.
      Insured: The Garibaldi Company
      Claim No. PHCL 07080 279570


Balance forward


| Invoice | Date | | | |
|---|---|---|---|---|
| 17929 | 09/07/07 | 9,997.00 | 9,997.00- | 0.00 |
| 18006 | 10/03/07 | 6,133.55 | 6,133.55- | 0.00 |
| 18167 | 11/05/07 | 4,030.50 | 4,030.50- | 0.00 |
| 18216 | 12/04/07 | 1,470.00 | 1,470.00- | 0.00 |
| 18320 | 01/03/08 | 294.00 | 294.00- | 0.00 |
| | | 21,925.05 | 21,925.05- | |

Net balance forward          $0.00

Current Fees       $6,512.00

Total Current Charges       $6,512.00

Total Due       $6,512.00



EXHIBIT____A____

Farbstein & Blackman, A Professional Corporation

February 6, 2008

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   18420

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 01/07/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/07/08 | JSB | Prepare correspondence to all counsel | 0.1 | 18.50 |
| 01/07/08 | JSB | Review and analyze correspondence from M. Quint | 0.1 | 18.50 |
| 01/07/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/08/08 | JSB | Review and analyze pleading: Order granting motions to dismiss | 0.3 | 55.50 |
| 01/08/08 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 01/08/08 | JSB | Prepare correspondence to all counsel | 0.1 | 18.50 |
| 01/08/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/08/08 | STF | Download, print and review Order granting defendants' Motions for Dismissal | 0.3 | 22.50 |
| 01/09/08 | JSB | Telephone conference (extended) with all defense counsel; prepare memorandum to file re: same | 0.8 | 148.00 |
| 01/09/08 | JSB | Review and analyze correspondence from S. Allman (multiple) | 0.2 | 37.00 |

Farbstein & Blackman, A Professional Corporation

February 6, 2008

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   18420

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 01/09/08 | JSB | Prepare correspondence to S. Allman (multiple) | 0.2 | 37.00 |
| 01/09/08 | STF | Download, print and review Judgment filed by the court; update master calendar | 0.3 | 22.50 |
| 01/10/08 | JSB | Prepare for and attend conference call with S. Allman and C. and E. Brancart | 0.5 | 92.50 |
| 01/10/08 | JSB | Telephone conference (extended) with S. Allman | 0.3 | 55.50 |
| 01/11/08 | JSB | Multiple correspondence among four defense counsel | 0.4 | 74.00 |
| 01/14/08 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 01/14/08 | JSB | Review and analyze correspondence from M. Quint (2) | 0.2 | 37.00 |
| 01/14/08 | JSB | Legal research re: propriety of attorney's fees award (begin) | 1.2 | 222.00 |
| 01/15/08 | JSB | Review and analyze correspondence from S. Allman | 0.3 | 55.50 |
| 01/15/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/15/08 | JSB | Prepare correspondence to F. Koehler (report) | 0.8 | 148.00 |
| 01/15/08 | STF | Make edits to Declaration of J. Blackman for use in | | |

Farbstein & Blackman, A Professional Corporation

February 6, 2008

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   18420

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | Motion for Attorney's Fees | 0.4 | 30.00 |
| 01/16/08 | JSB | Review and analyze correspondence from C. Ciochon (2) | 0.1 | 18.50 |
| 01/16/08 | JSB | Prepare correspondence to C. Ciochon (2) | 0.3 | 55.50 |
| 01/16/08 | STF | Prepare correspondence to F. Koehler | 0.2 | 15.00 |
| 01/17/08 | JSB | Review and analyze ████████ ████████ | 0.4 | 74.00 |
| 01/17/08 | JSB | Review and analyze pleading: draft attorney fee motion | 2.0 | 370.00 |
| 01/17/08 | JSB | Prepare pleading: Continue drafting attorney fee motion declaration | 0.4 | 74.00 |
| 01/17/08 | JSB | Legal research re: entitlement to attorney's fees, relevant case law (begin) | 0.7 | 129.50 |
| 01/18/08 | JSB | Review and analyze billing for purposes of redaction for attorney's fees motion | 0.6 | 111.00 |
| 01/18/08 | JSB | Review and analyze correspondence from M. Quint | 0.2 | 37.00 |
| 01/18/08 | JSB | Review and analyze correspondence from C. Ciochon (2) | 0.2 | 37.00 |
| 01/18/08 | JSB | Review and analyze | | |

