UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                   **Date:** March 4, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-03437 JSW (EDL)

**Title:**       EDITH MACIAS, et al  v. THOMAS J. TOMANEK, et al

**Attorneys:**   Plaintiff: Elizabeth Brancart, Christopher Brancart
                 DefendantTomanek: Sara B. Allman
                 Defendant Garibaldi: John S. Blackman

**Deputy Clerk:**     Lili M. Harrell            **Court Reporter:** Jim Yeomans
                                                 (Time: 9:45am - 10:08am)

**PROCEEDINGS:**                                           **RULINGS:**

Defendants' Motions for Attorney Fees [37] [40]            Submitted

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:** [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:

cc: