JOHN S. BLACKMAN (SB#114654)
FARBSTEIN & BLACKMAN, APC
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Telephone: (650) 554-6200
Facsimile: (650) 554-6240

CARL D. CIOCHON
WENDEL ROSEN BLACK & DEAN, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Tel: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendant
MARK GARIBALDI dba THE GARIBALDI COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL, TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA DURAN,

    Plaintiffs,

vs.

THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,

    Defendants.

CASE NO. C07 3437 JSW

DEFENDANT GARIBALDI'S NOTICE OF JOINDER AND JOINDER IN (1) DEFENDANT TOMANEK'S MOTION FOR DE NOVO DETERMINATION AND (2) OBJECTIONS TO REPORT AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION TO BE DECLARED PREVAILING PARTIES AND FOR AN AWARD OF ATTORNEYS' FEES

NOTICE IS HEREBY GIVEN to plaintiffs EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL, TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA

1

1  DURAN, and to their attorneys of record, that Defendant MARK GARIBALDI dba THE
2  GARIBALDI COMPANY (hereinafter "Defendant") hereby joins in Defendant
3  THOMAS J. TOMANEK'S Motion for De Novo Determination, Objections to Report and
4  Recommendations to Deny Defendants' Motion to Be Declared Prevailing Parties and for
5  an Award of Attorneys' Fees.

7  DATED:  March 25, 2008                    FARBSTEIN & BLACKMAN, APC

                                             _____
                                             JOHN S. BLACKMAN
                                             Attorneys for Mark Garibaldi dba
                                             The Garibaldi Company

2

GARIBALDI'S JOINDER IN TOMANEK'S
MOTION FOR DE NOVO
DETERMINATION AND OBJECTIONS TO
REPORT AND RECOMMENDATION RE
ATTORNEY'S FEES MOTION

<u>PROOF OF SERVICE</u>
<u>Macias v. Tomanek, , Mark Garibaldi, The Garibaldi Company</u>
USDC, Northern California, Case No. C 07-3437 JSW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On March 25, 2008, I served the following document(s):

**DEFENDANTS MARK GARIBALDI AND THE GARIBALDI COMPANY'S NOTICE OF JOINDER AND JOINDER IN TOMANEK'S MOTION FOR DE NOVO DETERMINATION; AND JOINDER IN OBJECTIONS TO REPORT AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION TO BE DECLARED PREVAILING PARTIES AND FOR AN AWARD OF ATTORNEYS' FEES**

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Elizabeth Noonan Brancart, Esq.<br>Christopher A. Brancart, Esq.<br>Brancart & Brancart<br>P. O. Box 686<br>Pescadero, CA 94060 | Attorneys for plaintiffs<br>Tel: 650-879-0141<br>Fax: 650-879-1103<br>email: cbrancart@brancart.com<br>ebrancart@brancart.com |
| Sara B. Allman, Esq.<br>Allman & Nielsen<br>100 Larkspur Lndg Cir #212<br>Larkspur, CA 94939 | Attorneys for defendant Thomas J. Tomanek<br>Tel: 415-461-2700<br>Fax: 1-415-461-2726<br>all-niel@pacbell.net |
| Carl D. Ciochon, Esq.<br>Wendel Rosen Black & Dean, LLP<br>P. O. Box 2047<br>Oakland, CA 94604-2047 | Co-counsel for defendant Mark Garibaldi dba The Garibaldi Company<br>Tel: (510) 834-6600<br>Fax: 1-510-834-1928<br>email: cciochon@wendel.com |

[ ]    by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[ ]    by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]    by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed

3

GARIBALDI'S JOINDER IN TOMANEK'S MOTION FOR DE NOVO DETERMINATION AND OBJECTIONS TO REPORT AND RECOMMENDATION RE ATTORNEY'S FEES MOTION

1  proof of service by the process server or delivery service is attached to this proof of service.

2  [ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

3  [ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

[X]  by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on March 25, 2008.

*Suzanne Farbstein*

SUZANNE T. FARBSTEIN

4

GARIBALDI'S JOINDER IN TOMANEK'S MOTION FOR DE NOVO DETERMINATION AND OBJECTIONS TO REPORT AND RECOMMENDATION RE ATTORNEY'S FEES MOTION