1  JOHN S. BLACKMAN (SB#114654)
   FARBSTEIN & BLACKMAN, APC
2  411 Borel Avenue, Suite 425
   San Mateo, California 94402-3518
3  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
4
   CARL D. CIOCHON
5  WENDEL ROSEN BLACK & DEAN, LLP
   1111 Broadway, 24th Floor
6  Oakland, CA 94607-4036
   Tel: (510) 834-6600
7  Fax: (510) 834-1928

8  Attorneys for Defendants
   MARK GARIBALDI dba THE GARIBALDI COMPANY
9
                     UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA

11 EDITH MACIAS, individually and on            )   CASE NO. C07 3437 JSW
   behalf of similarly situated individuals;    )
12 HOTON DURAN; TIFFANY HUYNH;                  )
   AURA MENDIETA; WILLIAM                       )   DEFENDANT MARK GARIBALDI dba
13 LABOY; MIGUEL ACOSTA; CRUZ                   )   THE GARIBALDI COMPANY'S
   ACOSTA; CUAUHTEMOC TORAL,                    )   NOTICE OF JOINDER AND JOINDER
14 TERESA VILLEGAS, KAPIKA                      )   IN DEFENDANT TOMANEK'S
   SALAMBUE and MARINA DURAN,                   )   MOTION FOR EXPANSION OF THE
15                                              )   RECORD [L.R. 72.3(b)]
            Plaintiffs,                         )
16                                              )
   vs.                                          )
17                                              )
   THOMAS J. TOMANEK; and MARK                  )
18 GARIBALDI, individually and doing            )
   business as THE GARIBALDI                    )
19 COMPANY,                                     )
                                                )
20          Defendants.                         )
                                                )
21 _____)

22

23       NOTICE IS HEREBY GIVEN to plaintiffs EDITH MACIAS, individually and on

24 behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA

25 MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA;

26 CUAUHTEMOC TORAL, TERESA VILLEGAS, KAPIKA SALAMBUE and MARINA

27                                              1
28                                                  _____
                                                    DEFENDANT MARK GARIBALDI dba THE
                                                    GARIBALDI COMPANY'S NOTICE OF
                                                    JOINDER AND JOINDER IN DEFENDANT
                                                    TOMANEK'S MOTION FOR EXPANSION OF
                                                    THE RECORD [L.R. 72.3(b)]

1  DURAN, and to their attorneys of record, that Defendant MARK GARIBALDI dba THE
2  GARIBALDI COMPANY (hereinafter "Defendant") hereby joins in Defendant
3  THOMAS J. TOMANEK'S Motion for Expansion of the Record [L.R. 72.3(b)]
4
5  DATED: March 25, 2008                FARBSTEIN & BLACKMAN, APC

                                        _____
                                        JOHN S. BLACKMAN
                                        Attorneys for Mark Garibaldi dba
                                        The Garibaldi Company

2

DEFENDANT MARK GARIBALDI dba THE
GARIBALDI COMPANY'S NOTICE OF
JOINDER AND JOINDER IN DEFENDANT
TOMANEK'S MOTION FOR EXPANSION OF
THE RECORD [L.R. 72.3(b)]

<u>PROOF OF SERVICE</u>
<u>Macias v. Tomanek, , Mark Garibaldi, The Garibaldi Company</u>
USDC, Northern California, Case No. C 07-3437 JSW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On March 25, 2008, I served the following document(s):

DEFENDANT MARK GARIBALDI dba THE GARIBALDI COMPANY'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT TOMANEK'S MOTION FOR EXPANSION OF THE RECORD [L.R. 72.3(b)]

on the following person(s) by the method(s) indicated below:

| | |
|---|---|
| Elizabeth Noonan Brancart, Esq.<br>Christopher A. Brancart, Esq.<br>Brancart & Brancart<br>P. O. Box 686<br>Pescadero, CA 94060 | Attorneys for plaintiffs<br>Tel: 650-879-0141<br>Fax: 650-879-1103<br>email: cbrancart@brancart.com<br>ebrancart@brancart.com |
| Sara B. Allman, Esq.<br>Allman & Nielsen<br>100 Larkspur Lndg Cir #212<br>Larkspur, CA 94939 | Attorneys for defendant Thomas J. Tomanek<br>Tel: 415-461-2700<br>Fax: 1-415-461-2726<br>all-niel@pacbell.net |
| Carl D. Ciochon, Esq.<br>Wendel Rosen Black & Dean, LLP<br>P. O. Box 2047<br>Oakland, CA 94604-2047 | Co-counsel for defendant Mark Garibaldi dba The Garibaldi Company<br>Tel: (510) 834-6600<br>Fax: 1-510-834-1928<br>email: cciochon@wendel.com |

[ ]   by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[ ]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

3

DEFENDANT MARK GARIBALDI dba THE GARIBALDI COMPANY'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT TOMANEK'S MOTION FOR EXPANSION OF THE RECORD [L.R. 72.3(b)]

1  [ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

2

3  [ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

4

5  [X]  by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

6

7  I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on March 25, 2008.

*[signature]*

SUZANNE T. FARBSTEIN

4

DEFENDANT MARK GARIBALDI dba THE GARIBALDI COMPANY'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT TOMANEK'S MOTION FOR EXPANSION OF THE RECORD [L.R. 72.3(b)]