BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
   Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:  (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>    Defendants. | Case No. C07-3437 JSW<br><br>**JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF ORDER STAYING PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER** |

    The parties to this action, by and through their attorneys of record, hereby apply for and stipulate to issuance of an order staying the briefing on defendants' pending objections to the report and recommendation of the magistrate judge to enable the parties to attempt to mediate a resolution to this case, the related Ninth Circuit appeal and a related state action. There is good cause to grant the request based on the following:

    1. On January 8, 2008, this Court granted defendants' motion pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) and dismissed plaintiffs' RICO claims with prejudice

1   and their related state claims for lack of subject-matter jurisdiction.  (Docs. 35, 36.)
2   Thereafter, defendants moved to be declared the prevailing parties under California law
3   based on a contractual attorneys' fees provision, seeking an award of attorneys' fees
4   and costs.  (Docs. 37-42, 54-57.)  This Court referred the matter to Magistrate Judge
5   Laporte for a report and recommendation.  (Doc. 43.)
6       2.  On January 17, 2008, plaintiffs filed a case in Alameda Superior Court, case
7   number HG08366602, alleging the same claims except for the RICO, negligence and
8   breach of covenant of good faith and fair dealing claims.
9       3.  On February 1, 2008, plaintiffs appealed this Court's dismissal of their RICO
10  claims to the Ninth Circuit, case number 08-50261.
11      4.  On March 11, 2008, Magistrate Judge Laporte issued a Report and
12  Recommendation to Deny Defendants' Motion to be Declared Prevailing Parties and for
13  an Award of Attorneys' Fees.  (Doc. 62.)
14      5.  On March 25, 2008, defendants filed objections to Magistrate Judge Laporte's
15  report and recommendation and moved for de novo determination of their motion
16  pursuant to Fed. R. Civ. P. 72(b).  (Docs. 63, 64, 65, 66.)  Plaintiffs' response to those
17  objections is due on April 11, 2008.
18      6.  On April 3, 2008, in a conference with a Ninth Circuit mediator, the parties
19  agreed to stay the Ninth Circuit appeal and the state action while they attempted to
20  mediate the entire dispute.  After an informal exchange of information, the parties will
21  attend a mediation before Charles Dyer in Menlo Park on a date in early June (the
22  parties are currently in the process of picking that date).
23      7.  The state case is set for a complex case management conference on April
24  21, 2008.  At that time, the parties will ask Judge Bonnie Sabraw to stay the action until
25  after the attempted mediation.
26      Accordingly, the parties seek an order staying the briefing on defendants'
27  objections to the magistrate judge's report and recommendation while they attempt
28  mediation.  If the mediation is unsuccessful, the parties agree to file a joint notice to that

JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF ORDER STAYING
PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER - Case No. C 07-3437 JSW

1  effect with this Court and agree that plaintiffs' response to defendants' objections will be
2  due within 10 days of the filing of that notice.
3      SO STIPULATED.
4      Respectfully submitted,
5      BRANCART & BRANCART
6  Dated: April 7, 2008
7      /s/
8      Elizabeth Brancart
    Attorneys for Plaintiffs[1]
9
    ALLMAN & NIELSEN, P.C.
10 Dated: April 7, 2008
11
12     /s/
    Sara B. Allman
    Attorneys for Defendant
13     Thomas J. Tomanek
14
    FARBSTEIN & BLACKMAN
15
16 Dated: April 7, 2008
17     /s/
    John S. Blackman
    Attorneys for Defendant
18     Mark Garibaldi
19
    WENDEL ROSEN BLACK & DEAN, LLP
20
21 Dated: April 7, 2008
22     /s/
    Carl D. Ciochon
    Attorneys for Defendant
23     Mark Garibaldi
24 //
25 //
26

---

28   [1]As the e-filer, I attest that each of the other signatories hereto have concurred in the filing of this document.

**JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF ORDER STAYING
PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER - Case No. C 07-3437 JSW**