**[PROPOSED] ORDER**

Based on the joint application and stipulation of the parties to this matter, and good cause appearing therefor, the Court hereby orders that the briefing on defendants' objections to the report and recommendation of the magistrate judge (doc. 62) is stayed while the parties attempt mediation. If that mediation is not successful, the parties shall file a joint notice to that effect with the Court and plaintiffs' response to defendants' objections to the report and recommendation of the magistrate judge shall be filed within 10 days of the filing of that notice.

IT IS SO ORDERED.

Dated: April __, 2008.

_____
Hon. Jeffrey S. White
United States District Judge

JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF ORDER STAYING PROCEEDINGS PENDING MEDIATION; [PROPOSED] ORDER - Case No. C 07-3437 JSW