# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH MACIAS, individually and on behalf of similarly situated individuals; HOTON DURAN; TIFFANY HUYNH; AURA MENDIETA; WILLIAM LABOY; MIGUEL ACOSTA; CRUZ ACOSTA; CUAUHTEMOC TORAL; and TERESA VILLEGAS,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS J. TOMANEK; and MARK GARIBALDI, individually and doing business as THE GARIBALDI COMPANY,<br><br>Defendants. | Case No. C07-3437 JSW<br><br>[PROPOSED] ORDER STAYING PROCEEDINGS PENDING MEDIATION |

Based on the joint application and stipulation of the parties to this matter (doc. 69), and good cause appearing therefor, the Court hereby orders that the briefing on defendants' objections to the report and recommendation of the magistrate judge (doc. 62) is stayed while the parties attempt mediation. If that mediation is not successful, the parties shall file a joint notice to that effect with the Court and plaintiffs' response to

//

//

//

[PROPOSED] ORDER STAYING PROCEEDINGS
PENDING MEDIATION;- Case No. C 07-3437 JSW

1  defendants' objections to the report and recommendation of the magistrate judge shall
2  be filed within 10 days of the filing of that notice.
3      IT IS SO ORDERED.
4      Dated: April _8_, 2008.

*[signature: Jeffrey S. White]*

Hon. Jeffrey S. White
United States District Judge

[PROPOSED] ORDER STAYING PROCEEDINGS
PENDING MEDIATION;- Case No. C 07-3437 JSW

2