IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDITH MACIAS, et al.

    Plaintiffs,

v.

THOMAS J. TOMANEK, et al.

    Defendants.

No. 07-03437 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On April 8, 2008, this Court issued an Order in which it stayed, pending mediation, proceedings on Defendants' objections to the Report and Recommendation of Magistrate Judge Laporte regarding Defendants' motion for attorneys fees. There has been no further action in this matter since that Order. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court by no later than November 14, 2008, advising the Court of the status of mediation, whether the matter has been resolved, and when they expect the stay to be lifted.

**IT IS SO ORDERED.**

Dated: November 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE