1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     Elizabeth Brancart (SBN 122092)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  ebrancart@brancart.com

6  Attorneys for Plaintiffs

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  EDITH MACIAS, individually and on  )   Case No. C07-3437 JSW
    behalf of similarly situated       )
    individuals; HOTON DURAN;          )   JOINT APPLICATION AND
12  TIFFANY HUYNH; AURA MENDIETA;      )   STIPULATION FOR DISMISSAL OF
    WILLIAM LABOY; MIGUEL ACOSTA;      )   ACTION; [PROPOSED] ORDER
13  CRUZ ACOSTA; CUAUHTEMOC            )
    TORAL; and TERESA VILLEGAS,        )
14                                     )
                                       )
15           Plaintiffs,               )
                                       )
16       vs.                           )
                                       )
17  THOMAS J. TOMANEK; and             )
    MARK GARIBALDI, individually       )
18  and doing business as THE          )
    GARIBALDI COMPANY,                 )
19                                     )
             Defendants.               )
20  _____    )

21       The parties hereby apply for and stipulate to issuance of an order dismissing this

22  action in its entirety with prejudice, subject to the terms of the Final Order and

23  Judgment entered by the Superior Court of Alameda County on August 27, 2009,

24  granting final approval of the proposed class action settlement according to the terms of

25  the Stipulation and Class Settlement Agreement in Macias, et al. v. Tomanek, et al.,

26  Case No. HG08366692.

27

28

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION;
[PROPOSED] ORDER - Case No. C 07-3437 JSW

1  So stipulated.

2  **Plaintiffs' counsel attests that the foregoing document is acceptable to all**

3  **parties required to sign below.**

4  Dated: October 29, 2009.

Respectfully submitted,

BRANCART & BRANCART

/s/ Elizabeth Brancart
Elizabeth Brancart
Attorneys for Plaintiffs

ALLMAN & NIELSEN, P.C.

/s/ Sara B. Allman
Sara B. Allman
Attorneys for Defendant
Thomas J. Tomanek

WENDEL ROSEN BLACK
 & DEAN, LLP

/s/ Carl D. Ciochon
Carl D. Ciochon
Attorneys for Defendant Mark Garibaldi,
Individually and doing business as
The Garibaldi Company

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION;
[PROPOSED] ORDER - Case No. C 07-3437 JSW

1 [PROPOSED] ORDER

2 Based upon the foregoing application and stipulation and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety with prejudice, subject to the terms of the Final Order and Judgment entered by the Superior Court of Alameda County on August 27, 2009, granting final approval of the proposed class action settlement according to the terms of the Stipulation and Class Settlement Agreement in Macias, et al. v. Tomanek, et al., Case No. HG08366692.

IT IS SO ORDERED.

Dated: October 29, 2009.

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION;
[PROPOSED] ORDER - Case No. C 07-3437 JSW