Farbstein & Blackman, A Professional Corporation

February 6, 2008

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18420

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | correspondence from S. Allman (2) | 0.2 | 37.00 |
| 01/18/08 | JSB | Further research and re-drafting of fee motion | 1.3 | 240.50 |
| 01/18/08 | JSB | Prepare pleading: Declaration of John Blackman in support of fee motion (begin) | 0.8 | 148.00 |
| 01/18/08 | JSB | Prepare correspondence to S. Allman, C. Ciochon and M. Quint | 0.3 | 55.50 |
| 01/19/08 | JSB | Review and analyze pleading: S. Allman's draft of Memorandum of Points and Authorities in support of Motion for Attorney's Fees; prepare suggested edits | 2.5 | 462.50 |
| 01/21/08 | JSB | Prepare pleading: Draft Notice of Motion and Motion for Attorney's Fees, including work on Memorandum of Points and Authorities | 3.5 | 647.50 |
| 01/21/08 | JSB | Further revisions to Declaration of J. Blackman | 0.8 | 148.00 |
| 01/21/08 | JSB | Telephone conference (extended) with S. Allman (2) | 0.6 | 111.00 |
| 01/21/08 | JSB | Further revisions to memorandum of points and authorities | 0.9 | 166.50 |
| 01/21/08 | JSB | Prepare correspondence to C. Ciochon, S. Allman, and M. Quint (2) | 0.3 | 55.50 |

Farbstein & Blackman, A Professional Corporation

February 6, 2008

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number   18420

Re:   Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| 01/21/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/21/08 | JSB | Prepare correspondence to C. Ciochon and co-counsel | 0.5 | 92.50 |
| 01/22/08 | JSB | Telephone conference (extended) with C. Ciochon | 0.8 | 148.00 |
| 01/22/08 | JSB | Telephone conference (extended) with S. Allman | 0.2 | 37.00 |
| 01/22/08 | JSB | Telephone conference (extended) with C. Ciochon | 0.2 | 37.00 |
| 01/22/08 | JSB | Further drafting of moving papers on attorney fee motion | 1.3 | 240.50 |
| 01/22/08 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 01/22/08 | JSB | Prepare correspondence to C. Ciochon | 0.2 | 37.00 |
| 01/22/08 | STF | Review of January timeslips and compile additional fees in preparation for Motion for Attorney's Fees | 0.5 | 37.50 |
| 01/22/08 | STF | Assist attorney with Motion for Attorney's Fees | 1.3 | 97.50 |
| 01/23/08 | JSB | Telephone conference with C. Ciochon | 0.1 | 18.50 |
| 01/23/08 | JSB | Review and analyze correspondence from C. Ciochon (2) | 0.2 | 37.00 |
| 01/23/08 | JSB | Review and analyze | | |

Farbstein & Blackman, A Professional Corporation

February 6, 2008

Philadelphia Insurance Company

Our Case #   PIC3-070
Invoice number   18420

Re:   Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | correspondence from M. Quint | 0.1 | 18.50 |
| 01/23/08 | JSB | Prepare correspondence to M. Quint | 0.1 | 18.50 |
| 01/23/08 | STF | Two telephone conferences with Jeannie at C. Ciochon's office | 0.1 | 7.50 |
| 01/23/08 | STF | Review email from C. Ciochon; make edits to Motion for Attorney's Fees and Declaration of J. Blackman; finalize and file all moving papers; serve via US mail; update master calendar with all motion deadlines | 1.7 | 127.50 |
| 01/24/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/24/08 | JSB | Prepare correspondence to C. Ciochon | 0.2 | 37.00 |
| 01/24/08 | STF | Review email from C. Ciochon; download, print and review documents from Alameda County Superior Court website | 0.5 | 37.50 |
| 01/24/08 | STF | Organize motions; download, print and review two orders from Judge White; update master calendar | 0.7 | 52.50 |
| 01/25/08 | STF | Review defense counsel correspondence and update master calendar | 0.2 | 15.00 |
| 01/25/08 | STF | Review and analyze Notice | | |

Farbstein & Blackman, A Professional Corporation

February 6, 2008

Philadelphia Insurance Company

Our Case #   PIC3-070
Invoice number   18420

Re:   Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | of Hearings in State Court action; update electronic calendar rule sets; update master calendar | 0.5 | 37.50 |
| 01/28/08 | JSB | Telephone conference (extended) with all defense counsel | 0.8 | 148.00 |
| 01/28/08 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 01/28/08 | JSB | ▮▮▮▮▮▮▮▮▮ and prepare correspondence to C. Ciochon | 0.5 | 92.50 |
| 01/29/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/29/08 | JSB | Prepare correspondence to C. Ciochon | 0.1 | 18.50 |
| 01/29/08 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 01/29/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/29/08 | JSB | Review and analyze correspondence from M. Quint | 0.1 | 18.50 |
| 01/29/08 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 01/29/08 | JSB | Prepare correspondence to | | |

Farbstein & Blackman, A Professional Corporation

February 6, 2008

Philadelphia Insurance Company

Our Case #  PIC3-070
Invoice number  18420

Re:  Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | all counsel | 0.2 | 37.00 |
| 01/29/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/29/08 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 01/29/08 | JSB | Prepare correspondence to all counsel re: ▮▮▮▮▮▮ | 0.2 | 37.00 |
| 01/30/08 | STF | Download, print and review plaintiffs' Opposition to Motions for Attorney's Fees | 0.2 | 15.00 |
| 01/30/08 | STF | Download, print and review plaintiffs' Supplemental Opposition to Motions for Attorney's Fees | 0.2 | 15.00 |
| 01/30/08 | STF | Download, print and review Judge Laporte's Notice of Hearing; update master calendar; update master list | 0.3 | 22.50 |
| 01/31/08 | JSB | Review and analyze correspondence from S. Allman | 0.1 | 18.50 |
| 01/31/08 | JSB | Prepare correspondence to S. Allman | 0.1 | 18.50 |
| 01/31/08 | JSB | Review and analyze pleading: Order re: Reference to Magistrate | 0.2 | 37.00 |
| 01/31/08 | JSB | Review and analyze | | |

Farbstein & Blackman, A Professional Corporation

February 6, 2008

Philadelphia Insurance Company

Our Case #   PIC3-070
Invoice number   18420

Re:   Macias v. Tomanek, et al.

| | Emp | Services | Hours | Amount |
|---|---|---|---|---|
| | | correspondence from S. Allman | 0.1 | 18.50 |
| 01/31/08 | JSB | Review and analyze correspondence from C. Ciochon | 0.1 | 18.50 |
| 01/31/08 | JSB | Legal research re: ████████████ | 0.8 | 148.00 |
| 01/31/08 | JSB | Review and analyze correspondence from L. Brancart | 0.2 | 37.00 |
| 01/31/08 | JSB | Review and analyze pleading: plaintiff's Opposition to Motion for Attorney's fees | 0.4 | 74.00 |
| 01/31/08 | JSB | Legal research re: legal authorities cited by plaintiff in opposition papers | 1.2 | 222.00 |
| | | Current Fees | 39.6 | $6,512.00 |

| Summary | Hours | Rate | Amount |
|---|---|---|---|
| JSB | 32.20 | 185.00 | 5,957.00 |
| STF | 7.40 | 75.00 | 555.00 |